Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Central District of California

In re    **Winston Tire Company, California Corporation**    Case No. _____
Debtor

Chapter _____ 11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Goodyear Tire & Rubber Company<br>4222 Pacific Ave<br>ATTN: Bill Patch<br>Long Beach, CA 90807 | Goodyear Tire & Rubber Company<br>4222 Pacific Ave<br>ATTN: Bill Patch<br>Long Beach, CA 90807<br>562-424-4599 | TRADE CLAIM DATE UNKNOWN | Contingent<br>Unliquidated<br>Disputed | 15,000,000.00 |
| Heafner Tire Group<br>2105 Water Ridge Pkwy  Ste 500<br>ATTN:  Michael Gaither<br>Charlotte, NC 28217 | Heafner Tire Group<br>2105 Water Ridge Pkwy  Ste 500<br>ATTN:  Michael Gaither<br>Charlotte, NC 28217<br>704-632-7110 | | | 2,800,000.00 |
| Maddenco, Inc<br>2641 N Cullen Ave<br>ATTN:Greg Madden<br>Evansville, IN 47715 | MADDENCO, INC<br>2641 N. CULLEN AVE<br>ATTN:Greg Madden<br>Evansville, IN 47715<br>812-474-6245 | NEW COMPUTER SYSTEM | Contingent<br>Unliquidated<br>Disputed | 1,500,000.00 |
| Dunlop (Goodyear Tire)<br>4222 Pacific Ave<br>Attn:  Bill Patch<br>Long Beach, CA 90807 | Dunlop (Goodyear Tire)<br>4222 Pacific Ave<br>Attn:  Bill Patch<br>Long Beach, CA 90807<br>562-424-4599 | TRADE CLAIM DATE UNKNOWN | Contingent<br>Unliquidated<br>Disputed | 1,422,089.20 |
| Pacific Coast Marketing Services<br>500 N Rainbow Dr Ste 302D<br>Attn:  Bill Hobson<br>Las Vegas, NV 89107 | PACIFIC COAST MARKETING SERVICES<br>500 NORTH RAINBOW DR STE 302D<br>Attn:  Bill Hobson<br>Las Vegas, NV 89107<br>702-221-1978 | | | 1,000,000.00 |

In re  Winston Tire Company, California Corporation                    ,    Case No. _____
                                       Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NICC<br>708 10th St<br>Attn: Corporate Officer<br>Sacramento, CA 95814 | | | Contingent<br>Unliquidated<br>Disputed | 681,941.34 |
| BMP Insurance<br>PO Box 51187<br>Attn: David Daniel<br>Lafayette, LA 70505-1187 | BMP INSURANCE<br>P.O. BOX 51187<br>Attn: David Daniel<br>Lafayette, LA 70505-1187<br>337-235-8866 | INSURANCE FOR GENERAL AND AUTO LIABILITY | Contingent<br>Unliquidated<br>Disputed | 665,000.00 |
| Creative Ad Service, Inc.<br>15177 Springdale Rd<br>Attn: Robert Duringer<br>Huntington Beach, CA 92649 | CREATIVE AD SERVICE, INC.<br>15177 SPRINGDALE RD<br>Attn: Robert Duringer<br>Huntington Beach, CA 92649<br>714-899-7889 | 12 MONTH FLYERS AND SUCH 45,000.00 PER MONTH | Contingent<br>Unliquidated<br>Disputed | 540,000.00 |
| Taylor Dane, Inc<br>345 N La Brea Ave Ste 208<br>ATTN: Frida Donner<br>Los Angeles, CA 90036 | TAYLOR DANE, INC<br>345 N LA BREA AVE STE 208<br>ATTN: FRIDA DONNER<br>LOS ANGELES, CA 90036<br>323-933-7511 | OUT SOURCE PAYROLL AND H/R SERVICE | Contingent<br>Unliquidated<br>Disputed | 500,000.00 |
| Hunter Engineering Co<br>PO Box 17491<br>Attn: Joe Staniszewski<br>St Louis, MO 63178-7491 | HUNTER ENGINEERING CO.<br>PO BOX 17491<br>Attn: Joe Staniszewski<br>ST. LOUIS, MO 63178-7491<br>314-731-3020 x266 | | Contingent<br>Unliquidated<br>Disputed | 491,924.26 |
| IBM Credit Corporation<br>Attn: Colleen Bushey<br>North Castle Drive<br>Armonk, NY 10504 | IBM Credit Corporation<br>Attn: Colleen Bushey<br>North Castle Drive<br>Armonk, NY 10504<br>770-949-8808 | IBM server lease | Contingent<br>Unliquidated | 390,000.00 |

In re    Winston Tire Company, California Corporation    Case No. _____
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| DCG Yellow Pages Inc<br>11652 Knott St Ste 5<br>Attn: Corporate Officer<br>Garden Grove, CA 92841-1821 | DCG Yellow Pages Inc<br>11652 Knott St Ste 5<br>Attn: Corporate Officer<br>Garden Grove, CA 92841-1821<br>714-899-0800 | Advertising | Contingent<br>Unliquidated<br>Disputed | 339,601.60 |
| SUV Inc<br>399 Park Ave 37th Flr<br>Attn: Tomas Stuardo<br>New York, NY 10022 | SUV INC<br>399 PARK AVE 37TH FLOOR<br>Attn: Tomas Stuardo<br>New York, NY 10022<br>212-418-1206 | OUTSOURCING AGREEMENT 174.00AN HOUR PLUS TRAVEL | Contingent<br>Unliquidated<br>Disputed | 300,000.00 |
| Quaker State Oil Refining<br>700 Milian St<br>Attn: John Burgos<br>Houston, TX 77002 | QUAKER STATE OIL REFINING<br>700 MILIAM ST<br>Attn: John Burgos<br>HOUSTON, TX 77002<br>909-595-8250 | TRADE CLAIM DATE UNKNOWN | Contingent<br>Unliquidated<br>Disputed | 231,828.42 |
| Fast Undercar/Fast Pro<br>1376 Walter St<br>Attn: Bruce Douglas<br>Ventura, CA 93003 | FAST UNDERCAR/FAST PRO<br>1376 WALTER ST.<br>Attn: Bruce Douglas<br>VENTURA, CA 93003<br>805-676-3410 | TRADE CLAIM DATE UNKNOWN | Contingent<br>Unliquidated<br>Disputed | 199,017.51 |
| Hankook Tire America Corp<br>11555 Arrow Route Ste 105<br>Attn: Wayne Jung<br>Rancho Cucamonga, CA 91730 | Hankook Tire America Corp<br>11555 Arrow Route Ste 105<br>Attn: Wayne Jung<br>Rancho Cucamonga, CA 91730<br>800-426-8252 x201 | | Contingent<br>Unliquidated<br>Disputed | 121,567.65 |
| Clear Channel Broadcasting, Inc<br>Attn: Corporate Officer<br>9660 Granite Ridge Dr.<br>San Diego, CA 92123 | Clear Channel Broadcasting, Inc<br>Attn: Corporate Officer<br>9660 Granite Ridge Dr.<br>San Diego, CA 92123<br>858-694-8127 | Advertising | Contingent<br>Unliquidated<br>Disputed | 95,605.00 |

In re   Winston Tire Company, California Corporation                          ,   Case No. _____
                                        Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AT&T Corporation<br>55 Corporate Drive<br>Attn: Corporate Officer<br>Bridgewater, NJ 08807 | AT&T Corporation<br>55 Corporate Drive<br>C/O AUTHORIZED AGENT<br>Bridgewater, NJ 08807 | Master Agreement dated 09/06/01 | Disputed | 90,000.00 |
| Clear Channel Communication, Inc<br>FILE #56543<br>Los Angeles, CA 90074-6543 | CLEAR CHANNEL COM, INC.<br>FILE #56543<br>LOS ANGELES, CA 90074-6543 | | Contingent<br>Unliquidated<br>Disputed | 75,800.00 |
| Prudential Overall Supply<br>1661 Alton Parkway<br>Attn: Brandon Blanchard<br>Irvine, CA 92606-4877 | Prudential Overall Supply<br>1661 Alton Parkway<br>Attn: Brandon Blanchard<br>Irvine, CA 92606-4877<br>949-250-4855 | | Contingent<br>Unliquidated<br>Disputed | 74,272.81 |

I, Ron Vines, President of Winston Tire Company, named as debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: January 11th, 2002

By: Ron Vines, President