In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__220__ continuation sheets attached

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | | | | | 0.00 | 0.00 |
| Account No. 27956<br><br>Aaron D Simmons<br>4206 SWAIN CT<br>RIVERSIDE, CA 92501 | | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29114<br><br>Aaron M. Gerlinger<br>8886 ELK WAY<br>ELK GROVE, CA 95624 | | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28963<br><br>Aaron P Shaver<br>2127 STONY PT RD<br>#C26<br>SANTA ROSA, CA 95407 | | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27637<br><br>Abraham C Rodriguez<br>23215 IRONWOOD AVE<br>#61<br>MORENO VALLEY, CA 92557 | | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __1__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                          Case No. __LA 02-11180 BR__
                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 20315 |  |  | 1/12/2002 |  |  |  |  |  |
| Abraham M Maruri 8520 CEDROS #104 PANORAMA CITY, CA 91402 | - |  | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29092 |  |  | 1/12/2002 |  |  |  |  |  |
| Adam N Cooper 11082 EL DORADO AVE PACMIA, CA 91331 | - |  | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28828 |  |  | 1/12/2002 |  |  |  |  |  |
| Adam R Alire 6801 CABIN CREEK CT BAKERSFIELD, CA 93313 | - |  | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28893 |  |  | 1/12/2002 |  |  |  |  |  |
| Adan Castaneda 2510 S. MARIGOLD PL. ONTARIO, CA 91761 | - |  | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24411 |  |  | 1/12/2002 |  |  |  |  |  |
| Adan E Santiz 2719 CHICO AVE S. EL MONTE, CA 91733 | - |  | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __2__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**
                                  Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **24123** <br><br> **Adrian B Hernandez** <br> **1391 S WALNUT ST #1502** <br> **ANAHEIM, CA 92802** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28699** <br><br> **Adrian Orozco** <br> **424 CROSS ST.** <br> **SHAFTER, CA 93263** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28559** <br><br> **Agustin Gutierrez** <br> **1274 W. MIRADO RD.** <br> **SAN BERNARDINO, CA 92405** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28860** <br><br> **Agustin Vargas** <br> **1350 LEXINGTON AVE** <br> **#D10** <br> **SAN JOSE, CA 95117** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26663** <br><br> **Akop Narinian** <br> **12619 VANOWEN ST. #3** <br> **NORTH HOLLYWOOD, CA 91605** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __3__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

In re  **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **10660** | | | | | 1/12/2002 | | | | | |
| Alan D Carpenter 725 SAN SIMEON SUNNYVALE, CA 94086 | - | | | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **24138** | | | | | 1/12/2002 | | | | | |
| Alan J Silverman 2925 MARY ST. LA CRESCENTA, CA 91214 | - | | | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **25496** | | | | | 1/12/2002 | | | | | |
| Alan Perez 1256 S MARIPOSA ST #5 GLENDALE, CA 91205 | - | | | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **27187** | | | | | 1/12/2002 | | | | | |
| Albert D Ferdinand 435 D AVENUE #A CORONADO, CA 92118 | - | | | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **22400** | | | | | 1/12/2002 | | | | | |
| Albert F Balistreri 474 ELLA DRIVE SAN JOSE, CA 95111 | - | | | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __4__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
                                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **20497**<br><br>**Albert Hernandez**<br>**1721 E MENLO**<br>**FRESNO, CA 93710** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28257**<br><br>**Albert Toussant**<br>**2513 WELLINGTON RD**<br>**LOS ANGELES, CA 90016** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22884**<br><br>**Alberto Camacho**<br>**2775 BAL HARBOR LN**<br>**HAYWARD, CA 94545** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18470**<br><br>**Alden D Cowart**<br>**5031 HAYTER AVE.**<br>**LAKEWOOD, CA 90712** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28937**<br><br>**Alejandro Ascencio**<br>**11345 GLAMIS ST**<br>**LAKEVIEW TERRACE, CA 91342** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __5__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**
                                                                                Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **23650** <br><br> **Alejandro M Lopez** <br> **1617 E Kay St. Apt. 3B** <br> **Compton, CA 90221** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26747** <br><br> **Alejandro Perez** <br> **532 SAM ELLIS ST** <br> **CALEXICO, CA 92231** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **15491** <br><br> **Alejandro R Ureste** <br> **P.O. BOX 1909** <br> **MECCA, CA 92254** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28361** <br><br> **Alejandro Villalvazo** <br> **356 MANKATO** <br> **CHULA VISTA, CA 91910** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28968** <br><br> **Alex Garcia** <br> **4654 N CHESTNUT** <br> **APT 123** <br> **FRESNO, CA 93726** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __6__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                    Case No.   __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 20716<br><br>Alexis Alonso<br>1142 N. MOHICAN WAY #2<br>ANAHEIM, CA 92801 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21606<br><br>Alfonso Garcia<br>6315 SEVILLE AVE. #M<br>HUNTINGTON PARK, CA 90255 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 13354<br><br>Alfonso Millares<br>24011 SANDBOW ST.<br>MORENO VALLEY, CA 92557 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28999<br><br>Alfonzo Trevizo<br>14231 RAVEN ST<br>SYLMAR, CA 91342 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28796<br><br>Alfredo Aranda<br>P.O. Box 690<br>GILROY, CA 95020 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __7__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                         0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                    Case No. __LA 02-11180 BR__

                                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27997**<br><br>**Alfredo J Boron**<br>**1061 MELBOURNE BLVD**<br>**SA N JOSE, CA 95116** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **26074**<br><br>**Alfredo M Genel**<br>**32435 OKES PASS**<br>**TEMECULA, CA 92592** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **29020**<br><br>**Alfredo Rodriguez**<br>**3040 40TH ST**<br>**SACRAMENTO, CA 95817** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **18850**<br><br>**Alfredo Silva**<br>**6900 PEACH AVE.**<br>**VAN NUYS, CA 91406** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **28016**<br><br>**Alfredo Vergara**<br>**533 S. La Verne Ave.**<br>**Los Angeles, CA 90022** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |

Sheet __8__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    **0.00**

In re    **Winston Tire Company, California Corporation**                          Case No.  __LA 02-11180 BR__

                                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **25007** <br><br> **Ali A Corona** <br> **1715 E. 114TH STREET** <br> **LOS ANGELES, CA 90059** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27132** <br><br> **Allan G Drake** <br> **5585 WESTFIELD STREET** <br> **YORBA LINDA, CA 92887** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27136** <br><br> **Allen G Ischinger** <br> **290 VICTORIA ST** <br> **COSTA MESA, CA 92627** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21618** <br><br> **Alrick A Williams** <br> **1143 W 87TH ST.** <br> **LOS ANGELES, CA 90044** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22536** <br><br> **Alvaro Jimenez** <br> **P.O. BOX 191** <br> **FELTON, CA 95018-0191** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __9__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                     Case No.    **LA 02-11180 BR**

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **18402** | | | 1/12/2002 | | | | | |
| **Alvaro Montes** **6983 GARDEN RD.** **SAN BERNARDINO, CA 92404** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **24301** | | | 1/12/2002 | | | | | |
| **Alvaro R Alvarado** **244 CAMINO ELEVADO** **BONITA, CA 91902** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **28778** | | | 1/12/2002 | | | | | |
| **Amber S Lancaster** **641 IRIS AVE #20** **SUNNYVALE, CA 94086** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **28668** | | | 1/12/2002 | | | | | |
| **Amos P Perez** **324 BRYANT ST.** **BAKERSFIELD, CA 93307** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **28813** | | | 1/12/2002 | | | | | |
| **Andre Fletcher** **38835 BROOKDALE RD.** **PALMDALE, CA 93551** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |

Sheet **10** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     0.00

In re  **Winston Tire Company, California Corporation**                 Case No.  **LA 02-11180 BR**
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28823<br><br>Andre R Laines<br>4833 MANCINI DR.<br>CASTRO VALLEY, CA 94546 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21729<br><br>Andres B Cazares<br>4829 AZUSA CYN RD.<br>BALDWIN PARK, CA 91706 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 22314<br><br>Andres Briones<br>3142 KIRK RD.<br>SAN JOSE, CA 95124 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28317<br><br>Andres Gonzalez<br>1128 SEVIER AVE<br>MENLO PARK, CA 94023 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 16472<br><br>Andres Martinez<br>13961 OSBORNE ST. #107<br>ARLETA, CA 91331 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **11** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**    Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **29112** | | | **1/12/2002** | | | | | |
| **Andres Mendoza** **566 OTTIS** **CHULA VISTA, CA 91910** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **28914** | | | **1/12/2002** | | | | | |
| **Andres Munoz** **7437-5 SHADYGLADE AVE** **NORTH HOLLYWOOD, CA 91605** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **10051** | | | **1/12/2002** | | | | | |
| **Andres O Cruz** **300 NORTH BASQUE** **FULLERTON, CA 92833** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **26682** | | | **1/12/2002** | | | | | |
| **Andres Zamora** **434 ZENITH ST.** **CHULA VISTA, CA 91911** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **19182** | | | **1/12/2002** | | | | | |
| **Andrew J Alvara** **13108 SUNNY BROOK** **LA MIRADA, CA 90638** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |

Sheet __12__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

In re    **Winston Tire Company, California Corporation**                              Case No.   **LA 02-11180 BR**

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28854** <br><br> **Andrew M Juarez** <br> **1830 S. HUTCHINS ST.** <br> **#501** <br> **LODI, CA 95246** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23808** <br><br> **Andrew M Scheiber** <br> **1758 GILDA WAY #14** <br> **SAN JOSE, CA 95124** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27025** <br><br> **Andrew M Telles** <br> **830 WINDERMERE PT WY** <br> **OCEANSIDE, CA 92054** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28438** <br><br> **Andrew P Timm** <br> **6103 BUTANO** <br> **SAN JOSE, CA 95123** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23358** <br><br> **Andrew V Johnson** <br> **224 CORDOVA LANE** <br> **STOCKTON, CA 95207** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __13__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                          Case No. __LA 02-11180 BR__
_____
                                            Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26145**<br><br>**Andy W Brown**<br>**6125 GERANIMO DRIVE**<br>**SAN JOSE, CA 95123** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | 0.00 |
| Account No. **23603**<br><br>**Angel C Abad**<br>**6716 MAC ARTHUR BLVD**<br>**OAKLAND, CA 94605** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | 0.00 |
| Account No. **28730**<br><br>**Angel Galindo**<br>**1560 2ND ST.**<br>**DUARTE, CA 91010** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | 0.00 |
| Account No. **28817**<br><br>**Angel Hernandez**<br>**9427 SVL BOX**<br>**VICTORVILLE, CA 92392** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | 0.00 |
| Account No. **17405**<br><br>**Angel Mendoza**<br>**416 E 30TH STREET**<br>**NATIONAL CITY, CA 91950-7425** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | 0.00 |

Sheet __14__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                               Case No.   **LA 02-11180 BR**
                                         Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **21342** <br><br> **Angel Rojas** <br> **1246 E. 59TH ST.** <br> **LOS ANGELES, CA 90081** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28397** <br><br> **Angel Sanchez** <br> **24475 ELECTRA CT** <br> **MORENO VALLEY, CA 92551** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26154** <br><br> **Angel Villa** <br> **1075 SPACE PARK** <br> **#171** <br> **MOUNTAIN VIEW, CA 94043** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27726** <br><br> **Angelino Flores** <br> **125 1/2 N ALMA AVE** <br> **LOS ANGELES, CA 90063** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24378** <br><br> **Anh C Nguyen** <br> **13622 PURDY STREET** <br> **GARDEN GROVE, CA 92844** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __15__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                   0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                              Case No.  **LA 02-11180 BR**
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28768** <br><br> **Anthoni Kendrick** <br> **21035 WILBEAM AVE** <br> **#3** <br> **CASTRO VALLEY, CA 94546** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28749** <br><br> **Anthony A Gottowski** <br> **8379 ETIWANDA** <br> **# I** <br> **RANCHO CUCAMONGA, CA 91730** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20383** <br><br> **Anthony A Lozano** <br> **6480 WOODCREST ST.** <br> **ROCKLIN, CA 95677** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28626** <br><br> **Anthony Bonello** <br> **5400 PLANZ RD** <br> **#17** <br> **BAKERSFIELD, CA 93309** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21827** <br><br> **Anthony Flores** <br> **P. O. BOX 114** <br> **CARUTHERS, CA 93609** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **16** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27000** <br><br> **Anthony M Doran** <br> **6130 MONTEREY #150** <br> **SAN JOSE, CA 95138** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27099** <br><br> **Anthony M Gonzalez** <br> **507 S EUCLID ST** <br> **#132** <br> **SANTA ANA, CA 92704** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29072** <br><br> **Anthony M Rodriguez** <br> **530 E 10TH STREET** <br> **BAKERSFIELD, CA 93307** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24116** <br><br> **Anthony R Geston** <br> **1659 E TRENTON** <br> **FRESNO, CA 93720** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29038** <br><br> **Anthony Remis** <br> **13663 BECKNER ST** <br> **LA PUENTE, CA 91746** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **17** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____

                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **29059** | | | 1/12/2002 | | | | | |
| **Anthony T Mitchem** **4575 N EMERSON** **#105** **FRESNO, CA 93722** | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26942** | | | 1/12/2002 | | | | | |
| **Anton D McRath** **P.O. Box 54** **North Highlands, CA 95660** | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29113** | | | 1/12/2002 | | | | | |
| **Antonio Ayala** **1039 W 95TH ST** **LOS ANGELES, CA 90044** | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24317** | | | 1/12/2002 | | | | | |
| **Antonio Castillo** **244 E MARKER ST** **LONG BEACH, CA 90805** | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18715** | | | 1/12/2002 | | | | | |
| **Antonio G Ramos** **13812 LAPAT #28** **WESTMINSTER, CA 92683** | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __18__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

In re    **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__

_____
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **22229**<br><br>**Antonio M Melendez**<br>**27985 BRUCITE**<br>**BARSTOW, CA 92311** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28742**<br><br>**Antonio Marquez**<br>**342 VIA VISTA**<br>**MONTEBELLO, CA 90640** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **15341**<br><br>**Antonio Nogueras**<br>**323 OLIN ST.**<br>**FULLERTON, CA 92833** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28754**<br><br>**Antonio S Park**<br>**1273 PHELPS AVE**<br>**SAN JOSE, CA 95117** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26441**<br><br>**Areg Tutunjyan**<br>**7709 MARY ELLEN AVE.**<br>**NORTH HOLLYWOOD, CA 91605** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __19__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27643**<br><br>**Ari T Sanders**<br>**3225 HAT COURT**<br>**STOCKTON, CA 95206** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19842**<br><br>**Aristeo M Maciel**<br>**371 E ROSS RD. #27**<br>**CENTRO, CA 92243** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24207**<br><br>**Armanado Serrato**<br>**1983 FEDERAL AVE.**<br>**COSTA MESA, CA 92627** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23955**<br><br>**Armando Arzate**<br>**23303 DOLORES STREET**<br>**CARSON, CA 90745** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21825**<br><br>**Armando Casarez**<br>**882 BEYER WAY #H-16**<br>**SAN DIEGO, CA 92154** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __20__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

In re    **Winston Tire Company, California Corporation**                            Case No.  **LA 02-11180 BR**
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28740** | | | 1/12/2002 | | | | | |
| Armando Castro<br>1129 1/2 S WESTMORELAND #1<br>LOS ANGELES, CA 90006 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28995** | | | 1/12/2002 | | | | | |
| Armando Gonzalez<br>1284 N ARDMORE AVE<br>LOS ANGELES, CA 90029 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **21463** | | | 1/12/2002 | | | | | |
| Armando M Montesino<br>8903 MENLO AVE.<br>LOS ANGELES, CA 90044 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **25466** | | | 1/12/2002 | | | | | |
| Armando Macias<br>14442 PINNEY<br>ARLETA, CA 91331 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28606** | | | 1/12/2002 | | | | | |
| Armando Mendoza<br>25173 DIXON ST. #7<br>HAYWARD, CA 94544 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet  **21**  of  **220**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                              **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                         Case No. __LA 02-11180 BR__
                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26090**<br><br>**Armando Ozuna**<br>**4500 NAPAL COURT**<br>**BAKERSFIELD, CA 93307** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **28534**<br><br>**Armando Rodriguez**<br>**77 WABASH ST.**<br>**SAN JOSE, CA 95126** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **28094**<br><br>**Armando Santos**<br>**8000 LOU DILLON**<br>**LOS ANGELES, CA 90001** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **28935**<br><br>**Armen Dervishian**<br>**1419 N KINGSLEY DR**<br>**#202**<br>**LOS ANGELES, CA 90027** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **25433**<br><br>**Arnulfo Ramirez**<br>**P O BOX 93**<br>**SONOMA, CA 95433** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |

Sheet __22__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            **0.00**

In re    **Winston Tire Company, California Corporation**                     Case No.    **LA 02-11180 BR**
                                         Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **10121**<br><br>**Art Herman**<br>**3503 YOSEMITE ST.**<br>**SAN DIEGO, CA 92109** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22435**<br><br>**Artemio V Garcilazo**<br>**116 W. TICHENOR ST.**<br>**#B**<br>**COMPTON, CA 90220** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24145**<br><br>**Arthur V Luna**<br>**626 GLACIER DR.**<br>**SALINA, CA 93906** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27343**<br><br>**Arturo J Arias**<br>**3289 ROCKYWATER LANE**<br>**#B**<br>**SAN JOSE, CA 95148** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29081**<br><br>**Arturo V Lopez**<br>**551 S 35TH ST**<br>**SAN DIEGO, CA 92113** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **23** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                              Case No. __LA 02-11180 BR__
                                                            Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **19322** <br><br> **Atilio Vasquez** <br> **6801 MAMMOTH AVE. #1** <br> **VAN NUYS, CA 91405** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29013** <br><br> **Aubby G McCullough** <br> **634 RACQUET** <br> **ROHNERT PARK, CA 94928** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20872** <br><br> **Baltazar C Gil** <br> **3273 NYELAND AVE #C** <br> **OXNARD, CA 93030** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28239** <br><br> **Ben Aberle** <br> **2 ENTERPRISE #11308** <br> **ALISO VIEJO, CA 92656** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25453** <br><br> **Ben Graubard** <br> **PO BOX 895** <br> **PLACENTA, CA 92781** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __24__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**

Debtor

Case No.  **LA 02-11180 BR**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **25330** <br><br> **Ben Handy** <br> **P.O. BOX 523** <br> **DIAMOND SPRINGS, CA 95619** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28802** <br><br> **Benito A Dorado** <br> **2040 OREGON DR** <br> **VENTURA, CA 93003** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29070** <br><br> **Benjamin D Harrell** <br> **727 ARTHUR AVE** <br> **OCEANSIDE, CA 92057** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25604** <br><br> **Benjamin Valencia** <br> **270 LA PALA DR.** <br> **APT. #26** <br> **SAN JOSE, CA 95127** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24141** <br><br> **Bienvenido Viamontes** <br> **106 S FREEMONT AVE. #A** <br> **ALHAMBRA, CA 91801** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **25** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

In re   **Winston Tire Company, California Corporation**                          Case No.   __LA 02-11180 BR__

_____
                        Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26845**<br><br>**Bobby E Palma**<br>**706 F ST**<br>**#110**<br>**CHULA VISTA, CA 91910** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20738**<br><br>**Bobby R Fulcher**<br>**1255 EAST CITRUS AVE**<br>**APT. #64**<br>**REDLANDS, CA 92374** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23994**<br><br>**Bobby R Thompson**<br>**24708 THORNBERRY CR**<br>**MORENO VALLEY, CA 92558** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27028**<br><br>**Brad W Trask**<br>**PO BOX 11618**<br>**SAN BERNARDINO, CA 92423** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26258**<br><br>**Bradford L Meche**<br>**4403 BASS RD.**<br>**STOCKTON, CA 95219** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __26__ of __220__ continuation sheets attached to                                Subtotal                     0.00
Schedule of Creditors Holding Unsecured Priority Claims                          (Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                          Case No.  __LA 02-11180 BR__
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28984**<br><br>**Brandon T Mendez**<br>**2071 CHERRY TREE DR**<br>**PERRIS, CA 92571** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29121**<br><br>**Brandon Taylor**<br>**1772 EDGEFIELD**<br>**PERRIS, CA 92571** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27537**<br><br>**Brent A Fitch**<br>**1750 SWANSTON WAY**<br>**SAN JOSE, CA 95132** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28964**<br><br>**Brett A Turnbull**<br>**3029 TWIN CREEKS LN**<br>**ROCKLIN, CA 95677** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26493**<br><br>**Brian C Cole**<br>**4508 FISHERING ST.**<br>**BAKERSFIELD, CA 93309** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __27__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                           0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                    Case No.   __LA 02-11180 BR__

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28683**<br><br>**Brian Chalmers**<br>**3102 POMERGRANATE CRT.**<br>**ESCONCIDO, CA 92027** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27681**<br><br>**Brian E Stowe**<br>**702 CEDARGATE LANE**<br>**SAN JOSE, CA 95136** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27621**<br><br>**Brian Fisher**<br>**2221 ALLESANDRO WAY**<br>**LOS ANGELES, CA 90039** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28074**<br><br>**Brian Haynes**<br>**22799 VIA SANTANA**<br>**NUEVO, CA 92567** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29102**<br><br>**Brian J Lamb**<br>**7561 WINTERWOOD**<br>**SAN DIEGO, CA 92126** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __28__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            **0.00**

In re  **Winston Tire Company, California Corporation**                              Case No.  __LA 02-11180 BR__

                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26317**<br><br>**Brian N Boyd**<br>**12621 KATHY LANE**<br>**GARDEN GROVE, CA 92840** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25492**<br><br>**Brian Woods**<br>**5545 MORRO WAY I-3**<br>**LA MESA, CA 91942** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21087**<br><br>**Brice E Horton**<br>**681 COUNTY SQUARE DR.**<br>**#53**<br>**VENTURA, CA 93003** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19940**<br><br>**Bruce M Williams**<br>**16 KEOKE CT.**<br>**SACRAMENTO, CA 95838** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29085**<br><br>**Bryan C Colwell**<br>**4420 QUAIL LAKE DR**<br>**LOOMIS, CA 95650** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __29__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **25129** <br><br> **Bryan G Johnson** <br> **12150 PIGEON PASS** <br> **I172** <br> **MORENO VALLEY, CA 92557** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br><br> Unknown | 0.00 |
| Account No. **16932** <br><br> **Byron Ramirez** <br> **6819 PURDY AVE.** <br> **BELL GARDENS, CA 90201** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br><br> Unknown | 0.00 |
| Account No. **28864** <br><br> **Carl B Atkins** <br> **14 ALCALA CT** <br> **SACRAMENTO, CA 95823** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br><br> Unknown | 0.00 |
| Account No. **28106** <br><br> **Carl Claflin** <br> **4068 HOWARD AVE** <br> **LOS ALAMITOS, CA 92720** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br><br> Unknown | 0.00 |
| Account No. **16882** <br><br> **Carl D Taylor** <br> **22539 S FIGUEROA ST** <br> **UNIT 302** <br> **CARSON, CA 90745** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br><br> Unknown | 0.00 |

Sheet __30__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28248**<br><br>**Carl Millock<br>5466 ANDY AVE<br>LAKEWOOD, CA 90712** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **16324**<br><br>**Carlos A Madrid<br>818 S. MARIPOSA #17<br>LOS ANGELES, CA 90005** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28938**<br><br>**Carlos E Gonzalez<br>11555 SANTA GERTRUDE<br>#154<br>WHITTIER, CA 90604** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26037**<br><br>**Carlos F Bogarin<br>6931 LONG BEACH<br>#2<br>LONG BEACH, CA 90805** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23403**<br><br>**Carlos F Montoya<br>1005 GILBERT ST<br>#14<br>HEMET, CA 92543** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **31** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28459** <br><br> Carlos Garcia <br> P.O. BOX 2776 <br> INDIO, CA 92201 | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28467** <br><br> Carlos Garibay <br> 24431 S AVALON AVE. <br> WILMINGTON, CA 90744 | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28178** <br><br> Carlos Gil <br> 220 N. SANDALWOOD <br> LA PUENTA, CA 91744 | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27044** <br><br> Carlos Ibarra <br> 6137 WILCOX  AVE. <br> MAYWOOD, CA 90270 | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29077** <br><br> Carlos Orozco <br> 120 N ADAMS ST <br> GLENDALE, CA 91205 | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **32** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    __LA 02-11180 BR__

_____
                                        Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28787**<br><br>**Carlos Quirino**<br>**14830 STRATHERN ST.**<br>**PANORAMA CITY, CA 91402** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10431**<br><br>**Carlos Reyes**<br>**222 N WESTLAKE**<br>**LOS ANGELES, CA 90026** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28235**<br><br>**Carlos Santos**<br>**501 ANITA ST**<br>**SPACE 144**<br>**CHULA VISTA, CA 91911** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29094**<br><br>**Carlos V Fuentes**<br>**3312 CLAUDIA DR**<br>**CONCORD, CA 94519** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10275**<br><br>**Carlos Zaragoza**<br>**15138-A CAMPUS PARK DR.**<br>**MOORPARK, CA 93021** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __33__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

In re    **Winston Tire Company, California Corporation**                         Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26473** | | | 1/12/2002 | | | | | |
| **Cecil White**<br>**505 UNION AVE. #A**<br>**ORCUTT, CA 93455** | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28950** | | | 1/12/2002 | | | | | |
| **Celedonio Zamano**<br>**52737 CALLE CAMACHO**<br>**COCHELLA, CA 92236** | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29093** | | | 1/12/2002 | | | | | |
| **Cesar A Hernandez**<br>**4714 MAIN ST**<br>**YORBA LINDA, CA 92886** | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28617** | | | 1/12/2002 | | | | | |
| **Cesar Aguilera**<br>**736 ELSBERRY**<br>**VALINDA, CA 91744** | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28638** | | | 1/12/2002 | | | | | |
| **Cesar Delgado**<br>**1523 1/4 ROSALIA RD.**<br>**HOLLYWOOD, CA 90027** | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __34__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                 Case No.  __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **19751** <br><br> **Cesar Lopez** <br> **1530 STEARMAN STREET** <br> **SSAN DIEGO, CA 92173** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28921** <br><br> **Cesar V Morales** <br> **430 LAKEVILLE CIR.** <br> **PETALUMA, CA 94954** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28892** <br><br> **Chain R Arunritthirot** <br> **729 S. TEAKWOOD** <br> **RIALTO, CA 92376** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28965** <br><br> **Charles A Benshoff** <br> **21021 SHEPHERD LANE** <br> **HUNTINGTON BEACH, CA 92646** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27660** <br><br> **Charles A Mesones** <br> **2064 WEST AVE J** <br> **#215** <br> **LANCASTER, CA 93534** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __35__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

In re    **Winston Tire Company, California Corporation**    Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28877**<br><br>**Charles B Kountz**<br>**1221 OLIVE STREET**<br>**BURBANK, CA 91506** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | **Unknown** | 0.00 |
| Account No. **28684**<br><br>**Charles B Kountz**<br>**234 RUE BEAUREGARD**<br>**STE 200**<br>**LAFAYETTE, LA 70508** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | **Unknown** | 0.00 |
| Account No. **24052**<br><br>**Charles D Butler**<br>**1301 RICHLAND AVE**<br>**#56**<br>**MODESTO, CA 95351** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | **Unknown** | 0.00 |
| Account No. **28874**<br><br>**Charles E Jones**<br>**6644 THOMAS DR**<br>**NORTH HIGHLANDS, CA 95660** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | **Unknown** | 0.00 |
| Account No. **29115**<br><br>**Charles Keeney**<br>**9126 EL SOL AVE**<br>**FOUNTAIN VALLEY, CA 92708** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | **Unknown** | 0.00 |

Sheet __36__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

In re    **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **24352** <br><br> **Charles W Johnson** <br> **600 ANITA STREET SP 78** <br> **CHULA VISTA, CA 91911** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10117** <br><br> **Charlyn S Smith** <br> **5807 IRVING AVE.** <br> **LA CRESCENTA, CA 91214** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28983** <br><br> **Chris A Tapar** <br> **18147 ERIC CT #212** <br> **CANYON COUNTRY, CA 91384** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28700** <br><br> **Chris Ashley** <br> **12208 FAIROAKS BLVD.** <br> **#25** <br> **FAIROAKS, CA 95628** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29082** <br><br> **Chris L Bradford** <br> **6145 WOODSIDE DR** <br> **ROCKLIN, CA 95677** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __37__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**          Case No. __LA 02-11180 BR__

                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28694**<br><br>Chris Mikaelian<br>147 S. 56 AVE.<br>#8<br>HIGHLAND PARK, CA 90042 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28506**<br><br>Christopher L Amici<br>501 W. GLENOAKS<br>#426<br>GLENDALE, CA 91202 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **23497**<br><br>Christopher L Osborn<br>973 EL CAMINITO<br>LIVERMORE, CA 94550 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **26968**<br><br>Christopher M Keller<br>12530 MAGNOLIA STREET<br>EL MONTE, CA 91732 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28986**<br><br>Christopher M Tift<br>2525 1/2 SUNSET<br>SELMA, CA 93662 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __38__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      0.00

In re    **Winston Tire Company, California Corporation**                           Case No. __LA 02-11180 BR__
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28889**<br><br>**Christopher P Gagner**<br>**410 N COOPER ST**<br>**SANTA ANA, CA 92703** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **29111**<br><br>**Christopher Reeves**<br>**349 B KIPPS LN**<br>**EL DORADO, CA 95762** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **21309**<br><br>**Christopher S Rivas**<br>**901 E WASHINGTON #474**<br>**COLTON, CA 92324** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **23916**<br><br>**Christopher Silva**<br>**529 N BONNIE BEACH PL**<br>**LOS ANGELES, CA 90063** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **28618**<br><br>**Christopher Starr**<br>**20843 WAALEW RD**<br>**#53**<br>**APPLE VALLEY, CA 92307** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |

Sheet __39__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**
_____
                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **10201** <br><br> **Ciro E Prieto** <br> **15901 VINTAGE ST.** <br> **NORTH HILLS, CA 91343** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22170** <br><br> **Clifford Gaul** <br> **2525 BROADWAY #30** <br> **SAN DIEGO, CA 92102** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26842** <br><br> **Colin Freeman** <br> **1731 ELLIS ST** <br> **#29** <br> **CONCORD, CA 94520** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **13096** <br><br> **Conrado A Pacas** <br> **323 N VIRGIL AVE. #4** <br> **LOS ANGELES, CA 90004** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29035** <br><br> **Craig A Lindstrom** <br> **8138 SONOMA HILLS WAY** <br> **SACRAMENTO, CA 95828** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **40** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                              Case No.  __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **18274**<br><br>**Craig T Kunibe**<br>**7081 WESTMORELAND WAY**<br>**SACRAMENTO, CA 95831** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28761**<br><br>**Crespin Avila**<br>**13550 FOOTHILL Bl #28**<br>**SYLMAR, CA 91342** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22891**<br><br>**Cristino N Gamboa**<br>**4368 MAPLE ST**<br>**SAN DIEGO, CA 92105** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28808**<br><br>**Cristopher Predmore**<br>**360 SUNRISE CIRCLE**<br>**VISTA, CA 92804** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24320**<br><br>**Dagoberto Chavez**<br>**910 CALLE AVE**<br>**IMPERIAL BEACH, CA 91932** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __41__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
_____
                                                Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27227** <br><br> **Dan J Bouchard** <br> **1105 E 20TH STREET** <br> **MERCED, CA 95340** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27842** <br><br> **Daniel Garcia** <br> **1091 MI CASA CT** <br> **# 4** <br> **CONCORD, CA 94518** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28604** <br><br> **Daniel Gomez** <br> **16793 HOLLY DR** <br> **FONTANA, CA 92335** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26636** <br><br> **Daniel H Arroyo** <br> **1019 S. CRENSHAW CRT.** <br> **VISALIA, CA 93277** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20014** <br><br> **Daniel M Krauss** <br> **45 CALLE ALAMITOS** <br> **RANCHO SANTA MARGARITA, CA 92688** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __42__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

In re    **Winston Tire Company, California Corporation**                Case No. __LA 02-11180 BR__

                                                Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27274** <br><br> **Daniel R Liles** <br> **7363 FALLWOOD WAY** <br> **CITRUS HEIGHTS, CA 95621** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25270** <br><br> **Daniel Romero** <br> **3730 E RAMBOZ DR.** <br> **LOS ANGELES, CA 90063** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26992** <br><br> **Daniel Sachse** <br> **17426 MATINAL RD #4612** <br> **SAN DIEGO, CA 92127** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28179** <br><br> **Danny A Roncalli** <br> **7501 ANDREW SARAH CT.** <br> **SACRAMETO, CA 95828** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23430** <br><br> **Danny Sanchez** <br> **2621 MANGULAR AVE.** <br> **CORONA, CA 91720** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __43__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **25884**<br><br>**Danny W Millsap**<br>**1009 E JONES #323**<br>**SANTA MARIA, CA 93494** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | <br><br>Unknown | <br><br>0.00 |
| Account No. **22995**<br><br>**Dara Azarbarzin**<br>**30 CEDAR TREE LANE**<br>**IRVINE, CA 92612** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | <br><br>Unknown | <br><br>0.00 |
| Account No. **26135**<br><br>**Daren Heffley**<br>**204 BARRY RD.**<br>**YUBA CITY, CA 95991** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | <br><br>Unknown | <br><br>0.00 |
| Account No. **28966**<br><br>**Darrel R Smith**<br>**874 BURBANK DR #7**<br>**SANTA CLARA, CA 95051** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | <br><br>Unknown | <br><br>0.00 |
| Account No. **27464**<br><br>**Darren E Hager**<br>**2837 Promontory Cir.**<br>**San Ramon, CA 94583-1258** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | <br><br>Unknown | <br><br>0.00 |

Sheet __44__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **21428** | | | | 1/12/2002 | | | | | |
| **Dave H Brann** **22621 1/2 VIA SECO** **APPLE VALLEY, CA 92308** | - | | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27095** | | | | 1/12/2002 | | | | | |
| **David A Rangel** **7455 N FARRIS** **FRESNO, CA 93711** | - | | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19478** | | | | 1/12/2002 | | | | | |
| **David Alfaro** **1730 GAVIOTA AVE.** **LONG BEACH, CA 90813** | - | | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29054** | | | | 1/12/2002 | | | | | |
| **David J Gonzales** **324 S 23RD ST** **BANNING, CA 92220** | - | | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27303** | | | | 1/12/2002 | | | | | |
| **David L Haw** **1428 Enchanted Way** **San Mateo, CA 94402** | - | | | **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __45__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27489** | | | 1/12/2002 | | | | | |
| David L Rader 1422 DEBRA PLACE BEAUMONT, CA 92223 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18365** | | | 1/12/2002 | | | | | |
| David M Strow 2740 CUTTER LOOP DISCOVERY BAY, CA 94514 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20572** | | | 1/12/2002 | | | | | |
| David Moll 2513 DON PEDRO RD #18 CERES, CA 95307 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29087** | | | 1/12/2002 | | | | | |
| David P Johnson 201 NEVADA ST PORTOLA, CA 96122 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21325** | | | 1/12/2002 | | | | | |
| David R Gilbert 5337 3/4 LA SIERRA RIVERSIDE, CA 92505 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __46__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                  0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best C...

In re     **Winston Tire Company, California Corporation**          Case No.   __LA 02-11180 BR__
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 21164 | | | 1/12/2002 | | | | | |
| David S Alvarez 3930 S. WILTON PLACE LOS ANGELES, CA 90062 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26794 | | | 1/12/2002 | | | | | |
| David S Cohen 725 A ST #2 RAMONA, CA 92065 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28188 | | | 1/12/2002 | | | | | |
| David S Heckathorn 3921 WEST 118 ST HAWTHORNE, CA 90250 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27270 | | | 1/12/2002 | | | | | |
| David Salonius 3551 Waco St San Diego, CA 92117 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28600 | | | 1/12/2002 | | | | | |
| David Sherlin 285 W BIG SPRINGS RD # D RIVERSIDE, CA 92507 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __47__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26891** <br><br> **David W Perkins** <br> **44118 11TH ST WEST** <br> **LANCASTER, CA 93534** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28842** <br><br> **Davy Rodriguez** <br> **32316 WELLS FARGO RD.** <br> **THOUSAND PALMS, CA 92276** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **11576** <br><br> **Dennis A Costa** <br> **741 MAZANA DRIVE** <br> **HEMET, CA 92543** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28856** <br><br> **Dennis A Kish** <br> **29938 ROSE BLOSSOM DR** <br> **MURRIETA, CA 92563** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27520** <br><br> **Dennis Butler** <br> **1020 HILLTOP DR** <br> **CHULA VISTA, CA 91911** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __48__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28354** <br><br> Dennis Dingmann <br> 830 CLARA DR <br> PALO ALTO, CA 94303 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28518** <br><br> Dennis Rosario <br> 141 FLOURNOY ST <br> DALY CITY, CA 94014 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **24309** <br><br> Dennis S Black <br> 10662 ALTON PL <br> ADELANTO, CA 92301 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28583** <br><br> Derek Coon <br> 2588 PEBBLE CREEK CRT <br> TRACY, CA 95376 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **19419** <br><br> Desery W Rossiter <br> 1617 FAIRDALE AVE. <br> DUARTE, CA 91010 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **49** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28291**<br><br>**Dikran H Armouchian**<br>**251 N. SIERRA BONITA**<br>**PASADENA, CA 91106** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22157**<br><br>**Dimitri M Bzdikian**<br>**27634 AGATE WAY**<br>**CASTAIC, CA 91384** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27899**<br><br>**Dino C Bertao**<br>**29 HAWKINS St #8**<br>**HOLLISTER, CA 95023** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28147**<br><br>**Dionicio Deanda**<br>**2137 CORNWELL AVENUE**<br>**MODESTO, CA 95350** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20693**<br><br>**Domingo Gutierrez**<br>**115 N. MARY DR. #D**<br>**SANTA MARIA, CA 93458** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __50__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**
_____                           _____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26944**<br><br>**Donald E Pope**<br>**4637 MEDINA WAY**<br>**NORTH HIGHLANDS, CA 95660** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19459**<br><br>**Donald G Hill**<br>**5600 MARCONI AVE #108**<br>**CARMICHAEL, CA 95608** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25261**<br><br>**Donald L Clark**<br>**2309 S. EVERGLADE**<br>**SANTA ANA, CA 92604** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27519**<br><br>**Donald L Jones**<br>**3425 SANTOS CT**<br>**CAMERON PARK, CA 95682** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22319**<br><br>**Donald W Artimez**<br>**150 S. RANCHO SANTA FE RD.**<br>**#29**<br>**SAN MARCOS, CA 92069-2517** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **51** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                Case No.  __LA 02-11180 BR__
_____
                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28793** | | | 1/12/2002 | | | | | |
| Donna R Adams 5350 JACKSON ST #155 NORTH HIGHLANDS, CA 95660 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28391** | | | 1/12/2002 | | | | | |
| Doroteo Rivera 12222 194 TH ST. ARTESIA, CA 90701 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **25675** | | | 1/12/2002 | | | | | |
| Douglas E Jimenez 2786 AGUA VISTA DR. SAN JOSE, CA 95132 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **21667** | | | 1/12/2002 | | | | | |
| Douglas E Murcia 1704 KEARNEY ST. LOS ANGELES, CA 90033 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **27529** | | | 1/12/2002 | | | | | |
| Douglas J Dunn 1439 EATON ROAD SAN DIMAS, CA 91773 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **52** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **23416** <br><br> **Drezelle Cain** <br> **2505 MAVIS CT.** <br> **OAKLAND, CA 94601** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29045** <br><br> **Eddie Rodriguez** <br> **3405 OREGON STREET** <br> **BAKERSFIELD, CA 93306** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10137** <br><br> **Eduardo C Figueroa** <br> **3436 COSBEY AVE.** <br> **BALDWIN PARK, CA 91706** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23587** <br><br> **Eduardo Lopez** <br> **329 W. COLORADO** <br> **MONROVIA, CA 91016** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28945** <br><br> **Eduardo R Avalos** <br> **8450 PRIMULA CIRCLE** <br> **BUENA PARK, CA 90620** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __53__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal

(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **24388** <br><br> **Edwin Perez** <br> **16743 SAN BERNARDINO AVE #34** <br> **FONTANA, CA 92335** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22806** <br><br> **Efren Lozano** <br> **641 ABODE CIRCLE** <br> **OCEANSIDE, CA 92058** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29120** <br><br> **Elder Cortez** <br> **1770 W 9TH ST** <br> **UPLAND, CA 91786** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25289** <br><br> **Eliazar Toledo** <br> **430 EAST CENTRAL AVE.** <br> **SANTA ANA, CA 92707** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29088** <br><br> **Elmer E Flores** <br> **2851 S LA CADENA** <br> **COLTON, CA 92324** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __54__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **22072** <br><br> **Emanuel Fernandez** <br> **2120 MELROSE ST.** <br> **NATIONAL CITY, CA 91950** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28130** <br><br> **Enrique Navarrete** <br> **1802 LANAI AVE** <br> **SAN JOSE, CA 95122** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29109** <br><br> **Enrique V. Cuellar** <br> **12738 RAJAH ST** <br> **SYLMAR, CA 91342** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29019** <br><br> **Eric F Winscher** <br> **5050 GARFORD ST** <br> **#127** <br> **LONG BEACH, CA 90815** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23303** <br><br> **Eric L Cammauf** <br> **403 LORETTO DR** <br> **ROSEVILLE, CA 95661** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __55__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

In re   **Winston Tire Company, California Corporation**                  Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **19413** <br><br> **Eric M Hunter** <br> **17622 CAMERON** <br> **#15** <br> **HUNTINGTON BEACH, CA 92647** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25136** <br><br> **Eric N Skelton** <br> **32-795 RANCHO VISTA #1** <br> **CATHEDRAL CITY, CA 92234** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29103** <br><br> **Eric P Vale** <br> **268 ALLPORT DRIVE** <br> **GALT, CA 95632** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28859** <br><br> **Erik S Kushner** <br> **812 ORANGE GROVE** <br> **#11** <br> **PASADENA, CA 91030** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18577** <br><br> **Ernest M Snell** <br> **6514 DUNEDIN PLACE.** <br> **ELK GROVE, CA 95758** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __56__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) — 0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**    Case No.   __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **25188** <br><br> **Ernesto L Sankitts** <br> **777 S. MANLEY** <br> **SAN GABRIEL, CA 91776** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28499** <br><br> **Ernie Sedillo** <br> **136 POMEROY RD.** <br> **NIPOMO, CA 93444** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **16695** <br><br> **Ervin F Barrientos** <br> **7051 PIZZOLI PL.** <br> **RANCHO CUCAMONGA, CA 91701** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20504** <br><br> **Estrellita D Fernandez** <br> **170 W ELMWOOD** <br> **APT #A** <br> **BURBANK, CA 91502** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28790** <br><br> **Eugenio Sanchez** <br> **83-961 HOPI AVE** <br> **INDIO, CA 92203** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __57__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                          Case No.  __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **22402**<br><br>**Evan R Laski**<br>**8015 Aldea Ave.**<br>**Van Nuys, CA 91406** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28756**<br><br>**Everett E Glenn**<br>**237 LOBOS ST.**<br>**SAN FRANCISCO, CA 94112** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27560**<br><br>**Everett Edwards**<br>**765 CASSIA PLACE**<br>**CHULA VISTA, CA 91910** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29071**<br><br>**Fabian Navarro**<br>**1879 CALINO AVE**<br>**BALDWIN PARK, CA 91706** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **17314**<br><br>**Felipe Torres**<br>**4891 S BERNARDINO ST.**<br>**MONTCLAIR, CA 91763** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __58__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**    Case No.  __LA 02-11180 BR__

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28948 | | | 1/12/2002 | | | | | |
| Felix E Recinos 431 CORONADO TERRACE #2 LOS ANGELES, CA 90026 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 20467 | | | 1/12/2002 | | | | | |
| Ferdy Aldana 2395 LOCUST AVE. #7 LONG BEACH, CA 90806 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 20191 | | | 1/12/2002 | | | | | |
| Fernando C Gutierrez 8929 CALIFORNIA SOUTH GATE, CA 90280 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28750 | | | 1/12/2002 | | | | | |
| Fernando Diaz 1819 KEITH ST APT 14 RIVERSIDE, CA 92507 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28332 | | | 1/12/2002 | | | | | |
| Fernando Dimas 6922 ADAMSON AVE #B BELL GARDENS, CA 90201 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __59__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    0.00

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28912**<br><br>**Fernando Lopez**<br>**13317 REMINGTON ST.**<br>**PACOIMA, CA 91331** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27802**<br><br>**Fernando Molina**<br>**4223 MISSION GATE DR**<br>**APT 1**<br>**OCEANSIDE, CA 92054** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10892**<br><br>**Fernando Perez**<br>**1251 NORTH G ST. #105**<br>**OXNARD, CA 93030** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27406**<br><br>**Fernando Samplina**<br>**397 BANGOR AVE**<br>**SAN JOSE, CA 95123** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **13276**<br><br>**Fidel Astorga**<br>**2087 NAIDA AVENUE**<br>**SAN JOSE, CA 95122** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __60__ of __220__ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Priority Claims            (Total of this page)                    0.00

In re  **Winston Tire Company, California Corporation**                 Case No.  __LA 02-11180 BR__
                                      Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28146** <br><br> **Fidelino Moreira** <br> **213 E. TEMPLE ST** <br> **SAN BERNARDINO, CA 92410** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24172** <br><br> **Filiberto Pacheco** <br> **1415 N KENNEDY CT.** <br> **VISALIA, CA 93292** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28739** <br><br> **Flavio Hernandez** <br> **23830 SAN FERNANDO RD.** <br> **#C** <br> **NEWHALL, CA 91321** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26703** <br><br> **Florencio Cordova** <br> **1027 N. STATE STREET** <br> **LOS ANGELES, CA 90033** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23801** <br><br> **Francis C Rivera** <br> **936 IKIELY BLVD.** <br> **SANTA CLARA, CA 95051** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **61** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**
                                                                Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **13452** <br><br> **Francisco J Paredes** <br> **835 S. OXFORD #115** <br> **LOS ANGELES, CA 90005** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **14596** <br><br> **Francisco J Ulloa** <br> **1009 N RAYMOND #16** <br> **PASADENA, CA 91104** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28900** <br><br> **Francisco L Arce** <br> **2423 SAMOA WAY** <br> **SAN JOSE, CA 95122** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28924** <br><br> **Francisco M Castillero** <br> **1205 MULTNOMAH DR.** <br> **MODESTO, CA 95350** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24152** <br><br> **Francisco R Ruelas** <br> **1318 ALMA AVE.** <br> **SALINA, CA 93905** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **62** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**
                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28925** <br><br> **Francisco Rodriguez** <br> **2430 EL TORO RD** <br> **DUARTE, CA 91010** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23944** <br><br> **Francisco Ruiz** <br> **567 CANYON DR. #1** <br> **OCEANSIDE, CA 92054** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19541** <br><br> **Francisco Salazar** <br> **1251 SANTA FE** <br> **BARSTOW, CA 92311** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28926** <br><br> **Frank J Dinglasan** <br> **4543 WATERVILLE DR.** <br> **SAN JOSE, CA 95118** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28933** <br><br> **Frank J Madrigal** <br> **951 W. AGNES** <br> **SANTA MARIA, CA 93458** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **63** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

In re   **Winston Tire Company, California Corporation**          Case No.   **LA 02-11180 BR**

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28697** <br><br> **Frank Puchalski** <br> **6205 RIVERSIDE BLVD.** <br> **#231** <br> **SACRAMENTO, CA 95831** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br><br> Unknown | <br><br> 0.00 |
| Account No. **23456** <br><br> **Franklin J Castro** <br> **7660 HARMONY OAKS** <br> **SACRAMENTO, CA 95828** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br><br> Unknown | <br><br> 0.00 |
| Account No. **28399** <br><br> **Fred G Behziz** <br> **P.O. BOX 1213** <br> **BIG BEAR LAKE, CA 92315** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br><br> Unknown | <br><br> 0.00 |
| Account No. **25308** <br><br> **Fred Salazar** <br> **3616 MAXSON RD.** <br> **EL MONTE, CA 91732** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br><br> Unknown | <br><br> 0.00 |
| Account No. **28736** <br><br> **Freddy Agudo** <br> **5032 RIVERSIDE DR.** <br> **CHINO, CA 91710** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br><br> Unknown | <br><br> 0.00 |

Sheet __64__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

In re  **Winston Tire Company, California Corporation**                    Case No.  **LA 02-11180 BR**
                                                             Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **29003**<br><br>**Gabriel A Zamora**<br>**6205 SCOTIA WAY**<br>**NORTH HIGHLAND, CA 95660** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **24356**<br><br>**Gabriel Limon**<br>**541 17TH ST**<br>**SAN DIEGO, CA 92101** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **26035**<br><br>**Garapet Kashkemenyan**<br>**737 N ALEXANDRIA AVE.**<br>**LOS ANGELES, CA 90029** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **28271**<br><br>**Garnel Taylor**<br>**2268 PARK BLVD**<br>**#3**<br>**OAKLAND, CA 94606** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **24341**<br><br>**Gary A Griswold**<br>**1213 FLAMINGO AVE**<br>**EL CAJON, CA 92021** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |

Sheet **65** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**    Case No. __LA 02-11180 BR__

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26158** <br><br> **Gary Dean** <br> **730 THIRD LANE** <br> **SOUTH SAN FRANCISCO, CA 94080** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **14147** <br><br> **Gary F Guzman** <br> **2430 S CALMIA RD.** <br> **DUARTE, CA 91010** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19864** <br><br> **Gary R Hein** <br> **749 Skyline Dr.** <br> **Daly City, CA 94015** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29063** <br><br> **Gary R Riddle** <br> **26127 SHADY GLEWN ST** <br> **MURRIETA, CA 92563** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19408** <br><br> **Gary S Richardson** <br> **258 CITURS AVE.** <br> **PERRIS, CA 92571** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __66__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **24418** | | | 1/12/2002 | | | | | |
| Gary V Vincent 766 W FELICITA AVE ESCONDIDO, CA 92025 | - | | **Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **29062** | | | 1/12/2002 | | | | | |
| Geoffrey A Morgan 1104 W J-5 LANCASTER, CA 93534 | - | | **Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **28591** | | | 1/12/2002 | | | | | |
| Geoffrey L Eng 2545 ROCKDELL ST. LA  CRESCENTA, CA 91214 | - | | **Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **17420** | | | 1/12/2002 | | | | | |
| George A Songg 910 MARLYCE LN. HEMET, CA 92543 | - | | **Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **27919** | | | 1/12/2002 | | | | | |
| George Espinoza 2929 BROADWAY #107 SAN DIEGO, CA 92102 | - | | **Employee Benefits** | X | X | X | **Unknown** | **0.00** |

Sheet __67__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

In re    **Winston Tire Company, California Corporation**                     Case No.   **LA 02-11180 BR**

                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27575** <br><br> **George F Cuevas**<br>**31111 NEER ST**<br>**HOMELAND, CA 92548** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28429** <br><br> **George Gonzalez**<br>**733 N. A STREET**<br>**APT B**<br>**LOMPOC, CA 93436** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27715** <br><br> **George I Guitron**<br>**1010 WHITEMARSH WAY**<br>**MODESTO, CA 95356** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26929** <br><br> **George Navarro**<br>**P O BOX 2165**<br>**VENTURA, CA 93002** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28580** <br><br> **George Vroomen**<br>**3765 N. MILLBROOK**<br>**APT A.**<br>**FRESNO, CA 93726** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **68** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                     Case No.   **LA 02-11180 BR**
_____
                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **29123** <br><br> **Gerald T Nelson 34553 BERNARD DR TRACY, CA 95377** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28733** <br><br> **Gerard C Jimenez 9241 "C" AVE #17 HESPERIA, CA 92345** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **16264** <br><br> **Gerardo F Suarez 113  N. CERRITOS AZUSA, CA 91702** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24339** <br><br> **Gerardo Gonzalez 11917 ARKANSAS ST ARTESIA, CA 90701** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **13762** <br><br> **Gerardo R Gomez 14740 STRATHERN #6 PANORAMA CITY, CA 91402** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **69** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                            0.00

In re    **Winston Tire Company, California Corporation**                        Case No.  **LA 02-11180 BR**
                                                                         Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **24175**<br><br>**Gerardo Renovato**<br>**7342 KELVIN AVE.**<br>**CANOGA PARK, CA 91306** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27492**<br><br>**Gerardo Valladolid**<br>**1214 E CRUCES ST**<br>**WILMINGTON, CA 90744** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20961**<br><br>**Gerardo Vasquez**<br>**28 W. HAWK**<br>**HEBER, CA 92249** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27580**<br><br>**German Sainez**<br>**27792 ORLANDO AVE**<br>**HAYWARD, CA 94545** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26097**<br><br>**Gerry M Bussey**<br>**4904 DOVE DR.**<br>**FAIR OAKS, CA 95628** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **70** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                  0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                    Case No. __LA 02-11180 BR__

                                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27059** <br><br> **Gilbert Hernandez** <br>**3955 KENMORE DR NORTH** <br>**FRESNO, CA 93703** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28525** <br><br> **Gilbert Sanchez** <br>**5359 STAR FLOWER WY** <br>**LIVERMORE, CA 94550** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27327** <br><br> **Gilbert Sanchez** <br>**5359 STARFLOWER WAY** <br>**LIVERMORE, CA 94550** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27553** <br><br> **Gilbert W Atkinson** <br>**2618 MARY ST** <br>**LA CRESENTA, CA 91214** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18596** <br><br> **Gino C Guevara** <br>**6244 RADFORD** <br>**NO. HOLLYWOOD, CA 91606** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __71__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **19448** | | | 1/12/2002 | | | | | |
| **Giovanny Mejia** P.O. BOX 341483 ARLETA, CA 91331 | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28590** | | | 1/12/2002 | | | | | |
| **Glen Lingenfelter** 5 PRIMROSE RANCHO SANTA MARGARITA, CA 92688 | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26678** | | | 1/12/2002 | | | | | |
| **Glenn H Huff** 1916 CALIFORNIA ST. HUNTINGTON BEACH, CA 92648 | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28210** | | | 1/12/2002 | | | | | |
| **Gonzalo E Duarte** 2121 WHITMAN WY #3 SAN BRUNO, CA 94066 | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10607** | | | 1/12/2002 | | | | | |
| **Gordon F Jones** 8214 BASSWOOD WAY CITRUS HEIGHTS, CA 95621 | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __72__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28952**<br><br>Gordon J Rudolph<br>P O BOX 194<br>FOLSOM, CA 95763 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25190**<br><br>Govind Samy<br>155 SYLVAN AVE.<br>SAN BRUNO, CA 94066 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28960**<br><br>Grant W Denner<br>2237 CLEVELAND AVENUE<br>NATIONAL, CA 91911 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28636**<br><br>Greg A Diaz<br>864- RONALD ST.<br>BRAWLEY, CA 92227 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23770**<br><br>Greg L Wagner<br>6372 JOHNSON AVE.<br>LONG BEACH, CA 90805 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __73__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      0.00

In re    **Winston Tire Company, California Corporation**                                Case No.    **LA 02-11180 BR**
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27509**<br><br>**Gregory A Tapia**<br>**6576 BISBY LAKE AVE**<br>**SAN DIEGO, CA 92119** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **17113**<br><br>**Gregory Centola**<br>**3252 ORIOLE WAY**<br>**ANTELOPE, CA 95843** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28792**<br><br>**Gregory H Soble**<br>**7529 NORTH EL DORADO ST.**<br>**STOCKTON, CA 95207** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28345**<br><br>**Guadalupe I Vasquez**<br>**18405 EVELYN AVE.**<br>**GARDENA, CA 90248** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **14804**<br><br>**Guadalupe Rosales**<br>**2128 ROYAL OAKS DR.**<br>**DUARTE, CA 91010** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __74__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     **0.00**

In re    **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__
                                            Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28535** | | | 1/12/2002 | | | | | |
| **Guido Marquez 7560 CHESTNUT #3 GILROY, CA 95020** | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **17771** | | | 1/12/2002 | | | | | |
| **Guillermo Alejandre 21202 SHEARER AVE. CARSON, CA 90745** | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23399** | | | 1/12/2002 | | | | | |
| **Guillermo Sanchez 78 6TH ST SPACE 24 HEBER, CA 92249** | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29091** | | | 1/12/2002 | | | | | |
| **Gustavo A Oliva 13573 BRANFORD ST ARLETA, CA 91331** | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **13492** | | | 1/12/2002 | | | | | |
| **Gustavo Franco 945 N SERRANO AVE #221 LOS ANGELES, CA 90029** | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __75__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **17117** <br><br>**Gustavo G Cortez**<br>**225 E. AVE. #39**<br>**LOS ANGELES, CA 90031** | - | | 1/12/2002 <br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26615** <br><br>**Gustavo Mendoza**<br>**2525 WALTERS WAY**<br>**CONCORD, CA 94520** | - | | 1/12/2002 <br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20998** <br><br>**Gustavo Reyes**<br>**14701 BLYTHE ST. #4**<br>**PANORAMA CITY, CA 91402** | - | | 1/12/2002 <br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21159** <br><br>**Guy Young**<br>**724 PACKSADDLE LN.**<br>**WALNUT, CA 91789** | - | | 1/12/2002 <br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28824** <br><br>**Harjit Ojla**<br>**219 FILLMORE ST**<br>**FILLMORE, CA 93015** | - | | 1/12/2002 <br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **76** of **220**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        | 0.00 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                         Case No.    **LA 02-11180 BR**

_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28620**<br><br>Harolc Amaro<br>1118 BLINN AVE<br>WILMINGTON, CA 90744 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18430**<br><br>Harry F Ellis<br>10051 CLAREMONT AVE.<br>BLOOMINGTON, CA 92316 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26858**<br><br>Harry M Olujich<br>4313 CANTAMAR<br>PALMDALE, CA 93552 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25130**<br><br>Harutyan H Bogharian<br>350 W. Lomita St.<br>#103<br>Glendale, CA 91204 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28263**<br><br>Harvey Reyes<br>25662 FIR AVE<br>MORENO VALLEY, CA 92553 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __77__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

In re  **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **25844** <br><br> Haykaz Beyleryan <br> 405 1/2 NORTH 7TH ST. <br> MONTEBELLO, CA 90640 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. **28686** <br><br> Hector Cabral <br> 11927 RIVES AVE <br> DOWNEY, CA 90242 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. **19764** <br><br> Hector Torres <br> 120A ROCKWOOD <br> PMB 41-061 <br> CALEXICO, CA 92231-2748 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. **28710** <br><br> Heriberto J Mercado <br> 7523 WHITKER <br> VAN NUYS, CA 91406 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. **24373** <br><br> Heriberto J Munoz <br> 1754 ISLA DE LA GAITA <br> SAN YSIDRO, CA 92173 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |

Sheet __78__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) — 0.00

In re   **Winston Tire Company, California Corporation**                Case No.   **LA 02-11180 BR**
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **19061** <br><br> **Howard D Hudson** <br>**10754 PARLIAMENT LN** <br>**RIVERSIDE, CA 92503** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24140** <br><br> **Humberto A Mendez** <br>**714 W 138TH ST.** <br>**GARDENA, CA 90247** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26118** <br><br> **Humberto Aguirre** <br>**2922 DEVON WAY** <br>**SAN PABLO, CA 94806** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27418** <br><br> **Huong V Le** <br>**6116 Laguna Villa Way** <br>**Elk Grove, CA 95758** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25508** <br><br> **Hy kaz Dushikyan** <br>**12619 VANOWEN ST. #4** <br>**N. HOLLYWOOD, CA 91605** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __79__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **10195** <br><br> **Ignacio S Carrillo** <br> **1216 S. GLENDALE AVE.** <br> **GLENDALE, CA 91205** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28314** <br><br> **Irvins Gourgue** <br> **700 E. HARVARD** <br> **#103** <br> **GLENDALE, CA 91205** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25253** <br><br> **Isidro M Isais** <br> **4620 W CALDWELL #E** <br> **VISALIA, CA 92377** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22907** <br><br> **Ismael Espinoza** <br> **2861 ELIZONDO AVE.** <br> **SIMI VALLEY, CA 93065** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21116** <br><br> **Ismael Reyes** <br> **38751 ALMADOR CT.** <br> **PALMDALE, CA 93551** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __80__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)              0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **11448**<br><br>**Israel Garcia**<br>**1515 S SATICOY AVE**<br>**#87**<br>**VENTURA, CA 93004** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28955**<br><br>**Israel J Vega**<br>**227 BERNARD ST**<br>**BAKERSFIELD, CA 93305** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29110**<br><br>**Ivan Norona**<br>**P. O. BOX 720383**<br>**PINON HILLS, CA 92372** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23746**<br><br>**Ivan R Flores**<br>**1416 W EVANS STREET**<br>**SAN BERNARDINO, CA 92411** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28752**<br><br>**Jack Hertwick**<br>**49084 MOJAVE DR.**<br>**MORONGO VALLEY, CA 92256** | | - | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __81__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.   __LA 02-11180 BR__
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28987** | | | 1/12/2002 | | | | | |
| **Jaime Garcia** **4646 BALBOA WAY** **FREMONT, CA 94536** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **28628** | | | 1/12/2002 | | | | | |
| **Jaime Montes** **838 EL PASO DR** **LOS ANGELES, CA 90042** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **18517** | | | 1/12/2002 | | | | | |
| **Jaime O Salgado** **14408 SAN ARDO** **LA MIRADA, CA 90638** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **26802** | | | 1/12/2002 | | | | | |
| **Jaime R Gonzalez** **6859 LAUREL CYN BL** **#110** **N. HOLLYWOOD, CA 91605** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **25921** | | | 1/12/2002 | | | | | |
| **Jaime R Salazar** **836 E HAWTHORNE PLACE** **POMONA, CA 91767** | - | | **Employee Benefits** | X | X | X | | |
| | | | | | | | Unknown | 0.00 |

Sheet __82__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                    Case No.    **LA 02-11180 BR**
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 26880<br><br>Jaime Yorton<br>1081 CORONA LN<br>COSTA MESA, CA 92628 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28836<br><br>Jamal Andrews<br>1014 NAPA ST.<br>APT B<br>VALLEJO, CA 94590 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24139<br><br>James A Tompkins<br>1030 MINNESOTA AVE<br>SAN JOSE, CA 95125 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29100<br><br>James C Petersen<br>10381 HAGA DR<br>SAN JOSE, CA 95111 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 20799<br><br>James C Wulfkuhle<br>4852 SANBERT<br>PLACENTIA, CA 92870 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **83** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

In re    **Winston Tire Company, California Corporation**                          Case No. __LA 02-11180 BR__

                                        Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **15155**<br><br>James D Martini<br>461 CLEARWOOD DR<br>OAKLEY, CA 94561 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **14501**<br><br>James E Stevenson<br>19809 JOLORA AVE.<br>CORONA, CA 91719 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **27753**<br><br>James F Smith<br>215 S PLEASANT AVE<br>APT 5<br>LODI, CA 95240 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **26361**<br><br>James H Friese<br>5612 GREEN ACRES WAY<br>ORANGEVALE, CA 95662 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **29095**<br><br>James J Callahan<br>52 SPOON LN<br>COTO DE CAZA, CA 92672 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __84__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                      Case No.   **LA 02-11180 BR**
                                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26240**<br><br>**James J Reid**<br>**424 E. MCKINLEY AVE.**<br>**RIALTO, CA 92376** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **28338**<br><br>**James Mc**<br>**8524 BRAIR BROOK CIR.**<br>**ORANGEVALE, CA 95662** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **27425**<br><br>**James R Doll**<br>**172 SUGAR VALLEY RD**<br>**SCOTTS VALLEY, CA 95066** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **28896**<br><br>**James R Pryor**<br>**4202 MIRAMONTE WAY**<br>**UNION CITY, CA 94587** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **17629**<br><br>**James T Scott**<br>**4316 TROJANS WAY**<br>**MODESTO, CA 95355** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | **Unknown** | **0.00** |

Sheet __85__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                              Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **20588** <br><br> **James T Simpson** <br> **10350 BASELINE RD** <br> **#32** <br> **ALTA LOMA, CA 91701** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29089** <br><br> **James W Wade** <br> **780 HIGHLAND ST** <br> **ESCONDIDO, CA 92027** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28033** <br><br> **Janet Aguilar** <br> **1717 S. BERENDO ST.** <br> **LOS ANGELES, CA 90006** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29105** <br><br> **Jason Gronstrand** <br> **1420 W LAMBERT RD** <br> **#421** <br> **LA HABRA, CA 90631** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27954** <br><br> **Jason R Hardcastle** <br> **4550 SCOTTS VALLEY DR** <br> **#A** <br> **SCOTTS VALLEY, CA 95066** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __86__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) | **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **15608** <br><br> **Javier Fonseca** <br> **6632 PHAETON AVENUE** <br> **PICO RIVERA, CA 90660** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23539** <br><br> **Javier Juarez** <br> **1013 S PALM AVE** <br> **ONTARIO, CA 91762** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28845** <br><br> **Javier M Alvarez** <br> **2908 SUGAR PINE WAY** <br> **MODESTO, CA 95354** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22166** <br><br> **Javier M Galvan** <br> **9665 LUNDAHL DR.** <br> **PICO RIVERA, CA 90660** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27831** <br><br> **Javier M Lozano** <br> **145 S WESTERN AVE** <br> **#224** <br> **ANAHEIM, CA 92804** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __87__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

In re __Winston Tire Company, California Corporation__    Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **18502** <br><br> **Javier T Baltazar** <br> **3116 PIONEER** <br> **BAKERSFIELD, CA 93306** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18893** <br><br> **Jay A Barnett** <br> **1233 E.ELGENIA** <br> **W. COVINA, CA 91790** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28998** <br><br> **Jef R Rasmussen** <br> **74850 HANCOCK** <br> **#M105** <br> **MURIETTA, CA 92562** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28548** <br><br> **Jeff J Watkins** <br> **4024 MCHENRY AVE** <br> **SPACE 149** <br> **MODESTO, CA 95356** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28819** <br><br> **Jeff Peterson** <br> **1377 N. SECOND AVE** <br> **UPLAND, CA 91786** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __88__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **21889**<br><br>Jeffery D Leach<br>6705 N. CONSTANCE<br>FRESNO, CA 93722 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **19288**<br><br>Jeffery W Sandridge<br>27430 DOLTON DR.<br>CANYON COUNTRY, CA 91351-2601 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28970**<br><br>Jeffrey D Fischer<br>62021 VERBENA RD<br>JOSHUA TREE, CA 92252 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **22641**<br><br>Jeffrey E Peterson<br>17800 LANLOIS 204<br>DESERT HOT SPRINGS, CA 92240 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28913**<br><br>Jeffrey Hayden<br>405 PARKE ST.<br>PASADENA, CA 91101 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **89** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
_____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26104**<br><br>**Jeffrey J Bell**<br>**10035 MILLS STATION RD.**<br>**SPACE 80**<br>**SACREMENTO, CA 95827** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28546**<br><br>**Jeffrey Mohler**<br>**7031 SEANVAN**<br>**YUCCA VALLEY, CA 92284** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28703**<br><br>**Jeffrey Whitlock**<br>**3519 JUPITER AVENUE**<br>**PALMDALE, CA 93350** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25204**<br><br>**Jeno Tamas**<br>**1245 PALOMAR PLACE 27**<br>**VISTA, CA 92084** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29056**<br><br>**Jeramy C Hoffman**<br>**P O BOX 205**<br>**JACUMBA, CA 91934** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __90__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                        0.00

In re    **Winston Tire Company, California Corporation**                    Case No.  __LA 02-11180 BR__
_____
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28562<br><br>Jeremiah E Treadwell<br>95602 CLASSIC WAY<br>TEMECULA, CA 92592 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26831<br><br>Jeremiah J Meador<br>27424 WALFRED WAY<br>MORENO VALLEY, CA 92555 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28911<br><br>Jeremy D Stern<br>1606 N. THORNE<br>FRESNO, CA 93704 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29117<br><br>Jeremy Jackson<br>9425 IVEY ST<br>SPRING VALLEY, CA 91977 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28909<br><br>Jeremy S Walker<br>2845 W. BALL RD.<br>ANAHEIM, CA 92804 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __91__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
_____
                                            Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28956** <br><br> **Jeremy T Kidder** <br> **2555 W LINCOLN** <br> **# 214** <br> **ANAHEIM, CA 92801** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10744** <br><br> **Jerome E Huffman** <br> **3612 10TH ST.** <br> **CERES, CA 95307** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28585** <br><br> **Jerrett Wright** <br> **27201 VIA VALEROSO** <br> **SUN CITY, CA 92586** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **12039** <br><br> **Jerry L Cash** <br> **2537 WALNUT PARK DR** <br> **MODESTO, CA 95355** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24380** <br><br> **Jerry W Nix** <br> **1048 S. ANZA #B** <br> **EL CAJON, CA 92020** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __92__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                                   Case No.   __LA 02-11180 BR__
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **21343** | | | 1/12/2002 | | | | | |
| Jesse A Cholico 5419 ALDAMA ST. LOS ANGELES, CA 90042 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10645** | | | 1/12/2002 | | | | | |
| Jesse H Linne 22790 SPRING MIST DR. MORENO VALLEY, CA 92557 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23939** | | | 1/12/2002 | | | | | |
| Jesse W Rorick 2439 GRAND TETON AVE. HEMET, CA 92544 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26938** | | | 1/12/2002 | | | | | |
| Jessie D Williams 243 KNOLL RD APT F-17 SAN MARCOS, CA 92069 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28872** | | | 1/12/2002 | | | | | |
| Jesus Aguirre 2927 ARUNDEL WAY SAN PABLO, CA 94806 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __93__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
_____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **17431** <br><br> **Jesus G Hernandez** <br> **P.O. BOX 905** <br> **SEELEY, CA 92273** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24403** <br><br> **Jesus M Rios** <br> **25365 EL GRECO DRIVE** <br> **MORENO VALLEY, CA 92553** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21421** <br><br> **Jesus M Robles** <br> **P.O. BOX 432** <br> **DUNNIGAN, CA 95937** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **16022** <br><br> **Jesus Melchor** <br> **300 N RAMPART #31** <br> **ORANGE, CA 92868** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10305** <br><br> **Jesus Padilla** <br> **240 TREMONT ST.** <br> **CHULA VISTA, CA 91911** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __94__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                0.00
(Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                      Case No.   **LA 02-11180 BR**
                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28509**<br><br>**Jesus Quiroz**<br>**10111 LOUISE AVE.**<br>**NORTHRIDGE, CA 91325** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21569**<br><br>**Jesus R Robles**<br>**1544 E. ABILA ST.**<br>**CARSON, CA 90745** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25302**<br><br>**Jesus Rocha**<br>**16738 LAWNWOOD ST.**<br>**VALINDA, CA 91744** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19490**<br><br>**Jesus Tovalin**<br>**7731 LOCKHAVEN**<br>**RANCHO CUCAMONGA, CA 91730** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28328**<br><br>**Jim J Douangphachan H**<br>**59 CYPRESS CT.**<br>**SAN PABLO, CA 94806** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __95__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            0.00

In re    **Winston Tire Company, California Corporation**                    Case No.    __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28765**<br><br>Jimen F Ibarra<br>1208 W. VICTORIA  ST.<br>SAN BERNARDINO, CA 92411 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | <br><br>Unknown | 0.00 |
| Account No. **28471**<br><br>Jimmy Lopez<br>1410 S WOODS AVE<br>LOS ANGELES, CA 90022 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | <br><br>Unknown | 0.00 |
| Account No. **20513**<br><br>Jirabhajab Napombhejara<br>2 TRAPANI<br>IRVINE, CA 92614 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | <br><br>Unknown | 0.00 |
| Account No. **29011**<br><br>Jo L Montoya<br>4658 BIRDFARM RD<br>CHINO HILLS, CA 91709 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | <br><br>Unknown | 0.00 |
| Account No. **12064**<br><br>Joan S Grimes<br>1578 E HOWARD ST.<br>PASADENA, CA 91104 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | <br><br>Unknown | 0.00 |

Sheet __96__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      **0.00**

In re  **Winston Tire Company, California Corporation**                    Case No.  __LA 02-11180 BR__
                                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **21418** <br><br> **Joaquin G Serna** <br> **P O BOX 1471** <br> **COVINA, CA 91722** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | <br> Unknown | <br> 0.00 |
| Account No. **21750** <br><br> **Joe Carrillo** <br> **1534 W 4TH ST** <br> **ONTARIO, CA 91762** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | <br> Unknown | <br> 0.00 |
| Account No. **28794** <br><br> **Joel J Parr** <br> **29938 ROSE BLOSSOM DR.** <br> **MURRIETA, CA 92563** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | <br> Unknown | <br> 0.00 |
| Account No. **28724** <br><br> **Joel P Blas** <br> **13215 CAROLEE AVE** <br> **SAN DIEGO, CA 92129** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | <br> Unknown | <br> 0.00 |
| Account No. **29128** <br><br> **Joey Lecitona** <br> **8930 CAMPBELL RD** <br> **ELK GROVE, CA 95624** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | <br> Unknown | <br> 0.00 |

Sheet __97__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**          Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **19535** <br><br> **Johel Delgado** <br> **1825 WEST MAPLE AVE.** <br> **ORANGE, CA 92668** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26574** <br><br> **John A Duncan** <br> **10831 WILDWOOD DR.** <br> **RANCHO CUCAMONGA, CA 91730** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27806** <br><br> **John B Miller** <br> **15869 DEER TRAIL DR** <br> **CHINO HILLS, CA 91709** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23960** <br><br> **John E Babine** <br> **1331 ESSEX WAY** <br> **SAN JOSE, CA 95117** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25724** <br><br> **John I Randle** <br> **4350 TYROLITE** <br> **RIVERSIDE, CA 92509** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __98__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**

_____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **18541** <br><br> John J Fraher <br> 1300 SARATOGA #1208 <br> VENTURA, CA 93003 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28286** <br><br> John J Lavin <br> 6320 WATT AVE <br> NORTH HIGHLANDS, CA 95660 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20201** <br><br> John J Starlin <br> 4769 E. HARVARD <br> FRESNO, CA 93703 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26366** <br><br> John L Session <br> 3216 HOLLINS ST. <br> BAKERSFIELD, CA 93305 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29099** <br><br> John M Carter <br> 26011 HOLLAND RD <br> MENIFEE, CA 92584 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __99__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                          Case No. __LA 02-11180 BR__

                                                         Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28661**<br><br>**John M Solis<br>1850 N. GLEN AVE<br>PASADENA, CA 91103** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10069**<br><br>**John R Rieger<br>17114 VOSE<br>VAN NUYS, CA 91406** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26656**<br><br>**John S Swets<br>32 S Coolidge<br>STOCKTON, CA 95215** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28757**<br><br>**John S. Lang<br>48 LOBELIA<br>RANCHO SANTA MARGARITA, CA 92688** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **10058**<br><br>**John T Boles<br>2039 VILLAGE WOOD RD<br>ENCINITAS, CA 92024** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __100__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                    Case No.  __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **29130**<br><br>**John Ward**<br>**3800 Grandlakes Blvd #G201**<br>**Kenner, LA 70065** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24149**<br><br>**Johnnie Carrington**<br>**30215 CORRAL DRIVE**<br>**COARSEGOLD, CA 93614** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27494**<br><br>**Johnny J Valdez**<br>**3512 E AVE R11**<br>**PALMDALE, CA 93550** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24357**<br><br>**Johnny L Long**<br>**10955 MARTINIQUE WAY**<br>**SAN DIEGO, CA 92126** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28524**<br><br>**Johnny Ortega**<br>**176 GEORGE ST.**<br>**#1**<br>**SAN JOSE, CA 95110** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __101__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28981** | | | 1/12/2002 | | | | | |
| Johnny R Granillo 400 MAYTEN FREMONT, CA 94539 | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23616** | | | 1/12/2002 | | | | | |
| Jonathan A Hromjak 5420 ALFONSO DR. AGOURA HILLS, CA 91301 | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27273** | | | 1/12/2002 | | | | | |
| Jonathan Costa 23348 Saklan Rd Hayward, CA 94545 | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28666** | | | 1/12/2002 | | | | | |
| Jonathan J Hall 1220 KUMQUAT PL. OXNARD, CA 93030 | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28737** | | | 1/12/2002 | | | | | |
| Jorell Rogers 861 W. CALAVERAS ST. ALTADENA, CA 90001 | | - | **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __102__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal (Total of this page) | 0.00 |
|---|---|

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                      Case No.   **LA 02-11180 BR**

                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **19307**<br><br>Jorge A Henriquez<br>9625 SYLMAR AVE #38<br>PANORAMA CITY, CA 91402 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **10968**<br><br>Jorge C Rios<br>809 MONTCLAIR<br>BAKERSFIELD, CA 93309 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **22382**<br><br>Jorge L Alvarado<br>3711 E 6th Street<br>Los Angeles, CA 90023 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **18293**<br><br>Jorge L Moreno<br>PO BOX 4007<br>WOODVILLE, CA 93258 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **26130**<br><br>Jorge Madrid<br>191 E. VISTA AVE.<br>DAILY CITY, CA 94014 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __103__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                 0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                              Case No.    **LA 02-11180 BR**

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28891** | | | 1/12/2002 | | | | | |
| Jorge Naranjo 17413 HORST AVE ARTESIA, CA 90701 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **22421** | | | 1/12/2002 | | | | | |
| Jorge Reategui 4049 1/2 CHEVY CHASE DR. LOS ANGELES, CA 90039 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **20055** | | | 1/12/2002 | | | | | |
| Jorge Rios 13622 GAIN ST. PACOIMA, CA 91331 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **25113** | | | 1/12/2002 | | | | | |
| Jorge Topete 22723 DENKER AVE. TORRANCE, CA 90501 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **24118** | | | 1/12/2002 | | | | | |
| Jose A Alfaro 16576 QUEENSIDE COVINA, CA 91722 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **104** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

In re  **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **17765** <br><br> **Jose A Gutierrez** <br> **1332 B W 8TH ST.** <br> **SAN BERNARDINO, CA 92411** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **17679** <br><br> **Jose A Huaracha** <br> **111 1ST ST PMB15-193** <br> **CALEXICO, CA 92231** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28659** <br><br> **Jose A Moreno** <br> **35 W. HAWK ST.** <br> **HEBER, CA 92249** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23737** <br><br> **Jose A Salas** <br> **2604 LYNWOOD ST** <br> **BAKERSFIELD, CA 93306** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20198** <br><br> **Jose A Soberanes** <br> **13193 LAKOTA DR.** <br> **MORENO VALLEY, CA 92553** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __105__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **11726** | | | 1/12/2002 | | | | | |
| Jose A Vasquez 1157 N KINGSLEY DR. #9 LOS ANGELES, CA 90029 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24020** | | | 1/12/2002 | | | | | |
| Jose A Zetino 636 N HELIOTROPE DR APT #D LOS ANGELES, CA 90004 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26048** | | | 1/12/2002 | | | | | |
| Jose Arredondo 11761 RIVERSIDE COURTLAND, CA 95615 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19638** | | | 1/12/2002 | | | | | |
| Jose C Montoya 408 2ND AVE. YUMA, AZ 85364 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25712** | | | 1/12/2002 | | | | | |
| Jose Cubias 1682 Massachusetts San Bernardino, CA 92411 | - | | **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __106__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

In re    **Winston Tire Company, California Corporation**                Case No.  **LA 02-11180 BR**
_____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26780** <br><br> **Jose D Garcia** <br> **7025 WOODLY AVE** <br> **#223** <br> **VAN NUYS, CA 91406** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18560** <br><br> **Jose D Landeros** <br> **756 YUCCA DR.** <br> **EL CENTRO, CA 92243** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29049** <br><br> **Jose D Partida** <br> **4060 CLAIREMONT DR** <br> **SAN DIEGO, CA 92117** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29075** <br><br> **Jose De** <br> **14718 WHEATSTONE AVE** <br> **NORWALK, CA 90650** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27785** <br><br> **Jose Delgado** <br> **2400 E PLEASANT VLY RD** <br> **#137** <br> **OXNARD, CA 93033** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __107__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                  Case No.  __LA 02-11180 BR__

_____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28607<br><br>Jose Duenas<br>2537 EL TORO RD<br>DUARTE, CA 91010 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 22855<br><br>Jose Farias<br>4237 WOODLAWN AVE<br>LOS ANGELES, CA 90011 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24369<br><br>Jose G Morales<br>4783 DWIGHT STREET<br>SAN DIEGO, CA 92105 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21243<br><br>Jose G Vazquez<br>557 S. HOEFNER AVE.<br>LOS ANGELES, CA 90022 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28735<br><br>Jose Gutierrez<br>835 BAYVIEW<br>#110<br>WILMINGTON, CA 90744 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __108__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     **0.00**

In re    **Winston Tire Company, California Corporation**                                      Case No.  __LA 02-11180 BR__
                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **24345** <br><br> **Jose Hernandez 1329 N GREENBERRY LAPUENTE, CA 91744** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28772** <br><br> **Jose J De 1166 1/4 N. HOBART BL. LOS ANGELES, CA 90029** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25576** <br><br> **Jose J. Resendiz 11020 BUSHNELL RIVERSIDE, CA 92505** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28309** <br><br> **Jose King 22413 NEPTUNE AVE CARSON, CA 90745** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28658** <br><br> **Jose L Algandar 1510 1/2 W. ADAMS BL. LOS ANGELES, CA 90007** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __109__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **24208**<br><br>**Jose L Garcia**<br>**2594 S. TITUS AVE**<br>**POMONA, CA 91766** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27205**<br><br>**Jose L Garibay**<br>**1324 W. ROBIDOUX ST**<br>**WILMINGTON, CA 90744** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20223**<br><br>**Jose L Ramirez**<br>**989 VICTORIA ST. #E1**<br>**COSTA MESA, CA 92627** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26931**<br><br>**Jose L Rodriguez**<br>**166 N. EASTMAN AVE**<br>**LOS ANGELES, CA 90063** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25870**<br><br>**Jose L Traconis**<br>**P.O. BOX 1895**<br>**SAN MARCOS, CA 92079** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __110__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    0.00

In re    **Winston Tire Company, California Corporation**                           Case No. __LA 02-11180 BR__

                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **13732** <br><br> **Jose M Arango** <br> **4160 SHIRLEY AVE.** <br> **EL MONTE, CA 91731** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23913** <br><br> **Jose M Ramirez** <br> **P.O. BOX 2146** <br> **GILROY, CA 95021** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21276** <br><br> **Jose Melgar** <br> **8135 RESEDA BLVD.** <br> **RESEDA, CA 91335** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22690** <br><br> **Jose Nunez** <br> **4545 E ROSE HILL DR.** <br> **LOS ANGELES, CA 90032** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25615** <br><br> **Jose Osoy** <br> **1019 W 102ND #1** <br> **LOS ANGELES, CA 90044** | | - | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __111__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    0.00

In re    **Winston Tire Company, California Corporation**                 Case No. __LA 02-11180 BR__
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **21157** <br><br> **Jose P Gomez** <br> **151 MOSSWOOD AVE.** <br> **STOCKTON, CA 95206** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19066** <br><br> **Jose P Velazquez** <br> **10733 CHARNOCK RD.** <br> **LOS ANGELES, CA 90034** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28259** <br><br> **Jose Ponce** <br> **3911 T ST** <br> **SAN DIEGO, CA 92113** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28764** <br><br> **Jose R Alaniz** <br> **82-511 VALENCIA AVE** <br> **INDIO, CA 92201** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24331** <br><br> **Jose R Estuvier** <br> **8230 TELEGRAPH ROAD** <br> **APT 8-W** <br> **DOWNEY, CA 90240** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __112__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)       0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                    Case No.  __LA 02-11180 BR__

                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **25050** <br><br> **Jose R Vasquez** <br> **8646 WREN CIRCLE** <br> **ELK GROVE, CA 95624** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **24148** <br><br> **Jose Ruiz** <br> **2036 MAGPIE CT.** <br> **ATWATER, CA 95301** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **26900** <br><br> **Jose S Alvarado** <br> **3133 SULLIVAN AVE** <br> **ROSEMEAD, CA 91770** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **28432** <br><br> **Jose Vazquez** <br> **11610 E 208 TH ST** <br> **LAKEWOOD, CA 90715** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | **Unknown** | **0.00** |
| Account No. **29078** <br><br> **Jose W Bolainez** <br> **3406 W OLINDA LN** <br> **APT B** <br> **ANAHEIM, CA 92804** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | **Unknown** | **0.00** |

Sheet __113__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28308**<br><br>Jose Yanez<br>12038 ROSEHILL DR<br>FONTANA, CA 92337 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **24080**<br><br>Jose-Luis R Rodriguez<br>4187 Eta St. #6<br>San Diego, CA 92113 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28316**<br><br>Josef M Awad<br>5020 HARRISON ST<br>CHINO, CA 91710 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **22142**<br><br>Joselito M Rebenito<br>1710 TERRA VISTA LN.<br>STOCKTON, CA 95206 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **15750**<br><br>Joseph A Dorsey<br>4557 ST. ANDREWS DR.<br>CHINO HILLS, CA 91709 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __114__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    | 0.00

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **23079** <br><br> Joseph Cheney <br> 44614 WINDSON DR <br> INDIO, CA 92201 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **13550** <br><br> Joseph H Duval <br> 4280 Via Arbelada <br> #101 <br> LOS ANGELES, CA 90042 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26278** <br><br> Joseph J Snowden <br> 820 DUCHOW WAY <br> FOLSOM, CA 95630 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28957** <br><br> Joseph R Torres <br> 165 DEL MONTE AVE <br> CHULA VISTA, CA 91911 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21664** <br><br> Joseph R Vineyard <br> 2247 MADRONE ST. <br> SIMI VALLEY, CA 93065 | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __115__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal <br> (Total of this page) | 0.00 |
|---|---|

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                     Case No.   __LA 02-11180 BR__

_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28786** <br><br> **Josh M Gonzales** <br> **880 EL CERRITO WAY #C** <br> **GILROY, CA 95020** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29127** <br><br> **Josh Vanlaningham** <br> **5415 S Grove St** <br> **Rocklin, CA 95949** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28863** <br><br> **Joshua Clavell** <br> **2580 ROTIMER DR.** <br> **RIVERSIDE, CA 92509** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28674** <br><br> **Joshua Varozza** <br> **5081 MEMORY LANE** <br> **SHINGLE SPRINGS, CA 95682** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28692** <br><br> **Josue Mendez** <br> **6206 COLUMBUS AVE.** <br> **APT #3** <br> **VAN NUYS, CA 91411** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __116__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **20351** <br><br> **Juan A Martinez** <br> **25354 VIA VERDE** <br> **LAKE FOREST, CA 92630** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26065** <br><br> **Juan C Gonzalez** <br> **6240 LANKERSHIM #52** <br> **NORTH HOLLYWOOD, CA 91606** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28542** <br><br> **Juan Corrales** <br> **2587 PILOT KNOB DR** <br> **SANTA CLARA, CA 95051** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27126** <br><br> **Juan F Ibarra** <br> **2130 ORIS AVE** <br> **COMPTON, CA 90222** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19630** <br><br> **Juan G Eguia** <br> **424 N CORONADO ST. #1** <br> **6292** <br> **LOS ANGELES, CA 90026** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __117__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27604**<br><br>Juan Galvan<br>2239 BULGAS AVE<br>E PALO ALTO, CA 94303 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28782**<br><br>Juan Gutierrez<br>647 S. LARCH AVE.<br>RIALTO, CA 92376 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25225**<br><br>Juan Jacinto<br>13812 LA PAT PLACE#28<br>WESTMINISTER, CA 92683 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18483**<br><br>Juan L Marckwordt<br>2041 1/2 Yosemite Dr.<br>Los Angeles, CA 90041 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25695**<br><br>Juan Lopez<br>PO BOX 1844<br>YUCCA, CA 92284 | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __118__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)       0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                          Case No.    **LA 02-11180 BR**
                                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **16898** <br><br> **Juan M Munoz** <br> **2764 N. E STREET** <br> **SAN BERNARDINO, CA 92405** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | <br> 0.00 |
| Account No. **29022** <br><br> **Juan M Zuniga** <br> **1650 S CAMPUS AVE** <br> **#12** <br> **ONTARIO, CA 91761** | | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | <br> 0.00 |
| Account No. **29018** <br><br> **Juan Meza** <br> **1755 KAMMEREU AVE** <br> **SAN JOSE, CA 95116** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | <br> 0.00 |
| Account No. **18727** <br><br> **Juan N Garcia** <br> **4066 ARIZONA #6** <br> **SAN DIEGO, CA 92104** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | <br> 0.00 |
| Account No. **28656** <br><br> **Juan Ontiveros** <br> **8223 PARAMOUNT BLVD.** <br> **PICO RIVERA, CA 90660** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | <br> 0.00 |

Sheet __119__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                     0.00

In re    **Winston Tire Company, California Corporation**                                  Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **23538**<br><br>**Juan Reyna**<br>**84829 CALLE ROJO**<br>**COACHELLA, CA 92236** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23671**<br><br>**Juan S Salgado**<br>**23026 16TH ST.**<br>**NEWHALL, CA 91321** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28402**<br><br>**Juan Tafolla**<br>**14236 AZTEZ ST**<br>**SYLMAR, CA 91342** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26126**<br><br>**Juan Valenzuela**<br>**6180 MT. ANGELUS DR.**<br>**LOS ANGELES, CA 90042** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29098**<br><br>**Juan-Carlos Aguilar**<br>**1090 MICASA CT APT#8**<br>**CONCORD, CA 94518** | - | | **1/12/2002**<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __120__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)         **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                Case No.   **LA 02-11180 BR**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **16138** <br><br> **Juana P Padilla** <br> **5927 CEDROS AVE.** <br> **VAN NUYS, CA 91411** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29107** <br><br> **Julia K. Flye** <br> **10428 CANOGA AVE** <br> **#28** <br> **CHATSWORTH, CA 91311** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24081** <br><br> **Julien Vansimaeys** <br> **4489 WALNUT AVE.** <br> **CHINO, CA 91701** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28646** <br><br> **Julio Garcia** <br> **4064 HIGHLAND AVE** <br> **SAN DIEGO, CA 92105** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28720** <br><br> **Julio M Dubois** <br> **12526 PENSKE ST.** <br> **MORENO VALLEY, CA 92553** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __121__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)       0.00

In re    **Winston Tire Company, California Corporation**                            Case No.  __LA 02-11180 BR__

                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **10807**<br><br>**Julio Ramos**<br>**9446 GLENCONNON DR.**<br>**PICO RIVERA, CA 90660** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18411**<br><br>**Julio W Sevilla**<br>**2121 LEMONTREE WAY #2**<br>**ANTIOCH, CA 94509** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23503**<br><br>**Julius C Felix**<br>**176 GARNER DR.**<br>**SUNNYVALE, CA 94089** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23092**<br><br>**Julius Vandongen**<br>**1650 CHALES ROAD**<br>**SAN LEANDRO, CA 94577** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27657**<br><br>**Justin A Nadratowski**<br>**29870 NUEVO RD**<br>**NUEVO, CA 92567** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __122__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      **0.00**

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**

                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28122 <br><br> Justin Hahn <br> 11849 SEAGLASS CRT. <br> SAN DIEGO, CA 92128 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29118 <br><br> Justin Howard <br> 2232 TAHITI DR <br> SAN RAMON, CA 94583 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28729 <br><br> Justin M Malae <br> 1691 CUNNINGHAM ST. <br> SANTA CLARA, CA 95050 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 17187 <br><br> Juvenal Velasquez <br> 762 N. ALAMEDA <br> ONTARIO, CA 91764 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28551 <br><br> Kade Ralphs <br> 1000 CHARLESTON CIR. <br> ROSEVILLE, CA 95661 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __123__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 23628 | | | 1/12/2002 | | | | | |
| Kalman K Katona 7605 ASTER AVE. YUCCA VALLEY, CA 92284 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29037 | | | 1/12/2002 | | | | | |
| Kamaledin Sarmadi 1510 S BASCOM AVE #150 CAMPBELL, CA 95008 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28731 | | | 1/12/2002 | | | | | |
| Karrie F Leblanc 4251 RIVERSIDE ROAD JENNINGS, LA 70546 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26665 | | | 1/12/2002 | | | | | |
| Kebede F Mesfin 6409 WINTER CREST DR. BAKERSFIELD, CA 93313 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29017 | | | 1/12/2002 | | | | | |
| Keith E Hoffman 116 COACHMAN LN SANTA ROSA, CA 95404 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __124__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)             0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                      Case No.   **LA 02-11180 BR**
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28227 <br><br> Keith T Richardson<br>1933 HUNTINGTON DR<br>#B<br>DUARTE, CA 91010 | | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29124 <br><br> Kenneth Bellon<br>2609 SWINDON CT<br>ROCKLIN, CA 95765 | | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 19923 <br><br> Kenneth D Pierce<br>1750 APRILSONG CT.<br>SAN JOSE, CA 95131 | | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27783 <br><br> Kenneth H Kuhney<br>3845 GARFIELD AVE<br>CARMICHAEL, CA 95608 | | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27522 <br><br> Kenneth P Young<br>7453 SANDLEWOOD DR<br>APT. 25<br>CITRUS HEIGHTS, CA 95621 | | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __125__ of __220__  continuation sheets attached to            Subtotal
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)        0.00

In re    **Winston Tire Company, California Corporation**                              Case No.    **LA 02-11180 BR**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 23771 | | | 1/12/2002 | | | | | |
| Kenneth W Brown 600 SPRING ROAD #35 MOORPARK, CA 93021 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 25231 | | | 1/12/2002 | | | | | |
| Kenneth Watson 4834 E GETTYBURG #123 FRESNO, CA 93726 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28906 | | | 1/12/2002 | | | | | |
| Kenny M Pinto 1800 FAIRINGTON LN MODESTO, CA 95355 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26468 | | | 1/12/2002 | | | | | |
| Kevin A Boyd 7813 COTTINGHAM CT. CITRUS HEIGHTS, CA 95610 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21979 | | | 1/12/2002 | | | | | |
| Kevin D Elms 7709 BRUCE WAY BAKERFIELD, CA 93306 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __126__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                          Case No. __LA 02-11180 BR__
_____
                                                Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 23429 <br><br> **Kevin Gonzalez** <br> **3660 IVORY LANE** <br> **WEST COVINA, CA 91792** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 29132 <br><br> **Kiefer Bearden** <br> **3800 Grandlakes Blvd #G201** <br> **Kenner, LA 70065** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 21535 <br><br> **Kimberly Parrot Wheaton** <br> **650 GALENA ST** <br> **EL CAJON, CA 92019** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28043 <br><br> **Kirby Houston** <br> **14739 DELANO #5** <br> **VAN NUYS, CA 91411** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 27173 <br><br> **Kirk P Kozlowski** <br> **13319 GREENSTONE AVE.** <br> **NORWALK, CA 90650** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __127__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                                    Case No.   **LA 02-11180 BR**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26638** | | | 1/12/2002 | | | | | |
| Kirk Williams 16001 ARIA CIRCLE HUNTINGTON BEACH, CA 92649 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **29053** | | | 1/12/2002 | | | | | |
| Kris H Wallace 52043 RIZA AVE CABAZON, CA 92230 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **15590** | | | 1/12/2002 | | | | | |
| Kuk K Chu 12131 #A MAGNOLIA ST. EL MONTE, CA 91732 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **24347** | | | 1/12/2002 | | | | | |
| Kurt C Hintz 7504 PARKWAY DR #108 LAMESA, CA 91942 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **26277** | | | 1/12/2002 | | | | | |
| Kurt W Ogletree 2653 LOS NOGALES WAY RANCHO CORDOVA, CA 95670 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **128** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                 **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.  **LA 02-11180 BR**
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28904<br><br>Ky T Nguyen<br>1596 HERMOCILLA WY<br>SAN JOSE, CA 95116 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26611<br><br>Kyle C Herron<br>11729 MARKQUARDT AVE<br>WHITTIER, CA 90605 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29061<br><br>Kyle R Kennedy<br>10036 PURGATORY RD<br>EDEN PRAIRIE, MN 55347 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28521<br><br>Kyle W Caprista<br>6288 CAMINO DEL LAGO<br>PLEASANTON, CA 94566 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24153<br><br>Kyong H Hong<br>1036S DEWEY AVE. #1<br>LOS ANGELES, CA 90006 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **129** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                               Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 29083<br><br>Lance E Lapp<br>9601 KENT ST<br>#15<br>ELK GROVE, CA 95624 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28880<br><br>Lance R Elliott<br>26512 BALDY PEAK<br>MENIFEE, CA 92584 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28899<br><br>Landis A Wade<br>1107 S. AMANTHA AVE.<br>COMPTON, CA 90220 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 18375<br><br>Larry A Moll<br>3401 BLAKER ROAD<br>CERES, CA 95307 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 18785<br><br>Larry A Williams<br>1601 W MACARTHUR<br>#20B<br>SANTA ANA, CA 92704 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __130__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    0.00

In re   **Winston Tire Company, California Corporation**                              Case No. __**LA 02-11180 BR**__

                                                                                          Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 27235<br><br>**Laureen M Taylor**<br>**509 N MARGUERITA**<br>**UNIT E**<br>**ALHAMBRA, CA 91801** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28883<br><br>**Lauren E Kountz**<br>**825 8TH STREET APT C**<br>**HERMOSA BEACH, CA 90254** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 29084<br><br>**Lawrence A Miller**<br>**9674 JAN MARIE WAY**<br>**ELK GROVE, CA 95624** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28961<br><br>**Lawrence E Walsh**<br>**1029 SAN JUAN STREET**<br>**OCEANSIDE, CA 92054** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 16752<br><br>**Lazaro A Lima**<br>**1752 BOLANO AVE.**<br>**ROLAND HEIGHTS, CA 91748** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __131__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        | 0.00 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 26503<br><br>Lee A Parmeter<br>7740 WATT AVE<br>APT 118<br>ANTELOPE, CA 95843 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 10799<br><br>Leo P Picking<br>10055 SAMOA #201<br>TUJUNGA, CA 91042 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 23423<br><br>Leon Cole<br>3952 FLORENCE STREET<br>SAN DIEGO, CA 91976 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26108<br><br>Leonard Ortiz<br>68810 FORTUNA RD.<br>CATHEDRAL CITY, CA 92234 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26466<br><br>Leslie Agre<br>3668 MODESTO DR.<br>SAN BERNARDINO, CA 92404 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __132__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 29122<br><br>Lester Payne<br>35014 AVE A<br>YUCAIPA, CA 92399 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28640<br><br>Levon Age<br>1670 E. 97TH ST.<br>LOS ANGELES, CA 90002 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24159<br><br>Long Luu<br>2313 DESPERADO DR<br>CHINO HILLS, CA 91709 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28927<br><br>Loren Inglish<br>7995 OAK AVE<br>CITRUS HEIGHTS, CA 95610 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24106<br><br>Lorenzo Huizar<br>2320 NORD RD.<br>BAKERSFIELD, CA 93312 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __133__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

In re    **Winston Tire Company, California Corporation**                    Case No.  **LA 02-11180 BR**
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 27251<br><br>**Loreto V Mata**<br>**2980 BRANDON DRIVE**<br>**SAN DIEGO, CA 92154** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28582<br><br>**Louie Gonzales**<br>**P.O. BOX 142**<br>**BRYN MAWR, CA 92405** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 27420<br><br>**Louie M Geoia**<br>**4421 W NICHOLS ST**<br>**SACRAMENTO, CA 95820** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28815<br><br>**Louie O Miranda**<br>**2708 LEEWARD ST.**<br>**HAYWARD, CA 94545** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 16197<br><br>**Louis M Gallegos**<br>**2616 17TH ST. #3**<br>**HUNTINGTON BEACH, CA 92648** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet  **134**  of **220**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)              0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**    Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 28992<br><br>Lucio M Galvez<br>2429 S MAPLE AVE<br>FRESNO, CA 93725 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29021<br><br>Luis A Gonzalez<br>11 SADDLEBROOK CT<br>DANVILLE, CA 94506 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28989<br><br>Luis A Holguin<br>41550 HOOPER ST<br>FREMONT, CA 94538 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21123<br><br>Luis A Marroquin<br>636 S AVENUE 60<br>LOS ANGELES, CA 90042 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27607<br><br>Luis A Martinez<br>12591 WESTMINSTER AVE<br>APT 212<br>GARDEN GROVE, CA 92843 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __135__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      0.00

In re    **Winston Tire Company, California Corporation**                                          Case No. __LA 02-11180 BR__

                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28472**<br><br>**Luis Alfaro**<br>**101 OAK AVE #3-B**<br>**REDWOOD CITY, CA 94061** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28753**<br><br>**Luis Almazan**<br>**4818 MONTGOMERY ST.**<br>**RIVERSIDE, CA 92503** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28922**<br><br>**Luis E Flores**<br>**12726 WALNUT ST**<br>**WHITTIER, CA 90602** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27245**<br><br>**Luis E Lopez**<br>**10342 RAMONA AVENUE**<br>**Apt I**<br>**MONTCLAIR, CA 91766** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19092**<br><br>**Luis E Lopez**<br>**901 W OCCIDENTAL ST.**<br>**SANTA ANA, CA 92707** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __136__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                                    Case No.   **LA 02-11180 BR**
_____
                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **11280**<br><br>Luis F Machuca<br>10045 BEVIS AVENUE<br>MISSION HILLS, CA 91345 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **21391**<br><br>Luis F Muratalla<br>PO BOX 229<br>DUNNIGAN, CA 95937 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **16672**<br><br>Luis G Garcia<br>P.O. BOX 43<br>HEBER, CA 92249 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **14326**<br><br>Luis G Vazquez<br>238 N. GAGE AVENUE<br>LOS ANGELES, CA 90063 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **25123**<br><br>Luis Pacheco<br>2424 W. 1ST. STREET<br>#125<br>SANTA ANA, CA 92703-3555 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __137__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**    Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 27196 <br><br> Luis R Amaya <br> 4015 MARATHON <br> #1 <br> LOS ANGELES, CA 90029 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27758 <br><br> Luis Rodriguez <br> 1140 POTRERO AVE <br> SAN FRANCISCO, CA 94110 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 23140 <br><br> Lupe H Gutierrez <br> 11318 ARBORSIDE WAY <br> SAN DIEGO, CA 92131 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 19101 <br><br> Lyle R Lowder <br> 81 MAR VISTA DR. <br> DALY CITY, CA 94014 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 20135 <br><br> Macrin L Cortez <br> 125 W. ROSEWOOD ST. <br> RIALTO, CA 92376 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __138__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                     Case No.   **LA 02-11180 BR**
                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 28885 | | | 1/12/2002 | | | | | |
| Manolito C Sagun 5407 ROCKWELL DR BAKERSFIELD, CA 93308 | - | | Employee Benefits | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. 28635 | | | 1/12/2002 | | | | | |
| Manuel Diaz 434 W, BROWNIE ST. SPACE 21 HOLTVILLE, CA 92250 | - | | Employee Benefits | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. 13805 | | | 1/12/2002 | | | | | |
| Manuel E Ortega 612 G STREET W SACRAMENTO, CA 95605 | - | | Employee Benefits | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. 28875 | | | 1/12/2002 | | | | | |
| Manuel J Lopez 1200 W LAMBERT RD #27 LA HABRA, CA 90631 | - | | Employee Benefits | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. 27543 | | | 1/12/2002 | | | | | |
| Marc C Ledesma 26 N. Broadway Apt. A Bay Point, CA 94565 | - | | Employee Benefits | X | X | X | | |
| | | | | | | | Unknown | 0.00 |

Sheet __139__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                            Case No. __LA 02-11180 BR__
                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 29065<br><br>**Marcel Esmieu**<br>**11921 BUDLONG AVE**<br>**LOS ANGELES, CA 90044** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 29009<br><br>**Marcial Melchor**<br>**24757 CHESTNUT ST**<br>**NEWHALL, CA 91321** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28910<br><br>**Marciano R Abuan**<br>**1230 SUNRISE WY**<br>**MILPITAS, CA 95673** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 21177<br><br>**Marco A Quintero**<br>**9410 Elizabeth Ave #E**<br>**South Gate, CA 90280** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 29079<br><br>**Marco A Rebolledo**<br>**673 ARROW HEAD AVE**<br>**RIALTO, CA 92376** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __140__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    0.00

In re   **Winston Tire Company, California Corporation**

Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28803 <br><br> **Marco Montoya** <br> **21039 VANOWEN ST.** <br> **#117** <br> **CANOGA PARK, CA 91303** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. 21931 <br><br> **Marcos A Fuentes** <br> **15555 HIBISCUS ST.** <br> **FONTANA, CA 92335** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. 21806 <br><br> **Margaret Cloud** <br> **625 CONNIE CT.** <br> **MANTECA, CA 95336** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. 16558 <br><br> **Maria E Soto** <br> **12889 KELOWNA ST.** <br> **PACOIMA, CA 91331** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. 28274 <br><br> **Mariano Garcia** <br> **8939 GALLATIN** <br> **UNIT 89** <br> **PICO RIVERIA, CA 90660** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |

Sheet __141__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

In re    **Winston Tire Company, California Corporation**          Case No.  **LA 02-11180 BR**
_____
                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 25150<br><br>**Mario Alcantar**<br>**583 RODRIGUEZ ST.**<br>**WATSONVILLE, CA 95076** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28273<br><br>**Mario Alvarez**<br>**5321 DEXTER DR**<br>**SAN JOSE, CA 95123** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 22315<br><br>**Mario Durazo**<br>**811 NOGALES STREET**<br>**SACRAMENTO, CA 95838-4331** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 25480<br><br>**Mario Mendez**<br>**14141 POLK ST #16**<br>**SYLMAR, CA 91342** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 27306<br><br>**Mario T Acevedo**<br>**3643MOUNTAIN VIEW AVE**<br>**PASADENA, CA 91107** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __142__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        0.00

In re    **Winston Tire Company, California Corporation**                                    Case No.   **LA 02-11180 BR**
_____
                                                      Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 23262 | | | 1/12/2002 | | | | | |
| Mark A Daniels 1730 N. CEDAR VISALIA, CA 93292 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 22601 | | | 1/12/2002 | | | | | |
| Mark A Hunt 5549 ASPENWOOD CT. CITRUS HEIGHTS, CA 95610 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27736 | | | 1/12/2002 | | | | | |
| Mark D Khamvongsa 1658 PINKSTONE ST SAN JOSE, CA 95122 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26183 | | | 1/12/2002 | | | | | |
| Mark Granger 6836 MINNIE WAY WINTON, CA 95388 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29125 | | | 1/12/2002 | | | | | |
| Mark Gutierrez 534 N VERNON AZUSA, CA 91702 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __143__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Winston Tire Company, California Corporation**                     Case No. **LA 02-11180 BR**
_____
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28781<br><br>Mark S Grose<br>3429 BROOKS<br>SANTA ROSA, CA 95403 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27513<br><br>Mark S Symons<br>3519 WACO ST<br>SAN DIEGO, CA 92117 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28919<br><br>Mark Scharsch<br>4400 SHANDWICK DR.<br>#62<br>ANTELOPE, CA 95843 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29129<br><br>Mark Seifert<br>920 HOLLINGSWORTH CT<br>ROCKLIN, CA 95648 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26521<br><br>Marlon J Winik<br>635 N LOARA ST APT X9<br>ANAHEIM, CA 92801 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __144__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                     Case No.   **LA 02-11180 BR**
_____
                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28923<br><br>**Martin C Trujillo**<br>**210 N. CLAUDINA ST.**<br>**ANAHEIM, CA 92805** | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28356<br><br>**Martin Gonzalez**<br>**1381 N SAN GABRIEL CYN**<br>**#119**<br>**AZUSA, CA 91702** | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 22473<br><br>**Martin J Boucher**<br>**3150 LYNN CT**<br>**NEWBURY PARK, CA 91320** | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 18323<br><br>**Martin Mendoza**<br>**16721 SECRETARIT**<br>**MORENO VALLEY, CA 92551** | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28493<br><br>**Martin Nieto**<br>**P.O. BOX 951**<br>**SEELEY, CA 92273** | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __145__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                     Case No.   **LA 02-11180 BR**
_____
                              Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **24305**<br><br>Martin O Barranco<br>830 39TH ST<br>APT A<br>SAN DIEGO, CA 92102 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **26263**<br><br>Martin Ramirez<br>14745 BLYTHE ST<br>#203<br>PANORAMA CITY, CA 91402 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **24209**<br><br>Martin Rascon<br>207 E FLORENCE<br>ANAHEIM, CA 92805 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **29064**<br><br>Mary G Ward<br>2702 PATTON WAY<br>BAKERSFIELD, CA 93303 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28611**<br><br>Mathew Gordon<br>2175 EAST 19th ST APT B<br>SAN BERNARDINO, CA 92404 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __146__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28967<br><br>Matt A Vogt<br>6236 RUMFORD AVE<br>CITRUS HEIGHTS, CA 95621 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29126<br><br>Matthew Bittner<br>6232 GREGORY AVE<br>WHITTIER, CA 90601 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 16732<br><br>Mauricio Cazares<br>1608 LONGVIEW ST.<br>SAN JOSE, CA 95122 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26528<br><br>Mauro D Perez<br>11151 RINCON DR.<br>WHITTIER, CA 90606 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 25558<br><br>Maximiliano Alvarez<br>13225 GAULT ST. #117<br>N. HOLLYWOOD, CA 91605 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __147__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                     Case No.  **LA 02-11180 BR**

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 24129 <br><br> **Maximino M Vega** <br> **2214 W. ELOWIN** <br> **VISALIA, CA 93291** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 19931 <br><br> **Meang Chea** <br> **1517 SEINE DR** <br> **MODESTO, CA 95351** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 13487 <br><br> **Meher S Milki** <br> **409 W LOMITA AVE. #103** <br> **GLENDALE, CA 91204** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28563 <br><br> **Mergellano Hernandez** <br> **114 ST. MICHAELS CT.** <br> **DALY CITY, CA 94015** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 29096 <br><br> **Micah K Brumfield** <br> **7388 FLORES WAY** <br> **SACRAMENTO, CA 95822** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __148__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    **0.00**

In re    **Winston Tire Company, California Corporation**                                    Case No. __LA 02-11180 BR__
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W Jc | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **29044**<br><br>**Michael A Sager<br>4115 LAKE BLVD<br>OCEANSIDE, CA 92056** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21563**<br><br>**Michael Aguirre<br>1654 44TH AVE.<br>SAN FRANSICO, CA 94122** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28702**<br><br>**Michael Brewer<br>1437 LEONARD AVE  #E<br>MODESTO, CA 95351** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29076**<br><br>**Michael Greenwood<br>2876 VALENCIA WAY<br>SAN PABLO, CA 94806** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27632**<br><br>**Michael J Low<br>151 CLUB HOUSEWAY<br>TRACY, CA 95376** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __149__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)         **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                  Case No. __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28942** <br><br> **Michael J McLain** <br> **17965 HELEN WAY** <br> **LOS GATOS, CA 95033** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26551** <br><br> **Michael J McMorrow** <br> **45800 10TH. EAST #169** <br> **LANCASTER, CA 93535** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27131** <br><br> **Michael Kisslan** <br> **6243 E. QUARTZ** <br> **ANAHEIM HILLS, CA 92807** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27052** <br><br> **Michael L Barrett** <br> **631 TRIGO LANE** <br> **PASO ROBLES, CA 93446** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24355** <br><br> **Michael P Lerma** <br> **1916 CAVE ST** <br> **REDLANDS, CA 92374** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __150__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                                    Case No.  **LA 02-11180 BR**

                                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **21544** | | | 1/12/2002 | | | | | |
| Michael R Kies 14871 INDIAN WELLS VICTORVILLE, CA 92394 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **12041** | | | 1/12/2002 | | | | | |
| Michael R Torres 6430 PANORAMA CRT ALTA LOMA, CA 91737 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **29127** | | | 1/12/2002 | | | | | |
| Michael Richards 5415 S Grove St Ventura, CA 93301 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28751** | | | 1/12/2002 | | | | | |
| Michael Smith 12338 CRILLY LANE YUCAIPA, CA 92399 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **26952** | | | 1/12/2002 | | | | | |
| Michael T Schuler 1115 S. SATICOY VENTURA, CA 93004 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **151** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

In re    **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **23942** <br><br> **Michael W Abbott** <br> **7684 EASTWOOD** <br> **CUCAMONGA, CA 91730** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21616** <br><br> **Michael W Maclaughlin** <br> **26501 COCKLEBURR LN.** <br> **CANYON COUNTRY, CA 91351** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27127** <br><br> **Michael W Sanders** <br> **4766 OLNEY ST** <br> **SAN DIEGO, CA 92109** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28360** <br><br> **Micheal Gonzalez** <br> **15578 COLEEN ST.** <br> **FONTANA, CA 92337** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28460** <br><br> **Micheal Pedraza** <br> **3811 VIA DE LA BANDOLA** <br> **SAN YSIDRO, CA 92173** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __152__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Winston Tire Company, California Corporation**                              Case No.    **LA 02-11180 BR**

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **19135** <br><br> **Michelle M Peters** <br> **3448 MARYANN ST.** <br> **LA CRESCENTA, CA 91214** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24397** <br><br> **Miguel A Ramirez** <br> **1750 W. CITRACADO PKWY** <br> **#91** <br> **ESCONDIDO, CA 92029** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28713** <br><br> **Miguel Bugarin** <br> **560 E. ELIZABETH ST.** <br> **PASADENA, CA 91106** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26536** <br><br> **Miguel R Reyes** <br> **309 E PARK ST.** <br> **ONTARIO, CA 91761** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21054** <br><br> **Miguel Salas** <br> **601 SPARLING AVE.** <br> **BAKERSFIELD, CA 93306** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __153__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                          Case No. __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 20787 | | | 1/12/2002 | | | | | |
| Mike J White 4459 36TH ST. SAN DIEGO, CA 92116 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 23049 | | | 1/12/2002 | | | | | |
| Mitchel M Kushi 697 VALLECITO AVE. BEAUMONT, CA 92223 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 14714 | | | 1/12/2002 | | | | | |
| Musio G Morin 81-351 AVE 46 SP 53 INDIO, CA 92201 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28349 | | | 1/12/2002 | | | | | |
| Nancy K Boss 731 N. MODENA ANAHEIM, CA 92801 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21227 | | | 1/12/2002 | | | | | |
| Narin Van 3509 Longbridge Dr. Modesto, CA 95356 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __154__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    , Case No. __LA 02-11180 BR__
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 29116 <br><br> Nathan H. Huff <br> 2301 W LA HABRA <br> LA HABRA, CA 90631 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29004 <br><br> Nathaniel H Billington <br> 7501 ANDREWSARAH CT <br> SACRAMENTO, CA 95828 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 14511 <br><br> Neil Feldman <br> 676-A VIA ALHAMBRA <br> LAGUNA HILLS, CA 92653 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26233 <br><br> Nghia H Nguyen <br> 8123 LENHART RD. <br> SACRAMENTO, CA 95828 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28726 <br><br> Nicholas Mills <br> 4038 MT ACADIA BLVD. <br> SAN DIEGO, CA 92111 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __155__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                  Case No.   **LA 02-11180 BR**
                                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **20902**<br><br>**Nick J Bloom**<br>**4949 BRIGHTON**<br>**SAN DIEGO, CA 92107** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25005**<br><br>**Nick J Lenoir**<br>**13237 HERITAGE DR.**<br>**VICTORVILLE, CA 92392** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29052**<br><br>**Nick P Needham**<br>**1510 BRIAN PLACE**<br>**ESCONDIDO, CA 92025** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22306**<br><br>**Nick R Banu**<br>**9832 CONTINENTAL DR.**<br>**HUNTINGTON BEACH, CA 92646-4227** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29050**<br><br>**Nicola M alv**<br>**963 SAN PABLO DR**<br>**SAN MARCOS, CA 92069** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **156** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

In re    **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 29066<br><br>Nicolas A Torres<br>8126 N MAROA<br>#108<br>FRESNO, CA 93711 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29086<br><br>Nik T Fox<br>7245 CRYSTAL BLVD<br>EL DORADO, CA 95623 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29029<br><br>Nitesh Chand<br>140 N CLARMONT ST<br>SAN MATEO, CA 94401 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 25990<br><br>Noel K Royel<br>3445 COLONIAL<br>#233<br>MODESTO, CA 95350 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27697<br><br>Norman I Middleton<br>26011 HOLLAND RD<br>MENIFEE, CA 92584 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __157__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                      Case No.    **LA 02-11180 BR**
_____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28746<br><br>Norman L Lavin<br>6062 SPARROW ST.<br>VENTURA, CA 93003 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26501<br><br>Octavio M Delgado<br>105 EAST MOUNTAIN ST.<br>PASADENA, CA 91103 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28672<br><br>Oscar A Hernandez<br>918 W. SAN MARINO<br>#E<br>ALHAMBRA, CA 91801 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27154<br><br>Oscar Andrade<br>5328 CYPRESS AVE<br>EL CERRITO, CA 94530 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26545<br><br>Oscar Chinchilla<br>4514 ELLEN DR.<br>COVINA, CA 91722 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __158__ of __220__ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)          0.00

In re    **Winston Tire Company, California Corporation**                          Case No. __LA 02-11180 BR__
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **18965** | | | 1/12/2002 | | | | | |
| Oscar Leyva 4284 ROSILYN DR. LOS ANGELES, CA 90063 | | - | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **20231** | | | 1/12/2002 | | | | | |
| Oscar M Robles 520 E. 220TH STREET CARSON, CA 90745 | | - | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28704** | | | 1/12/2002 | | | | | |
| Oscar Obando 1041 SALISBURY CT. LA CANADA, CA 91011 | | - | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **29055** | | | 1/12/2002 | | | | | |
| Oscar Soto 3603 RIVERSIDE DR CHINO, CA 91710 | | - | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **29001** | | | 1/12/2002 | | | | | |
| Oscar Valencia 151 S OXFORD AVE #14 LOS ANGELES, CA 90004 | | - | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __159__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

In re    **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **29027**<br><br>**Outtama Sanmur**<br>**2345 FAIR OAK CT**<br>**ESCONDIDO, CA 92026** | - | | | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **18861**<br><br>**Ozell Davis**<br>**228 E 98TH ST**<br>**LOS ANGELES, CA 90003** | - | | | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25556**<br><br>**Pablo Garcia**<br>**1517 LOCUST DR.**<br>**BAKERSFIELD, CA 93306** | - | | | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28348**<br><br>**Patricia A Novak**<br>**731 N. MODENA**<br>**ANAHEIM, CA 92801** | - | | | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29090**<br><br>**Patricio R Zurita**<br>**8103 LINDELL AVE**<br>**PICO RIVERA, CA 90660** | - | | | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **160** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                        Case No.    **LA 02-11180 BR**
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 29023 <br><br> Patrick J Hurley <br> 3401 HERNDON ST <br> BAKERSFIELD, CA 93312 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28743 <br><br> Patrick M Frazer <br> 1639 JACOB AVE <br> SAN JOSE, CA 95124 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28870 <br><br> Patrick N Brewer <br> 2905 A PENNEY LANE <br> MODESTO, CA 95354 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28522 <br><br> Paul A Gil <br> 6285 LILLIAN WY. <br> SAN JOSE, CA 95120 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 18897 <br><br> Paul A Martinez <br> 9050 AMBER CT <br> FONTANA, CA 92335 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __161__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.  __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28827<br><br>Paul A Naiman<br>15526 ARGONNE ST.<br>SAN LEANDRO, CA 94579 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28755<br><br>Paul E Akhidenor<br>1936 E. 27TH ST.<br>OAKLAND, CA 94606 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28829<br><br>Paul H Crawford<br>6231 BURICH AVE<br>#38<br>CITRUS HEIGHTS, CA 95610 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24351<br><br>Paul Isubol<br>1428 KOSTNER DR.<br>SAN DIEGO, CA 92154 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 22973<br><br>Paul L Fite<br>15252 ABIERTO DR.<br>RANCHO MURIETA, CA 95683-9114 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __162__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **16609**<br><br>**Paul M Pham**<br>**2596 GUNNISON WAY**<br>**COLTON, CA 92324** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28065**<br><br>**Paul Vasalech**<br>**2830 MILLS PARK**<br>**#58**<br>**RANCHO CORDOVA, CA 95670** | | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20030**<br><br>**Paul W Kelleher**<br>**55980 MIRA ST.**<br>**YUCCA VALLEY, CA 92284** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **13499**<br><br>**Pedro F Valdez**<br>**9709 KENMORE AVE.**<br>**LAMONT, CA 93241** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **19574**<br><br>**Pedro R Rivas**<br>**44616 HARVEY WAY**<br>**HEMET, CA 92544** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __163__ of __220__ continuation sheets attached to            Subtotal
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)            0.00

In re    **Winston Tire Company, California Corporation**                           Case No.  **LA 02-11180 BR**
                                                              Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27624** | | | 1/12/2002 | | | | | |
| Pedro Vasquez 574 WOODWARD APT D EL CENTRO, CA 92243 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **10170** | | | 1/12/2002 | | | | | |
| Pedro Zarate 15550 CARFAX AVE BELLFLOWER, CA 90706 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28934** | | | 1/12/2002 | | | | | |
| Peleti J Peleti 11651 MAPLE ST HESPERIA, CA 92345 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **26618** | | | 1/12/2002 | | | | | |
| Pete A Winters 227 AMESBURY DISCOVERY BAY, CA 94514 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **16111** | | | 1/12/2002 | | | | | |
| Peter H Koratschenko 37406 CALLE MATZALAN PALMDALE, CA 93551 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **164** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**          Case No.   **LA 02-11180 BR**
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **29030**<br><br>Peter Sandoval<br>23381 CAMINITO BASILIO<br>LAGUNA HILLS, CA 92653 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **27031**<br><br>Pio L Nieto<br>45597 CORTE MONTRIL<br>TEMECULA, CA 92592 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28830**<br><br>Placido Reyna<br>114 W WOODWARD<br>FRESNO, CA 93706 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **27514**<br><br>Porfirio R Gallegos<br>P O BOX 603<br>LAMONT, CA 93241 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **27850**<br><br>Quang D Nguyen<br>1515 N MILPITAS BLVD<br>APT. #98<br>MILPITAS, CA 95035 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __165__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                           Case No. __LA 02-11180 BR__
                                        Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28936**<br><br>**Rafael E Martinez**<br>**11465 MEADOWVIEW LN**<br>**PACOIMA, CA 91331** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24406**<br><br>**Rafael E Robles**<br>**1011 BASSETT COURT**<br>**SAN DIMAS, CA 91773** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **17987**<br><br>**Rafael J Perez**<br>**P.O. BOX 2593**<br>**CATHEDRAL CITY, CA 92235** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28973**<br><br>**Rafael R Williams**<br>**P O BOX 53752**<br>**SAN JOSE, CA 95153** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26319**<br><br>**Ralph Ramos**<br>**742 N. FILBERT**<br>**STOCKTON, CA 95205** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __166__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 19786<br><br>Ralph Randau<br>209 FRAXINELLA<br>ENCINITAS, CA 92024 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24160<br><br>Ramon Alvarez<br>5318 W. 4TH STREET<br>SANTA ANA, CA 92703 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29068<br><br>Ramon G Ruiz<br>205 S 7TH ST<br>#C<br>MONTEBELLO, CA 90640 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21127<br><br>Ramon J Betancourt<br>1351 E. AUTUMN<br>HANFORD, CA 93230 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24040<br><br>Randall W Meister<br>5707 SUMMIT DR.<br>ROCKLIN, CA 95765 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __167__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**    Case No. __LA 02-11180 BR__

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28569**<br><br>**Randy Dorr**<br>**9181 CENTRAL AVE**<br>**ORANGEVALE, CA 95662** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22495**<br><br>**Randy J Giese**<br>**25522 AMANDA ST.**<br>**SAN BERNARDINO, CA 92404** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **24144**<br><br>**Randy Liang**<br>**3811 GARDIE PLACE WAY**<br>**SAN JOSE, CA 95121** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28722**<br><br>**Raul Alvarez**<br>**19644 HARTLAND ST.**<br>**RESEDA, CA 91355** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22076**<br><br>**Raul Arroyo**<br>**12368 Bridgewood Ln.**<br>**VICTORVILLE, CA 92392** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __168__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                      Case No.  __LA 02-11180 BR__
_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28596 <br><br> **Raul Castilleja** <br> **1321 LINE ST** <br> **HOLLISTER, CA 95023** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 26328 <br><br> **Raul Charles** <br> **2627 12TH ST.** <br> **RIVERSIDE, CA 92507** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 26941 <br><br> **Raul Sianez** <br> **1718 PANAMA LN APT 805** <br> **BAKERSFIELD, CA 93304** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 24212 <br><br> **Raul Vasquez** <br> **115 S. JUANITA AVE.** <br> **OXNARD, CA 93030** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 24187 <br><br> **Ray Gonzalez** <br> **1306 NILES #G** <br> **BAKERSFIELD, CA 93305** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __169__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.   **LA 02-11180 BR**
_____
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26727** <br><br> **Raymon M Saradpon** <br> **1526 NINTH STREET** <br> **ALAMEDA, CA 94501** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28545** <br><br> **Raymond Arellano** <br> **860-60 LAS FLORES** <br> **COACHELLA, CA 92236** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **11686** <br><br> **Raymond V Montes** <br> **10912 SCOVILLE AVE.** <br> **SUNLAND, CA 91040** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27931** <br><br> **Rebeca Rico** <br> **1075 STIMSON AVE** <br> **LA PUENTE, CA 91744** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28762** <br><br> **Rene A Galvez** <br> **14670 ROSCOE BLVD.** <br> **#6** <br> **PANORAMA CITY, CA 91402** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet _**170**_ of _**220**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)           0.00

In re    **Winston Tire Company, California Corporation**                              Case No.  __LA 02-11180 BR__

_____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 26745<br><br>Rene Curiel<br>10510 FREEMAN AVE<br>LENOX, CA 90304 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28810<br><br>Renee C Hensyel<br>303 E BULLARD #120<br>FRESNO, CA 93711 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27925<br><br>Reuben E Hawkins<br>311 ARCHER ST<br>OCEANSIDE, CA 92094 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 14215<br><br>Reuben M Ortiz<br>1721 JEFFERSON AVE<br>MADERA, CA 93637 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27493<br><br>Rey Nevares<br>5524 CRESTLINE DR<br>FORESTHILL, CA 95631 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __171__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                      Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 20424 <br><br> Reymundo Garcia <br> 383 GAVIN ST. <br> SAN DIEGO, CA 92102 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27257 <br><br> Ricardo Avila <br> 1352 21 STREET <br> OCEANO, CA 93445 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28602 <br><br> Ricardo Diaz <br> 6639 SAN VICENTE ST <br> PARAMOUNT, CA 92753 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 16189 <br><br> Ricardo H Barba <br> 3622 FLORAL DRIVE <br> LOS ANGELES, CA 90063 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 20093 <br><br> Ricardo J Lacayo <br> P.O. BOX 38216 <br> HOLLYWOOD, CA 90038-0216 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __172__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**

                                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W Jc | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28954**<br><br>**Ricardo M Rios**<br>**14706 WESTDALE DR**<br>**BAKERSFIELD, CA 93312** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **15114**<br><br>**Ricardo Quezada**<br>**1432 W. OLIVE**<br>**SAN BERNARDINO, CA 92411** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28988**<br><br>**Ricardo Rios**<br>**335 SEQUOIA**<br>**WOODLAKE, CA 93286** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28929**<br><br>**Richard B Severino**<br>**2 CALLE ABAJO**<br>**PALM SPRINGS, CA 92264** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25771**<br><br>**Richard Bond**<br>**975 BROOKSIDE**<br>**REDLANDS, CA 92373** | | - | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet **173** of **220**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Winston Tire Company, California Corporation**          Case No. **LA 02-11180 BR**

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **29069** <br><br> **Richard Brooks** <br> **2130 S SANTA FE** <br> **#198** <br> **VISTA, CA 92084** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25254** <br><br> **Richard D Leslie** <br> **6702 WALKERTON** <br> **LONG BEACH, CA 90808** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **13237** <br><br> **Richard E Dunham** <br> **215 DELPHINIUM** <br> **ENCINITAS, CA 92024** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22105** <br><br> **Richard Ferrera** <br> **4829 OLD RANCH RD.** <br> **SALIDA, CA 95368** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27804** <br><br> **Richard Garcia** <br> **2973 HARBOR BLVD** <br> **COSTA MESA, CA 92626** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __174__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Winston Tire Company, California Corporation**          Case No. __LA 02-11180 BR__

                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 26432 <br><br> Richard J Taylor <br> 1537 E. OCEAN #4 <br> LONG BEACH, CA 90802 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 19359 <br><br> Richard L Rodriguez <br> 26151 FOUNT WAY <br> HAYWARD, CA 94545 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27968 <br><br> Richard M Jacoby <br> 17103 ERMANITA AVE <br> TORRANCE, CA 90504 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 15677 <br><br> Richard P Calcagni <br> 11172 CALLE DARIO <br> SAN DIEGO, CA 92126 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27847 <br><br> Richard R Weir <br> 56577 GOLDEN BEE <br> YUCCA VALLEY, CA 92284 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __175__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)      **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                     Case No.  **LA 02-11180 BR**

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 24086<br><br>Richard T Echavarria<br>438 E. LA VETA AVE<br>ORANGE, CA 92866 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28095<br><br>Richard V Miller<br>15161 MESA ST<br>HESPERIA, CA 92345 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 18728<br><br>Richard W Nagy<br>2945 MELBOURNE DR.<br>SAN DIEGO, CA 92123 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27725<br><br>Rick A Milosky<br>562 CAPPS LANE<br>UKIAH, CA 94582 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 16711<br><br>Rick L Helton<br>P O BOX 6153<br>PINE MOUNTAIN, CA 93222 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **176** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**　　　　　　　Case No.　**LA 02-11180 BR**

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **27860** <br><br> **Rickey J Holt** <br> **1300 AUSTIN** <br> **MADERA, CA 93638** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **22763** <br><br> **Ricky J Cyr** <br> **2201 CYRUS HALL DR.** <br> **MODESTO, CA 95358** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28581** <br><br> **Rigoberto Garcia** <br> **10180 SEWARD CRT** <br> **SAN JOSE, CA 95127** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **26288** <br><br> **Rigoberto Ramos** <br> **1742 FEDERAL AVE** <br> **APT # 4** <br> **LOS ANGELES, CA 90025** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29002** <br><br> **Robert A Bernal** <br> **62 N BAYSHORE CIR** <br> **SAN BRUNO, CA 94066** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __177__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)　　　　**0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.  __LA 02-11180 BR__
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 24416<br><br>Robert A Theodosis<br>11692 PALMWOOD DR<br>GARDEN GROVE, CA 92840 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27833<br><br>Robert B Stein<br>7400 MIDIRON DR<br>FAIR OAKS, CA 95628 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28788<br><br>Robert Bass<br>9340 ORANGEVALE AVE<br>#51<br>ORANGEVALE, CA 95662 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28821<br><br>Robert Clearwood<br>119 TAYLOR ST.<br>#E<br>VISTA, CA 92084 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27669<br><br>Robert D Claycomb<br>9670 LAKE NOTMA DRIVE<br>ORANGEVALE, CA 95662 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __178__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**    Case No. __LA 02-11180 BR__

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 26934 | | | 1/12/2002 | | | | | |
| Robert D Nehring 1137 ALVARADO ONTARIO, CA 91764 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 23360 | | | 1/12/2002 | | | | | |
| Robert E Slater 2950 ROUTIER RD. LOT #40 SACRAMENTO, CA 95827 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28652 | | | 1/12/2002 | | | | | |
| Robert Henry 650 VICTORIA PARK DR. GALT, CA 95632 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29014 | | | 1/12/2002 | | | | | |
| Robert J Cratty 571 ACADIA DR PETALUMA, CA 94954 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29060 | | | 1/12/2002 | | | | | |
| Robert J Dreier 3445 CASERAS DR OCEANSIDE, CA 92056 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __179__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                         Case No.   **LA 02-11180 BR**
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 29039 <br><br> Robert J McElroy <br> 3145 CHANNEL DR <br> VENTURA, CA 93003 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26987 <br><br> Robert J Peace <br> 7647 CONKLIN CT <br> ANTELOPE, CA 95843 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27928 <br><br> Robert Johnson <br> 4523 AVE LA ESPANA <br> DAGA <br> JOSHUA TREE, CA 92252 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 22975 <br><br> Robert L Brooks <br> 5245 W. MCSWAIN RD. <br> MERCED, CA 95340 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 10027 <br><br> Robert L Edwards <br> 718 UNIVERSITY AVE <br> BURBANK, CA 91504 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __180__ of __220__ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Priority Claims              (Total of this page)    0.00

In re    **Winston Tire Company, California Corporation**                                    Case No. __LA 02-11180 BR__

---
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28895<br><br>Robert Magill<br>2800 LANGHORN DR.<br>FREMONT, CA 94555 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 16778<br><br>Robert P Arenas<br>14139 BUCKSKIN<br>VICTORVILLE, CA 92392 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28532<br><br>Robert Pease<br>234 BAKER ST.<br>MILPITAS, CA 95035 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26105<br><br>Robert Q Steiger<br>25350 SANTIAGO DR<br>SPACE #145<br>MORENO VALLEY, CA 92551 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 10171<br><br>Robert V Haynes<br>39610 RAMSHORN DR<br>MURRIETA, CA 92563 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __181__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                              Case No.    **LA 02-11180 BR**

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 26629 <br><br> Roberto A Caballero <br> 3613 BROADWAY <br> HUNTINGTON PARK, CA 90255-6527 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29104 <br><br> Roberto A. Moreno <br> 7054 LAUREL CYN BLVD <br> N. HOLLYWOOD, CA 91605 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26743 <br><br> Roberto C Solis <br> 6325 GARVANZA AVE. <br> LOS ANGELES, CA 90042 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28800 <br><br> Roberto Duran <br> 3226 ROLISON RD. <br> #3 <br> REDWOOD CITY, CA 94063 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 18907 <br><br> Roberto Garcia <br> P.O.BOX 16992 <br> SAN DIEGO, CA 92176 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **182** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)       0.00

In re  **Winston Tire Company, California Corporation**                    Case No.  __LA 02-11180 BR__

                                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28389 <br><br> Roberto Zamora <br> 1507 FELTON LANE <br> REDONDO BEACH, CA 90277 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 19497 <br><br> Roberto Zarate <br> 9971 TAMARACK <br> PACOIMA, CA 91331 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 11031 <br><br> Robin L Nickolls <br> 10119 CAREFREE DRIVE <br> SANTEE, CA 92071 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24185 <br><br> Rodolfo Martinez <br> 935 W. RANCHO RD. <br> CORONA, CA 92882 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21683 <br><br> Rodolfo Mejia <br> 1931 SOUTHWIND DR. <br> EL CENTRO, CA 92243 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __183__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                    Case No. __LA 02-11180 BR__
                                                          Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 14484 <br><br> Rodolfo N Yap <br> 3600 SAILBOAT DRIVE <br> DISCOVERY BAY, CA 94514 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29025 <br><br> Rodolfo Yepez <br> 2028 S 5TH STREET <br> ALHAMBRA, CA 91803 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28244 <br><br> Rodrigo Perez <br> 498 PAPAYA CT <br> SAN JOSE, CA 95111 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 22700 <br><br> Rogelio Toscano <br> 2474 E. VINE ST. <br> STOCKTON, CA 95205 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29097 <br><br> Roger C Balzhiser <br> 26035 MOULTON PKWY <br> LAGUNA HILLS, CA 92653 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __184__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        0.00

In re    **Winston Tire Company, California Corporation**                          Case No.    **LA 02-11180 BR**
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 26567<br><br>Roger J Jones<br>4739 BERKELEY ST.<br>MONTCLAIR, CA 91763 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 25606<br><br>Rolando Franco<br>824 N. HAY STREET<br>MONTEBELLO, CA 90640 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28915<br><br>Rollie V Gonzales<br>1428 KOSTNER DR.<br>SAN DIEGO, CA 92154 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29006<br><br>Romero A Martinez<br>701 W POTTERY ST<br>LAKE ELSINORE, CA 92530 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 22430<br><br>Ron Barulich<br>14545 ATHERTON DR.<br>MORGAN HILL, CA 95037 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __185__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                    Case No. __LA 02-11180 BR__

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28663<br><br>Ron C Vines<br>1505 SANDCASTLE DR.<br>CORONA DEL MAR, CA 92625 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24179<br><br>Ron West<br>4792 W MESA<br>FRESNO, CA 93722 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26034<br><br>Ronald Arteaga<br>215 EUNICE<br>BLYTHE, CA 92225 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27460<br><br>Ronald D Pruett<br>2339 E POPLAR ST<br>STOCKTON, CA 92505 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21474<br><br>Ronald E Blissett<br>2156 VIA CAMINO VERDE<br>OCEANSIDE, CA 92054 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __186__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**          Case No.   **LA 02-11180 BR**
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28485** <br><br> **Ronald Vega** <br> **903 BRADFORD COURT** <br> **SAN JACINTO, CA 92583** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. **28552** <br><br> **Ronnie Freeman** <br> **26381 WITMAN ST** <br> **#100** <br> **HAYWARD, CA 94544** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. **19379** <br><br> **Ronnie K Hanks** <br> **573 HOUSTON** <br> **THOUSAND OAKS, CA 91360** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. **18952** <br><br> **Ronnie L Feazell** <br> **421 N SANTA FE** <br> **COMPTON, CA 90221** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |
| Account No. **28379** <br><br> **Roque Galvan** <br> **444 S. SHAFFER ST** <br> **ORANGE, CA 92866** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | <br> Unknown | 0.00 |

Sheet __187__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**

                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28537**<br><br>Ross Jones<br>2048 ELEVADO HILLS DR.<br>VISTA, CA 92084 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **18261**<br><br>Roy A Billadeau<br>21914 MCHELEN AVE<br>LONG BEACH, CA 90810 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28994**<br><br>Roy Castaneda<br>6314 KRAFT AVE<br>N HOLLYWOOD, CA 91606 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **25279**<br><br>Roy H Warner<br>13031 TETON CT<br>MORENO VALLEY, CA 92555 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **23007**<br><br>Ruben A Torres<br>PO BOX 15133<br>ANAHEIM, CA 92803-5133 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __188__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                     Case No.  __LA 02-11180 BR__

                                        Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 27074 <br><br> **Ruben Gallegos** <br> **16820 SAMGERRY DR** <br> **LA PUENTE, CA 91744** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 23759 <br><br> **Ruben Zamora** <br> **5901 WEBB COURT** <br> **RIVERBANK, CA 95367** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 23179 <br><br> **Rudy P Urias** <br> **630 ANNILANE** <br> **MODESTO, CA 95351** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28260 <br><br> **Russell Wall** <br> **213-B KNOXVILLE AVE** <br> **HUNTINGTON BEACH, CA 92648** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28869 <br><br> **Ryan C Booth** <br> **1003 LEAF AVE #115** <br> **STOCKTON, CA 95207** | | - | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __189__ of __220__ continuation sheets attached to                     Subtotal                 0.00
Schedule of Creditors Holding Unsecured Priority Claims                (Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.  __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28805<br><br>**Ryan Culliton**<br>**1427 MEADOWGLEN RD**<br>**DIAMOND BAR, CA 91765** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 27909<br><br>**Ryan D Durick**<br>**1313 GRACE ST**<br>**BAKERSFIELD, CA 93305** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28776<br><br>**Salvador Gallegos**<br>**1335 HENDERSON AVE**<br>**MENLO PARK, CA 94025** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 23558<br><br>**Salvador J Cardona**<br>**9580 LAUREL AVE.**<br>**FONTANA, CA 92335** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 21921<br><br>**Salvador Leyva**<br>**5050 COMMERCE BL**<br>**ROHNERT PARK, CA 94928** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __190__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__

                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 16377 <br><br> Salvador N Marquez <br> 13798 GRANT ST. <br> MORENO VALLEY, CA 92553 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 10425 <br><br> Salvador Nunez <br> 938 SHARP PLACE <br> POMONA, CA 91768 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29119 <br><br> Salvador Ramirez <br> 30520 AVE ALVERA <br> CATHEDRAL CITY, CA 92234 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21968 <br><br> Salvador Rubio <br> 9232 SAN CARLOS AVE <br> SOUTH GATE, CA 90280 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28588 <br><br> Salvador Tapia <br> 46 2ND ST. <br> HEBER, CA 92249 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __191__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                           0.00

In re   **Winston Tire Company, California Corporation**                    Case No.  **LA 02-11180 BR**
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 27608<br><br>**Sam A Sinetos**<br>**P O BOX 509**<br>**POLLACK PINES, CA 95726** | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 22740<br><br>**Samuel G Shoup**<br>**502 CABRILLO AVE.**<br>**SANTA CRUZ, CA 95065** | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 23270<br><br>**Samuel M Munguia**<br>**2824 APPLEVALLEY LANE**<br>**APT 4**<br>**SANTA ROSA, CA 95403** | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28390<br><br>**Samuel Martinez**<br>**235 S. NORMANDIE AVE.**<br>**LOS ANGELES, CA 90004** | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27662<br><br>**Sanjay Sharma**<br>**26577 MOCINE AVE.**<br>**HAYWARD, CA 94584** | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet **192** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                     **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Winston Tire Company, California Corporation**                                  Case No. __LA 02-11180 BR__
_____
                                        Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 20177 | | | 1/12/2002 | | | | | |
| Santiago Maas 213 S HARBOR BLVD. #403 SAN PEDRO, CA 90731 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 23679 | | | 1/12/2002 | | | | | |
| Santos Ruiz 524 1/2 NORTH 2ND ST MONTEBELLO, CA 90640-3634 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 18663 | | | 1/12/2002 | | | | | |
| Saro K Ohanian 423 W DORAN ST #102 GLENDALE, CA 91203 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28944 | | | 1/12/2002 | | | | | |
| Sarom San 8837 WINDING WAY FAIROAKS, CA 95268 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26836 | | | 1/12/2002 | | | | | |
| Saul A Aguirre 431 CORONADO TERRACE #2 LOS ANGELES, CA 90026 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __193__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**

                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 22144<br><br>Saul Morales<br>4816 MONTGOMERY ST.<br>RIVERSIDE, CA 92503 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26739<br><br>Saul Sanchez<br>7631 RESEDA BLVD. #54<br>RESEDA, CA 91335-2883 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28550<br><br>Scott Carle<br>257 N. PENNSYLVANIA<br>COLTON, CA 92324 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 14448<br><br>Scott D Wilson<br>2355 SAINT FRANCIS DR.<br>SACRAMENTO, CA 95821 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28143<br><br>Scott Haley<br>8442 OAKSTONE CIR<br>HUNTINGTON BEACH, CA 92646 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __194__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

In re    **Winston Tire Company, California Corporation**                    Case No.    **LA 02-11180 BR**
_____                    _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28976**<br><br>Sean M Vanhorn<br>30093 WINCHESTER RD<br>WINCHESTER, CA 92596 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **27223**<br><br>Selena Hak<br>16640 GRESHAM STREET<br>NORTH HILLS, CA 91343 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **16939**<br><br>Sergio Aldana<br>15000 MARIGOLD AVE.<br>GARDENA, CA 90249 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **20204**<br><br>Sergio G Vazquez<br>430 N WILMINGTON BL<br>APT B 307<br>WILMINGTON, CA 90744 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **18981**<br><br>Sergio Gonzalez<br>13812 LA PAT APT. #17<br>WESTMINSTER, CA 92683 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet _195_ of _220_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                        Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **15718** <br><br> **Sergio R Rodriguez** <br> **23437 SUNNET DR.** <br> **MORENO VALLEY, CA 92557** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **23057** <br><br> **Sergio S Alanis** <br> **27162 SAN JOSE AVENUE** <br> **MADERA, CA 93637** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **29073** <br><br> **Shane P Bruce** <br> **22003 BELSHIRE AVE** <br> **HAWAIIAN GARDENS, CA 90716** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **21684** <br><br> **Shawn T Croy** <br> **474 E. EVANS ST** <br> **SAN JACINTO, CA 92583** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20691** <br><br> **Sheldon L Hudson** <br> **231 LOMITA AVE.** <br> **RIALTO, CA 92376** | - | | **1/12/2002** <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __196__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 25790 | | | 1/12/2002 | | | | | |
| Shone M Fleming 715 W. 56th. St. LOS ANGELES, CA 90037 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27732 | | | 1/12/2002 | | | | | |
| Shou Q Su 66 3RD ST APT 3 GILROY, CA 95020 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 23598 | | | 1/12/2002 | | | | | |
| Silvio Ramirez 1411 S ORCHARD AVE. LOS ANGELES, CA 90006 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27818 | | | 1/12/2002 | | | | | |
| Son T Ly 6831 TIARA AVE HIGHLAND, CA 92346 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28846 | | | 1/12/2002 | | | | | |
| Stanley Zimnisky 1128 W. BARTON LOMPOC, CA 93436 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __197__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)       **0.00**

In re    **Winston Tire Company, California Corporation**                              Case No. __LA 02-11180 BR__

                                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28479 <br><br> Stepan Aytayan <br> 1536 N. SERRANO AVE <br> #114 <br> LOS ANGELES, CA 90027 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27459 <br><br> Stephen J Hartkopf <br> 8421 OLD RANCH RD <br> ORANGEVALE, CA 95662 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26587 <br><br> Stephen S Mah <br> 2627 BUNKERHILL DR. <br> STOCKTON, CA 95209 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28855 <br><br> Stephen Z Nelson <br> 1638 ROSALIND ST. <br> SACRAMENTO, CA 95838 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29046 <br><br> Steve C Rosa <br> 4072 ROSE AVE <br> SAN JOSE, CA 95127 | | - | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __198__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                        Case No. __LA 02-11180 BR__

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 16093 <br><br> Steve E Oropeza <br> 1031 N. ANGELENO AVE. <br> AZUSA, CA 91702 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28867 <br><br> Steve R Garcia <br> 10020 BATTER SEA PK DR <br> BAKERSFIELD, CA 93312 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 18325 <br><br> Steve R Ward <br> 6352 Brian Circle <br> Riverside, CA 92509-0153 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28192 <br><br> Steven A Chandler <br> 13684 VAN HORN CIR. E. <br> CHINO, CA 91710 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27414 <br><br> Steven Rabe <br> 4817 HIDALGO ST <br> SAN DIEGO, CA 92117 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __199__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

In re    **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28568** <br><br> **Tam Tran** <br> **314 E. SANTA CLARA** <br> **#584** <br> **SAN JOSE, CA 95113** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28629** <br><br> **Teresa Garcia** <br> **1254 W VERNON AVE** <br> **LOS ANGELES, CA 90037** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **15359** <br><br> **Terrell E Robinson** <br> **4070 BLACK TAIL DR.** <br> **SACRAMENTO, CA 95823** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27742** <br><br> **Terry A Haygood** <br> **2997 CLEARLAND CIRCLE** <br> **PITTSBURG, CA 94565** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28858** <br><br> **Terry A Hocevar** <br> **3027 S BONITA ST** <br> **SPRING VALLEY, CA 91977** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __200__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                         Case No.  __LA 02-11180 BR__
                                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28357** <br><br> **Terry Ice** <br> **15829 FRANCISQUITO RD.** <br> **#4** <br> **LA PUENTE, CA 91744** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27456** <br><br> **Terry L Rumery** <br> **3349 W MORRIS AVE** <br> **FRESNO, CA 93711** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27323** <br><br> **Terry R Dow** <br> **10109 PEACEFUL CT** <br> **SANTEE, CA 92071** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27606** <br><br> **Theodore Finamore** <br> **5720 TELLEFSON RD** <br> **CULVER CITY, CA 90230** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28680** <br><br> **Theodore Lozano** <br> **510 SADDLE BROOKE DR.** <br> **#13** <br> **SAN JOSE, CA 95136** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __201__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **29040**<br><br>**Thomas A Beavers**<br>**699 GRAVENSTEIN HWY**<br>**SEBASTOPOL, CA 95472** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25301**<br><br>**Thomas Atkisson**<br>**15933 Acoma Rd.**<br>**APPLE VALLEY, CA 92307** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27413**<br><br>**Thomas C Fitzsimmons**<br>**1785 OAKMEAD DR**<br>**CONCORD, CA 94520** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28650**<br><br>**Thomas Houser**<br>**3445-A ARDENDALE LN**<br>**SACRAMENTO, CA 95825** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **17284**<br><br>**Thomas J Adams**<br>**7908 DEERFIELD ST.**<br>**SAN DIEGO, CA 92120** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __202__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No.  __LA 02-11180 BR__

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **23009** <br><br> **Thomas K Huls** <br> **3322 N. MOUNTAIN AVE.** <br> **SAN BERNARDINO, CA 92404** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **15144** <br><br> **Thomas M Morofski** <br> **5637 BOOT WAY** <br> **OCEANSIDE, CA 92057** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **25281** <br><br> **Thomas O'Hara** <br> **41 FLORAMAR** <br> **RANCHO SANTA MARGARITA, CA 92688** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28993** <br><br> **Thomas Sommerfeld** <br> **1115 ROBINSON CT** <br> **LANCASTER, CA 92535** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **27511** <br><br> **Thomas T Evans** <br> **1315 139TH ST** <br> **SAN LEANDRO, CA 94578** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __203__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **11840** | | | 1/12/2002 | | | | | |
| Thong H Tran 120 DIXON LANDING RD. #82 MILPLITAS, CA 95035 | - | | Employee Benefits | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **27165** | | | 1/12/2002 | | | | | |
| Thuc C Man 1738 27TH AVENUE SAN FRANCISCO, CA 94122 | - | | Employee Benefits | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **27023** | | | 1/12/2002 | | | | | |
| Tim B Haley 4824 SCHOOL ST. SANTA ROSA, CA 95409 | - | | Employee Benefits | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **10087** | | | 1/12/2002 | | | | | |
| Timothy A Wilmes 3207 ANGELENO PLACE PALMDALE, CA 93551 | - | | Employee Benefits | X | X | X | | |
| | | | | | | | Unknown | 0.00 |
| Account No. **19104** | | | 1/12/2002 | | | | | |
| Timothy E Gabrielson 4486 N. HAYSTON FRESNO, CA 93726 | - | | Employee Benefits | X | X | X | | |
| | | | | | | | Unknown | 0.00 |

Sheet __204__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal

(Total of this page)

| | |
|---|---|
| 0.00 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 22016 | | | 1/12/2002 | | | | | |
| Timothy M Miller 135 WEXFORD ST. BRENTWOOD, CA 94513 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 16753 | | | 1/12/2002 | | | | | |
| Tito Marin 1509 BELLE ST. SAN BERNARDINO, CA 92404 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 23902 | | | 1/12/2002 | | | | | |
| Todd Belote 2316 PASEO DE LAURA #132 OCEANSIDE, CA 92056 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 13264 | | | 1/12/2002 | | | | | |
| Todd Walker 4304 POLO PONY LANE BAKERSFIELD, CA 93312 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 26453 | | | 1/12/2002 | | | | | |
| Tom C Dodge 30226 CUPENO LANE TEMECULA, CA 92592 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __205__ of __220__ continuation sheets attached to                    Subtotal                    0.00
Schedule of Creditors Holding Unsecured Priority Claims         (Total of this page)

In re    **Winston Tire Company, California Corporation**                                    Case No.  __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 27376<br><br>**Tom E Marcel**<br>**2159 ALEXANDER WAY**<br>**PLEASANTON, CA 94588** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 17236<br><br>**Tomas A Godinez**<br>**15015 MERRILL AVE.**<br>**FONTANA, CA 92335** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28566<br><br>**Tommy Um**<br>**4861 CAMPBELL AVE**<br>**#8**<br>**SAN JOSE, CA 95130** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 21766<br><br>**Tory L Judd**<br>**27077 HIDEAWAY #34**<br>**CANYON COUNTRY, CA 91351** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 26326<br><br>**Trinidad J Casillas**<br>**1712 S HUNTINGTON ST**<br>**POMONA, CA 91766** | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __206__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__

                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28093**<br><br>Tyler J Belan<br>3921 SITTING BULL<br>ANTELOPE, CA 95843 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28243**<br><br>Tyson Delise<br>548-R PAGE ST<br>SAN JOSE, CA 95126 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28834**<br><br>Ubaldo Cortez<br>221 CAMPODONICO AVE<br>GUADALUPE, CA 93434 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **28693**<br><br>Ubaldo Ordaz<br>13750 GAVINA ST.<br>SYLMAR, CA 91342 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. **23516**<br><br>Urbano Rubio<br>720 MAGNOLIA AVE<br>CARLSBAD, CA 92008 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __207__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                     **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

_____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28789 <br><br> Uriel Villalobos <br> 511 W FOOTHILL BLVD <br> #8 <br> MONROVIA, CA 91016 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 25662 <br><br> Valeriano Garcia <br> 7256 MILLWOOD #7 <br> CANOGA PARK, CA 91303 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28660 <br><br> Veronica Avila <br> 1124 E. 76TH ST. <br> LOS ANGELES, CA 90001 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24409 <br><br> Veronika S Dobyns <br> 7993 CAMINITO DEL CID <br> LA JOLLA, CA 92037 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27508 <br><br> Vicki A Jones <br> 66920 CAMINO IDILIO <br> DESERT HOT SPRINGS, CA 92240 | - | | 1/12/2002 <br><br> Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __208__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        0.00

In re    **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__

                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 27291 | | | 1/12/2002 | | | | | |
| Victor Alvarado 14802 Merrill Ave Fontana, CA 92335 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28868 | | | 1/12/2002 | | | | | |
| Victor B Mora 2739 35TH AVE OAKLAND, CA 94619 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29051 | | | 1/12/2002 | | | | | |
| Victor F Ibarra 12730 VALLEY MEADOW MORENO VALLEY, CA 92553 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 17527 | | | 1/12/2002 | | | | | |
| Victor G Casasola 15556 NORDHOFF #203 NORTH HILLS, CA 91343 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 15621 | | | 1/12/2002 | | | | | |
| Victor Garcia 2621 'C' STREET #8 SACRAMENTO, CA 95816 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __209__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28292 | | | 1/12/2002 | | | | | |
| Victor Gonzalez 641 W. WAYSIDE ST COMPTON, CA 90222 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 14901 | | | 1/12/2002 | | | | | |
| Victor H Paz 9214B SAN VINCENT SOUTH GATE, CA 90280 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28333 | | | 1/12/2002 | | | | | |
| Victor Juarez 12134 208TH ST LAKEWOOD, CA 90715 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21989 | | | 1/12/2002 | | | | | |
| Victor M Gonzalez 11809 POPE STREET LYNWOOD, CA 90262 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 16646 | | | 1/12/2002 | | | | | |
| Victor M Munoz 84-494 CRTE ALTURIAN COACHELLA, CA 92236 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __210__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)         **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                  Case No.  **LA 02-11180 BR**
                                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 21133 | | | 1/12/2002 | | | | | |
| Victor M Zaragoza 1530 N. NAOMI ST. BURBANK, CA 91505 | | - | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 23721 | | | 1/12/2002 | | | | | |
| Victor Rodriguez 1858 WARRINGTON AVE. DUARTE, CA 91010 | | - | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28079 | | | 1/12/2002 | | | | | |
| Victor Tenorio 748 VALLEY WAY BANNING, CA 92220 | | - | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28102 | | | 1/12/2002 | | | | | |
| Vihn K Lam 4748 BANNISTER AVE EL MONTE, CA 91732 | | - | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28570 | | | 1/12/2002 | | | | | |
| Vijay Singh 1229 SYCAMORE CT ONTARIO, CA 91764 | | - | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __211__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**                    Case No. __LA 02-11180 BR__
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28943<br><br>Vince E Taylor<br>457 SINCLARIE DR<br>SAN JOSE, CA 95116 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28853<br><br>Vincent A Lucich<br>3649 SHENANDOAH<br>PLEASANTON, CA 94588 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24408<br><br>Vincent A Roettker<br>417 SKYRIDGE LANE<br>ESCONDIDO, CA 92026 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 11871<br><br>Vincent S Milbauer<br>108 HILL STREET<br>GRASS VALLEY, CA 95945 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28798<br><br>Vital Altair<br>5213 3/4 LIVE OAK ST<br>CUDAHY, CA 90201 | - | | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __212__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

In re   **Winston Tire Company, California Corporation**                               Case No.   **LA 02-11180 BR**
_____
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **28725** <br><br> **Walter Coronado** <br> **32327 WELLS FARGO RD.** <br> **1000 PALMS, CA 92276** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **20303** <br><br> **Wesley A Gaines** <br> **5870 ALHORN LANE** <br> **CARMICHAEL, CA 95608** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28247** <br><br> **William A Jordan** <br> **45320 11TH ST. WEST** <br> **LANCASTER, CA 93534** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **11688** <br><br> **William A Medina** <br> **10095 TUDOR AVE.** <br> **MONTCLAIR, CA 91763** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. **28990** <br><br> **William Arqueta** <br> **14224 MERCER ST** <br> **ARLETA, CA 91331** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __213__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                           Case No.   **LA 02-11180 BR**
_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 20687 <br><br> **William B Schoenbrun** <br> **45-290 SUNSET LN #4** <br> **PALM DESERT, CA 92260** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28711 <br><br> **William C Bell** <br> **338 E. WASHINGTON AVE.** <br> **#3** <br> **ESCONDIDO, CA 92025** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 26867 <br><br> **William Davis** <br> **8157 PORT ROYALE WAY** <br> **SACRAMENTO, CA 95823** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 21362 <br><br> **William E Bates** <br> **713 STAFFORD ST. #10** <br> **FOLSOM, CA 95630** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 11803 <br><br> **William E Cates** <br> **4438 OREGON ST.#1** <br> **SAN DIEGO, CA 92116** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __214__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                 **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                     Case No. __LA 02-11180 BR__

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 22867 | | | 1/12/2002 | | | | | |
| William G Bodle 3045 BRAEBURN PLACERVILLE, CA 95667 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29131 | | | 1/12/2002 | | | | | |
| William Graham III 450 Al Henderson Bl #204 Savannah, GA 31419 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 25544 | | | 1/12/2002 | | | | | |
| William Gregory 6100 LOCH LEVEN WAY NORTH HIGHLANDS, CA 95660 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 21714 | | | 1/12/2002 | | | | | |
| William J Barnhart 20904 COMO STREET WILDOMAR, CA 92595 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 29043 | | | 1/12/2002 | | | | | |
| William J Phillips 20804 TETON RD APPLE VALLEY, CA 92308 | - | | Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __215__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                   0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re  **Winston Tire Company, California Corporation**
_____
Debtor

Case No. **LA 02-11180 BR**
_____

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 24343<br><br>William L Hayes<br>1870 OAKSHIRE COURT<br>SAN DIEGO, CA 92102 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28876<br><br>William O Claros<br>608 MALTMAN AVE<br>LOS ANGELES, CA 90026 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 28734<br><br>William P Nadler<br>2870 N. TOWNE AVE<br>APT. 21<br>POMONA, CA 91767 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 24031<br><br>William Pongener<br>PO BOX 828<br>WALNUT, CA 91788-0828 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |
| Account No. 27536<br><br>William R Cooper<br>7717 SOUTHLAND WAY<br>SACRAMENTO, CA 95828 | | - | 1/12/2002<br><br>Employee Benefits | X | X | X | Unknown | 0.00 |

Sheet __216__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                    Case No. __LA 02-11180 BR__
                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H/W/J/c | | | | | | | |
| Account No. 27852<br><br>**William R Kuck**<br>**1034 WEST AVENUE H-1**<br>**LANCASTER, CA 93534** | | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28278<br><br>**William Seniff**<br>**532 JACKSON AVE**<br>**LIVERMORE, CA 94550** | | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 28597<br><br>**William Silverberg**<br>**640 FENLEY AVE.**<br>**SAN JOSE, CA 95117** | | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 22041<br><br>**William W Wichmann**<br>**550 MARINA PKWY**<br>**#85**<br>**CHULA VISTA, CA 91910** | | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 27744<br><br>**Xavier M Leal**<br>**11014 BURIN AVE #3**<br>**LENNOX, CA 90304** | | - | | 1/12/2002<br><br>**Employee Benefits** | X | X | X | Unknown | 0.00 |

Sheet __217__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Winston Tire Company, California Corporation**     Case No. **LA 02-11180 BR**

_____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 26751 <br><br> **Xiem S Pham** <br> **25119 DORIA AVE** <br> **LOMITA, CA 90717** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. 29047 <br><br> **Zachary T Cruz** <br> **6161 ALVARADO RD #33D** <br> **SAN DIEGO, CA 92120** | - | | 1/12/2002 <br><br> **Employee Benefits** | X | X | X | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __218__ of __220__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                     Case No.    **LA 02-11180 BR**
                                                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Franchise Tax Board <br> Headquarters Compliance <br> Sacramento, CA 95857** | - | | For notice purposes only | | | | 0.00 | 0.00 |
| Account No. <br> **Internal Revenue Service <br> Fresno, CA 93888** | - | | Alleged taxes & penalties | | | | **Unknown** | 0.00 |
| Account No. <br> **Internal Revenue Service <br> Special Procedures <br> 399 N Los Angles St., Room 4062 <br> Los Angeles, CA 90012-9903** | - | | For notice purpose only | | | | 0.00 | 0.00 |
| Account No. <br> **Stae Board of Equalization <br> 450 N Street <br> PO Box 94287 <br> Sacramento, CA 94279-0001** | - | | For notice purposes only | | | | 0.00 | 0.00 |
| Account No. <br> **Stae of California <br> Water Resources Control Board <br> 1416 Ninth Street <br> PO Box 942836 <br> Sacramento, CA 94236** | - | | For notice purpose only | | | | 0.00 | 0.00 |

Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Winston Tire Company, California Corporation**                                    Case No. **LA 02-11180 BR**
_____
                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units
_____
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**State of California<br>Employment Development Dept.<br>800 Capitol Mall<br>Sacramento, CA 95814** | | - | For notice purposes only | | | | 0.00 | 0.00 |
| Account No.<br>**State of California<br>Secy of Environmental Affairs<br>1102 "Q" Street<br>Sacramento, CA 95812** | | - | For notice purposes only | | | | 0.00 | 0.00 |
| Account No.<br>**State of California<br>Air Resources Board<br>PO Box 2815<br>Sacramento, CA 95812** | | - | For notice purposes only | | | | 0.00 | 0.00 |
| Account No.<br>**State of California<br>Waste Management Board<br>1020 9th Strret, #300<br>Sacramento, CA 95814** | | - | For notice ourpose only | | | | 0.00 | 0.00 |
| Account No.<br>**United States of America<br>Environmental Protection Agency<br>999 Eighteenth St<br>Denver, CO 80202** | | - | For notice purposes only | | | | 0.00 | 0.00 |

Sheet **220** of **220** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  **0.00**

Total
(Report on Summary of Schedules)  **0.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037