sendo Gonzalez [State Bar No. 137352]
515 South Figueroa Street, Suite 1970
Los Angeles, CA 90071
Telephone: (213) 452-0071
Facsimile: (213) 452-0080

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re

WINSTON TIRE COMPANY

               Debtor.

) Case No. 2:02-bk-11180-ER
) Chapter 7
)
)
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
) **3011**
)
)

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto check(s) totaling $100,134.40 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: January 20, 2010

                                                /s/Rosendo Gonzalez
                                                ROSENDO GONZALEZ
                                                Chapter 7 Trustee

[FILED JAN 21 2010 — CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA]

-1-

ORIGINAL

## ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

| CLAIM NUMBER | CHECK NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT CLAIMED | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | 1054 | CONTRA COSTA NEWSPAPERS, INC. C/O MARCUS & PAETNERS INC. 5856 COLLEGE AVE. #219 OAKLAND, CA 94618 | 56,496.48 | 56,496.48 | 1,535.94 | 1,535.94 |
| 9 | 1055 | KYCY RADIO C/O MARCUS & PARTNERS 5856 COLLEGE AVE. #219 OAKLAND, CA 94618 | 42,500.00 | 42,500.00 | 1,155.42 | 1,155.42 |
| 10 | | | | | | |
| 35 | 1067 | SAFETY-KLEEN POB 11393 COLUMBIA, SC 29211 | 29,464.90 | 29,464.90 | 801.04 | 801.04 |
| 50 | 1079 | 101 AUTO SUPPLY 1150 FIRST ST C/O AUTHORIZED AGENT ENCINITAS, CA 92024 | 2,890.55 | 2,890.55 | 78.58 | 78.58 |
| 52 | 1081 | KIRK M SCOUTEN 1192 W SPARROW DR CHANDLER, AZ 85248 | 645.00 | 645.00 | 17.54 | 17.54 |
| 55 | 1082 | ATV INC A CALIFORNIA CORPORATION C/O J SCOTT WILLIAMS ESQ TWO PARK PLAZA, STE 450 IRVINE, CA 92614 | 123,128.76 | 123,128.76 | 3,347.43 | 3,347.43 |
| 61 | 1087 | SOUTHERN AUTO SUPPLY P O BOX 2426 BAKERSFIELD, CA 93303-2426 | 10,169.85 | 10,169.85 | 276.48 | 276.48 |
| 74 | 1098 | CITY OF INDUSTRY PO BOX 3366 C/O AUTHORIZED AGENT CITY OF INDUSTR, CA 91744-0366 | 283.64 | 283.64 | 7.71 | 7.71 |
| 109 | 1123 | GENUINE PARTS CO. FONTANA PO BOX 0699 ATTN: AUTHORIZED AGENT FONTANA, CA 92337-0699 | 411.83 | 411.83 | 11.20 | 11.20 |
| 155 | 1154 | SMITH CHRYSLER PLYMOUTH 12300 SAN PABLO AVE ATTN: AUTHORIZED AGENT RICHMOND, CA 94805 | 544.91 | 544.91 | 14.81 | 14.81 |

(1)

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1165 | 170 | R.J. SHAW/ONE STOP WLA<br>2209 BARRY AVE<br>W LOS ANGELES, CA 90064 | 1,415.22 | 1,415.22 | 38.47 |
| 2 | 1176 | 183 | ATTN: AUTHORIZED AGENT<br>BALBOA AUTO PARTS, INC.<br>10365 BALBOA BLVD.<br>GRANADA HILLS, CA 91344 | 3,741.68 | 3,741.68 | 101.72 |
| 3 | 1181 | 189 | RE HARRINGTON<br>A DIV OF SHEAKLEY UNISERV<br>1245 SLUTIONS CNTR<br>CHICAGO, IL 60677-1002 | 2,933.21 | 2,933.21 | 79.74 |
| 4 | 1186 | 195 | HARLEY T DESMOND<br>3354 AVACADO VISTA LANE<br>FALLBROOK, CA 92028 | 1,000.00 | 1,000.00 | 27.19 |
| 5 | 1192 | 203 | SOSS GARDENING SERVICES<br>& EUGENE F SOSS<br>91 WINDSOR DR<br>DALY CITY, CA 94015 | 250.00 | 250.00 | 6.80 |
| 6 | 1199 | 215 | GORMAC SECURITY SERVICES<br>650 S GAREY AVE<br>POMONA, CA 91766 | 6,559.00 | 6,559.00 | 178.32 |
| 7 | 1203 | 219 | CITY OF ANAHEIM<br>DIV OF COLLECTIONS<br>PO BOX 3069<br>ANAHEIM, CA 92803-3069 | 1,134.93 | 1,134.93 | 30.85 |
| 8 | 1204 | 220 | SCOTT PAUL SCHELLHASE<br>4113 IRONWOOD DRIVE<br>CHINO HILLS, CA 91709 | 641.89 | 641.89 | 17.45 |
| 9 | 1208 | 226 | ROBERT FRANK & MARJORIE FRANK<br>C/O THE WOLF FIRM<br>18 CORPORATE PLAZA DRIVE<br>NEWPORT BEACH, CA 92660-7901 | 44,418.95 | 44,418.95 | 1,207.59 |
| 10 | 1221 | 241 | YORBA LINDA AUTO PARTS<br>ATTN: CORPORATE OFFICER<br>4981 VALLEY VIEW AVE<br>YORBA LINDA, CA 92686 | 1,412.82 | 1,412.82 | 38.41 |
| 11 | 1226 | 248 | MCI WORLDCOM NETWORK SERVICES INC<br>% WORLDCOM INC<br>20855 STONE OAK PRKWY<br>SAN ANTONIO, TX 78258 | 132,983.56 | 132,983.56 | 3,615.34 |
| 12 | 1237 | 260 | J & B AUTO PARTS<br>1700 NORTH TUSTIN AVENU<br>ATTN: AUTHORIZED AGENT<br>ORANGE, CA 92865 | 3,591.64 | 3,591.64 | 97.64 |

| # | | | | |
|---|---|---|---|---|
| 1 | 268 | 1241 | BERNAL''S LANDSCAPE & MAIN<br>PO BOX 1797<br>CLOVIS, CA 93613-1797 | 958.67 | 958.67 | 26.06 | 26.06 |
| 2 | 274 | 1246 | C/O AUTHORIZED AGENT<br>ELIZABETH L SULLO<br>2714 RAINBOW AVE #101<br>LAKE HAVASU CIT, AZ 86403 | 280.40 | 280.40 | 7.62 | 7.62 |
| 3 | 297 | 1266 | A+ CLEANING SERVICE<br>3709 BALBOA DR<br>OCEANSIDE, CA 92056 | 2,795.00 | 2,795.00 | 75.99 | 75.99 |
| 4 | 301 | 1270 | C/O AUTHORIZED AGENT<br>DAVID LEE<br>22750 HIDDEN HILLS RD<br>YORBA LINDA, CA 92687 | 3,472.67 | 3,472.67 | 94.41 | 94.41 |
| 5 | 302 | 1271 | STEVEN NORENBERG<br>300 CIRBY HILLS DR APT #166<br>ROSEVILLE, CA 95678 | 3,741.91 | 3,741.91 | 101.73 | 101.73 |
| 6 | 316 | 1277 | SUPERBUFF FLOORCARE<br>2212 ALMOND LANE<br>SANTA MARIA, CA 93458 | 330.00 | 330.00 | 8.97 | 8.97 |
| 7 | 323 | 1282 | ATTN: AUTHORIZED AGENT<br>RONNIE''S COOLING SYSTEM ESCONDIDO<br>105 N ROSE ST STE 209<br>ESCONDIDO, CA 92027 | 440.91 | 440.91 | 11.99 | 11.99 |
| 8 | 326 | 1285 | ATTN: AUTHORIZED AGENT<br>ETHELMARY VAN DYK<br>381 CYNTHIA CREST<br>REDLANDS, CA 92373 | 761.70 | 761.70 | 20.71 | 20.71 |
| 9 | 332 | 1291 | AIRE-MASTER OF AMERICA, INC<br>4464 LONE TREE WAY<br>ANTIOCH, CA 94509 | 420.00 | 420.00 | 11.42 | 11.42 |
| 10 | 334 | 1292 | C/O AUTHORIZED AGENT<br>EVERGREEN SOLUTIONS<br>9606 40 ST SE<br>CALGARY ALBERTA, CN | 382.59 | 382.59 | 10.40 | 10.40 |
| 11 | 336 | 1293 | ATTN: AUTHORIZED AGENT<br>HENNESSY INDUSTRIES<br>1601 J.P. HENNESSY DR<br>LA VERGNE, TN 37086 | 56,223.14 | 56,223.14 | 1,528.50 | 1,528.50 |
| 12 | 337 | 1294 | MOBILE ACCESS STORE LIVERMORE<br>1141 CONCANNON BLVD<br>LIVERMORE, CA 94550 | 2,728.56 | 2,728.56 | 74.18 | 74.18 |
| 13 | 339 | 1295 | ATTN: AUTHORIZED AGENT<br>MONDERA WHEELS, INC.<br>2830 TEMPLE AVE<br>LONG BEACH, CA 90806 | 3,947.92 | 3,947.92 | 107.33 | 107.33 |

| | | | | |
|---|---|---|---|---|
| 1 | 340 | 1296 | RELIEF PRINTING CORP<br>5160 RIVERGRADE RD<br>ATTN: AUTHORIZED AGENT<br>BALDWIN PARK, CA 91706 | 1,156.16 | 1,156.16 | 31.43 |
| 2 | 353 | 1304 | AIR-TRO INC.<br>1630 S. MYRTLE AVE.<br>C/O CORPORATE OFFICIER<br>MONROVIA, CA 91016 | 294.00 | 294.00 | 7.99 |
| 3 | 372 | 1318 | PACIFIC UNDERCAR PARTS-TORRANCE<br>3515 ARTESIA BLVD<br>ATTN: AUTHORIZED AGENT<br>TORRANCE, CA 90504 | 4,972.09 | 4,972.09 | 135.17 |
| 4 | 376 | 1321 | MAJID ZAHEDI<br>26356 VINTAGE WOODS<br>LAKE FOREST, CA 92630 | 6,300.00 | 6,300.00 | 171.27 |
| 5 | 377 | 1322 | HENRY LAMBOOY<br>8603 GREENLEAF ST<br>BUENA PARK, CA 90620 | 687.53 | 687.53 | 18.69 |
| 6 | 395 | 1334 | G & W ALTERNATORS & START<br>1275 STONE DR<br>ATTN: AUTHORIZED AGENT<br>SAN MARCOS, CA 92069-4059 | 506.00 | 506.00 | 13.76 |
| 7 | 401 | 1339 | JOHN HOSTETTER<br>1282 WHISPERGLEN LN<br>SAN DIMAS, CA 91773 | 191.30 | 191.30 | 5.20 |
| 8 | 433 | 1363 | MARYAM ASHTIANA<br>116 SOUTH JACKSON #B<br>GLENDALE, CA 91205 | 300.00 | 300.00 | 8.16 |
| 9 | 441 | 1367 | LINDY'S AUTO PARTS-PALMDALE<br>45153 SIERRA HWY.<br>ATTN: AUTHORIZED AGENT<br>LANCASTER, CA 93534 | 631.12 | 631.12 | 17.16 |
| 10 | 445 | 1369 | PACIFIC BELL-SACRAMENTO<br>PAYMENT CENTER<br>SACRAMENTO, CA 95887-0001 | 61,563.64 | 61,563.64 | 1,673.69 |
| 11 | 446 | 1370 | BALLANTYNE COMPUTER SERVICE<br>3500 BARRANCA PKWY STE 300<br>ATTN: AUTHORIZED AGENT<br>IRVINE, CA 92606-8219 | 4,144.21 | 4,144.21 | 112.67 |
| 12 | 451 | 1374 | RAMIL GARCIA<br>905 PIEDMONT STREET<br>OXNARD, CA 93055 | 700.00 | 700.00 | 19.03 |

| # | | | | | |
|---|---|---|---|---|---|
| 1 | 452 | 1375 | DELTA WHEELS & ACCESSORIES<br>904 SILVER SPUR RD STE 120<br>ROLLING HILLS, CA 90274 | 5,353.48 | 5,353.48 | 145.54 |
| 2 | 460 | 1383 | C/O AUTHORIZED AGENT<br>ABC EXPRESS<br>12239 SEAL BEACH BLVD<br>SEAL BEACH, CA 90740 | 6,879.88 | 6,879.88 | 187.04 |
| 3 | 474 | 1393 | C/O AUTHORIZED AGENT<br>NANCY GAFFANEY<br>23020 RIDGE LINE RD<br>DIAMOND BAR, CA 91765 | 239.80 | 239.80 | 6.52 |
| 4 | 488 | 1402 | RUBLE TOM<br>7413 EL CENTRO WAY<br>BUENA PARK, CA 90620 | 547.01 | 547.01 | 14.87 |
| 5 | 490 | 1403 | AMERICAN RACING EQUIPMENT<br>1275 DAVIS RD STE 300<br>ELGIN, IL 60123 | 33,712.51 | 33,712.51 | 916.52 |
| 6 | 500 | 1409 | GENUINE PARTS CO. FRESNO<br>PO BOX 7874<br>FRESNO, CA 93726 | 7,103.06 | 7,103.06 | 193.11 |
| 7 | 501 | 1410 | ATTN: AUTHORIZED AGENT<br>HUBCAP HEADQUARTERS<br>2225 COMMERCIAL ST NE<br>SALEM, OR 97303 | 206.87 | 206.87 | 5.62 |
| 8 | 502 | 1411 | ATTN: AUTHORIZED AGENT<br>DANIEL SKARE<br>1344 SOUTH MAGNOLIA AVENUE<br>APT. F1<br>ANAHEIM, CA 92804 | 50,570.52 | 50,570.52 | 1,374.83 |
| 9 | 504 | 1412 | AUTO PARTS<br>PARTS UNLTD<br>9437 HEIL AVE<br>FOUNTAIN VALLEY, CA 92708 | 11,265.00 | 11,265.00 | 306.26 |
| 10 | 506 | 1414 | NARENDRA BAGADE<br>34394 wellman terrace<br>FREMONT, CA 94555 | 600.00 | 600.00 | 16.31 |
| 11 | 509 | 1417 | A PROFESSIONAL POLYGRAPH<br>3272 N E&quot<br>ST STE D&quot;<br>C/O AUTHORIZED AGENT<br>SAN BERNARDINO, CA 92405 | 446.25 | 446.25 | 12.13 |
| 12 | 517 | 1422 | TOMO MURAKATA<br>306 W 3RD ST #204<br>LOS ANGELES, CA 90013 | 302.99 | 302.99 | 8.24 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1424 | TECHNICARD THERMOGRAPHED<br>5150 RIVERGRADE ROAD<br>BALDWIN PARK, CA 91706-1604 | 2,941.55 | 2,941.55 | 79.97 |
| 2 | 1430 | P.O. BOX 1604<br>AIRBORNE FREIGHT CORPORATION<br>3131 EILLOTT AVE STE 200<br>SEATTLE, WA 98121-1047 | 324.20 | 324.20 | 8.81 |
| 3 | 1432 | MICHELE M HOFFMAN<br>9965 PARKLAKE WAY<br>ELK GROVE, CA 95624 | 3,600.00 | 3,600.00 | 97.87 |
| 4 | 1433 | PATRICIA A NOVAK<br>731 N MODENA<br>ANAHEIM, CA 92801 | 61,538.46 | 61,538.46 | 1,673.01 |
| 5 | 1434 | NANCY K BOSS<br>731 N. MODENA<br>ANAHEIM, CA 92801 | 4,615.38 | 4,615.38 | 125.48 |
| 6 | 1440 | ALASTAIR BLOXSOM<br>527 S LUCERNE BL<br>LOS ANGELES, CA 90020 | 214.91 | 214.91 | 5.84 |
| 7 | 1442 | PIONEER TIRE SUPPLY, INC.<br>1245 COMMERCE BLVD STE 1<br>ATTN: AUTHORIZED AGENT<br>AMERICAN CANYON, CA 94589 | 1,811.97 | 1,811.97 | 49.26 |
| 8 | 1450 | PATRICIA MCBRAYER<br>P.O. BOX 6308<br>KINGMAN, AZ 86402 | 532.25 | 532.25 | 14.47 |
| 9 | 1459 | KRISTAR ENTERPRISES INC.<br>PO BOX 7352<br>ATTN: AUTHORIZED AGENT<br>SANTA ROSA, CA 95407-0352 | 585.00 | 585.00 | 15.91 |
| 10 | 1464 | WARREN COMPANIES<br>C/O COLLIERS INTERNATIONAL<br>701 UNIVERSITY AVE, STE.200<br>SACRAMENTO, CA 95815 | 89,728.59 | 89,728.59 | 2,439.40 |
| 11 | 1468 | PACIFIC BEACH TOYOTA<br>4555 MISSION BAY DR<br>ATTN: AUTHORIZED AGENT<br>SAN DIEGO, CA 92109 | 315.22 | 315.22 | 8.57 |
| 12 | 1469 | CITY OF HUNTINGTON BEACH<br>CITY TREASURER CITY OF HUNTINGTON<br>PO BOX 190<br>HUNTINGTON BEAC, CA 92648 | 278.36 | 278.36 | 7.57 |
| 13 | 1473 | AMERICAN SERVICES DIV OF ASCO INC<br>23333 AVENIDA LA CAZA<br>C/O AUTHORIZED AGENT<br>COTO DE CAZA, CA 92679 | 12,575.08 | 12,575.08 | 341.87 |

| # | | | | |
|---|---|---|---|---|
| 1 | 605 | 1480 | MONIQUE DREIS<br>25474 SUN CITY BLVD.<br>SUN CITY, CA 92586 | 6,120.00 | 6,120.00 | 166.38 | 166.38 |
| 2 | 638 | 1500 | BERNAL'S LANDSCAPE & MAIN<br>PO BOX 1797<br>CLOVIS, CA 93613-1797 | 958.67 | 958.67 | 26.06 | 26.06 |
| 3 | 647 | 1507 | C/O AUTHORIZED AGENT<br>FALKEN TIRE CORP<br>10404 SIXTH ST<br>RANCHO CUCAMONG, CA 91730-5831 | 808.05 | 808.05 | 21.97 | 21.97 |
| 4 | 653 | 1510 | UNION TRIBUNE PUBLISHING COMPANY<br>C/O GEOFFREY E. MARR<br>401 WEST &quot;A&quot;<br>STREET, STE 2600<br>SAN DIEGO, CA 92101 | 103,769.61 | 103,769.61 | 2,821.12 | 2,821.12 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | 680 | 1530 | JAVIER T BALTAZAR<br>3116 PIONEER<br>BAKERSFIELD, CA 93306 | 2,100.00 | 2,100.00 | 57.09 | 57.09 |
| 8 | 711 | 1543 | KENNETH J POTEMPA<br>861 MANHATTAN BEACH BL APT 5<br>MANHATTAN BEACH, CA 90266 | 531.96 | 531.96 | 14.46 | 14.46 |
| 9 | 718 | 1549 | MIKE NICHOLS<br>45912 PASEO GALLANTE<br>TEMECULA, CA 92592 | 6,000.00 | 6,000.00 | 163.12 | 163.12 |
| 10 | 737 | 1563 | CAMERON PARK A.P.<br>3950 CAMBRIDGE RD. UNIT<br>C/O AUTHORIZED AGENT<br>CAMERON PARK, CA 95682 | 4,249.86 | 4,249.86 | 115.54 | 115.54 |
| 11 | | | | | | | |
| 12 | 740 | 1565 | LIM MICHAEL<br>1663 TURNPOST LANE<br>HACIENDA HEIGHT, CA 91745 | 2,000.00 | 2,000.00 | 54.37 | 54.37 |
| 13 | 750 | 1570 | SHALENDRA SHARMA<br>3133 CRESTLINE CT.<br>ANTIOCH, CA 94509 | 1,500.00 | 1,500.00 | 40.78 | 40.78 |
| 14 | 751 | 1571 | PASADENA WATER AND POWER<br>150 S LOS ROBLES, STE. 350<br>PASADENA, CA 91106 | 2,320.39 | 2,320.39 | 63.08 | 63.08 |
| 15 | 752 | 1572 | WALLACE COMPUTER SERVICES<br>2275 CABOT DRIVE<br>LISLE, IL 60532 | 50,140.22 | 50,140.22 | 1,363.13 | 1,363.13 |
| 16 | | | | | | | |
| 17 | 764 | 1581 | GOLDEN STATE TIRE STA. ROSA<br>3358-D COFFEY LANE<br>ATTN: AUTHORIZED AGENT<br>SANTA ROSA, CA 95403 | 282.51 | 282.51 | 7.68 | 7.68 |
| 18 | | | | | | | |
| 19 | | | | | | | |

| # | | | | | |
|---|---|---|---|---|---|
| 1 | 765 | 1582 | GOLDEN STATE TIRE DISTR- SACRAMENTO 921 W N MARKET ST SACRAMENTO, CA 95834 ATTN: AUTHORIZED AGENT | 1,110.42 | 1,110.42 | 30.19 |
| 2 | 766 | 1583 | GOLDEN STATE TIRE DIST MODESTO 217 WINMOORE WAY A MODESTO, CA 95358-5742 ATTN: AUTHORIZED AGENT | 1,420.19 | 1,420.19 | 38.61 |
| 3 | 768 | 1585 | CHRIS LINGWALL 13188 OUTLAW CIR. CORONA, CA 92883 | 200.00 | 200.00 | 5.44 |
| 4 | 771 | 1588 | MR. CARMINE F GIAMPICCOLO 24525 JACARTE DR MURRIETA, CA 92562 | 2,573.87 | 2,573.87 | 69.97 |
| 5 | 777 | 1593 | UNISCRIBE PROF. SERV. P.O. BOX 5790 HARTFORD, CT 06102-5790 | 3,710.99 | 3,710.99 | 100.89 |
| 6 | 779 | 1594 | GOLDEN STATE TIRE DIST FRESNO 2875 SOUTH EAST AVENUE FRESNO, CA 93725 ATTN: AUTHORIZED AGENT | 621.49 | 621.49 | 16.89 |
| 7 | 791 | 1604 | KUSTOM GRAPHIX 9528 RUSH ST STE G S EL MONTE, CA 91733-1551 ATTN: AUTHORIZED AGENT | 931.95 | 931.95 | 25.34 |
| 8 | 793 | 1606 | ALFREDO CUEVA 15901 HAWTHORNE BLVD., SUITE 450 LAWNDALE, CA 90260 | 100,000.00 | 100,000.00 | 2,718.64 |
| 9 | 800 | 1612 | RON KIRSCHBROWN 7201 SHADYLANE WY ROSEVILLE, CA 95747 | 280.00 | 280.00 | 7.61 |
| 10 | 810 | 1619 | 2055 N. PERRIS BLVD, TRUST C/O STEVE TIRITILLI 29379 RANCHO CALIF. RD TEMECULA, CA 92591 | 1,599.28 | 1,599.28 | 43.48 |
| 11 | 820 | 1627 | MICHAEL & JODY KIRSCHBROWN 4721 CALLE SAN JUAN NEWBURY PARK, CA 91320 | 360.00 | 360.00 | 9.79 |
| 12 | 825 | 1630 | MICHAEL, ROBERT & ROSEMARY RAYA 401 B STREET #950 SAN DIEGO, CA 92101 | 4,821.02 | 4,821.02 | 131.06 |
| 13 | 828 | 1632 | MOULDY LLC A CAL LTD LIABILITY CO WILLIAM B BRINCKLOE JR ESQ 1151 DOVE STREET SUITE 278 NEWPORT BEACH, CA 92660 | 10,007.61 | 10,007.61 | 272.07 |

| # | | | | | |
|---|---|---|---|---|---|
| 1 | 843 | 1643 | PERFORMANCE WHEELS<br>SAN BERNADINO<br>195 E REDLANDS BLVD<br>SAN BERNARDINO, CA 92408 | 4,113.44 | 4,113.44 | 111.83 |
| 2 | 847 | 1645 | MONA G. BELL<br>C/O RICHARD DODSON<br>4089 LONG BEACH BLVD.<br>LONG BEACH, CA 90807 | 1,580.29 | 1,580.29 | 42.96 |
| 3 | 854 | 1651 | ONE STOP UNDERCAR-MONROVIA<br>144 W CHESTNUT AVE<br>MONROVIA, CA 91016 | 3,490.40 | 3,490.40 | 94.89 |
| 4 | 857 | 1652 | AAA RADIATOR WAREHOUSE<br>1030 17TH ST<br>C/O AUTHORIZED AGENT<br>SAN DIEGO, CA 92101-1072 | 5,748.02 | 5,748.02 | 156.27 |
| 5 | 858 | 1653 | CARLOS JACOBO<br>100 CAMBRIDGE ST<br>SAN FRANCISCO, CA 94134 | 3,000.00 | 3,000.00 | 81.56 |
| 6 | 866 | 1660 | SUPERIOR WHOLESALE TIRE-TEMECULA<br>42445 AVENIDA ALVARADO<br>ATTN: AUTHORIZED AGENT<br>TEMECULA, CA 92590 | 60,246.52 | 60,246.52 | 1,637.89 |
| 7 | 868 | 1662 | GREGG LINN<br>25422 TRABUCO RD STE 105-182<br>LAKE FOREST, CA 92630 | 732.74 | 732.74 | 19.92 |
| 8 | 877 | 1666 | CHINO HILLS I, LLC<br>C/O CB RICHARD ELLIS ASSET SVCS<br>4200 CHINO HILLSPARKWAY, STE 640<br>CHINO, CA 91709 | 16,848.21 | 16,848.21 | 458.04 |
| 9 | 881 | 1668 | AESPACE AMERICA, INC<br>C/O STAN K. YANG, ESQ.<br>333 S. GRAND AVE. 33RD FLR.<br>LOS ANGELES, CA 90071 | 7,941.13 | 7,941.13 | 215.89 |
| 10 | 882 | 1669 | WESLEY M BARNHART<br>18925 SHERFFIED ST<br>HESPERIA, CA 92345-6740 | 3,500.00 | 3,500.00 | 95.15 |
| 11 | 883 | 1670 | WESLEY M BARNHART<br>18925 SHERFFIELD ST<br>HESPERIA, CA 92345-6740 | 2,500.00 | 2,500.00 | 67.97 |
| 12 | 929 | 1689 | ONEILL ELIZABETH & PATRICK & ETAL<br>C/O DOWNEY BRAND SEYMOUR & ROHWER<br>555 CAPITOL MALL, TENTH FLOOR<br>SACRAMENTO, CA 95814-4686 | 155,758.03 | 155,758.03 | 4,234.50 |
| 13 | 946 | 1701 | CHEREE C & KIRK P HOWE<br>855 BARHAM DR<br>SAN MARCOS, CA 92078 | 6,080.00 | 6,080.00 | 165.29 |

| # | | | | | |
|---|---|---|---|---|---|
| 1 | 977 | 1710 | EUNICE KANG<br>4531 BRANNIGAN ST<br>DUBLIN, CA 94568 | 375.84 | 375.84 | 10.22 |
| 2 | 985 | 1716 | DEBRA L. HAMILTON<br>1051 W EL NORTE PKWY #8<br>ESCONDIDO, CA 92026 | 358.44 | 358.44 | 9.74 |
| 3 | 996 | 1721 | FIDELTY INVESTMENTS INST OPERATIONS<br>200 MAGELLAN WAY<br>COVINGTON, KY 41015 | 4,291.53 | 4,291.53 | 116.67 |
| 4 | 1011 | 1727 | ANGEL MENDOZA<br>416 E 30TH STREET<br>NATIONAL CITY, CA 91950-7425 | 1,440.00 | 1,440.00 | 39.15 |
| 5 | 1012 | 1728 | ARMANDO GUTIERREZ<br>482 W SAN YSIDRO BLVD - STE 618<br>SAN DIEGO, CA 92173 | 352.00 | 352.00 | 9.57 |
| 6 | 1019 | 1733 | WABBOTT, MICHAEL<br>12512 CENTRAL<br>CHINO, CA 91710 | 5,000.00 | 5,000.00 | 135.93 |
| 7 | 1021 | 1734 | THOMAS M COLEMAN DBA CROSSROAD AUTO<br>1301 &quot;L&quot; STREET<br>BAKERSFIELD, CA 93301 | 32,599.08 | 32,599.08 | 886.25 |
| 8 | 1023 | 1735 | KNOX, GIACOMO<br>6065 WHITSETT AVE #9<br>NORTH HOLLYWOOD, CA 91606 | 3,121.68 | 3,121.68 | 84.87 |
| 9 | 1031 | 1739 | NICOLE KNOTTS<br>221 GATEWAY DRIVE<br>PACIFICA, CA 94044 | 1,891.41 | 1,891.41 | 51.42 |
| 10 | 1032 | 1740 | CESAR LOPEZ<br>10055 MARCONI DR #2448<br>SAN DIEGO, CA 92154 | 2,880.00 | 2,880.00 | 78.30 |
| 11 | 1045 | 1749 | CITY OF INDUSTRY<br>PO BOX 3366<br>C/O AUTHORIZED AGENT<br>CITY OF INDUSTR, CA 91744-0366 | 283.64 | 283.64 | 7.72 |
| 12 | 1049 | 1753 | DON PARKER<br>7800 JACK RABBIT LN<br>HIGHLAND, CA 92346 | 380.00 | 380.00 | 10.33 |
| 13 | 1069 | 1770 | MIKE WERTIN<br>5185 PROVIDENCE RD<br>SAN DIEGO, CA 92117 | 2,800.00 | 2,800.00 | 76.12 |
| 14 | 1086 | 1785 | WASHOE COUNTY TREASURER<br>POB 30039<br>RENO, NV 89520-3039 | 1,271.63 | 1,271.63 | 34.57 |

| # | | | | | |
|---|---|---|---|---|---|
| 1 | 1124 | 1813 | WALTER OR MARY ANN VONSTIETZ<br>8658 MAPLE AVE<br>FONTANA, CA 92335-4122 | 492.00 | 492.00 | 13.38 | 13.38 |
| 2 | 1128 | 1816 | DANIEL LOPEZ<br>1006 N IRIS ST<br>RIALTO, CA 92376 | 6,000.00 | 6,000.00 | 163.12 | 163.12 |
| 3 | 1130 | 1817 | JOHN HOSTETTER<br>1282 WHISPERGLEN LN<br>SAN DIMAS, CA 91773 | 191.30 | 191.30 | 5.20 | 5.20 |
| 4 | 1144 | 1828 | ERIC L CAMMAUF<br>403 LORETTO DR.<br>ROSEVILLE, CA 95661 | 3,600.00 | 3,600.00 | 97.87 | 97.87 |
| 5 | 1145 | 1829 | RESOURCES MANAGEMENT GROUP<br>PO BOX 847<br>ATTN: AUTHORIZED AGENT<br>CORNING, CA 96021 | 199.57 | 199.57 | 5.43 | 5.43 |
| 6 | 1178 | 1854 | DOROTEO RIVERA<br>12222 194 TH ST.<br>ARTESIA, CA 90701 | 1,120.00 | 1,120.00 | 30.45 | 30.45 |
| 7 | 1184 | 1859 | GEORGE E. GRISMER<br>20 VICTORIA FALLS DR<br>RANCHO MIRAGE, CA 92270 | 42,666.00 | 42,666.00 | 1,159.93 | 1,159.93 |
| 8 | 1196 | 1866 | CAINE & WEINER COMPANY INC.<br>C/O HOWARD J. ETTINGER<br>9440 SANTA MONICA BLVD. STE. 405<br>BEVERLY HILLS, CA 90210 | 235,625.57 | 235,625.57 | 6,405.81 | 6,405.81 |
| 9 | 1210 | 1879 | FIDELITY INVESTMENTS INST OPERATIONS<br>200 MAGELLAN WAY<br>COVINGTON, KY 41015 | 7,357.00 | 7,357.00 | 200.01 | 200.01 |
| 10 | 1213 | 1881 | STEVEN CODRARO<br>PO BOX 70<br>SAN JOSE, CA 95103 | 2,400.00 | 2,400.00 | 65.24 | 65.24 |
| 11 | 1219 | 1886 | BERNAL'S LANDSCAPE & MAIN<br>PO BOX 1797<br>C/O AUTHORIZED AGENT<br>CLOVIS, CA 93613-1797 | 958.67 | 958.67 | 26.06 | 26.06 |
| 12 | 1225 | 1891 | 1-800 USED RIM INC<br>3545 SAN GABRIEL RIVER PKWY<br>C/O CORPORATE OFFICIER<br>PICO RIVERA, CA 90660 | 4,026.84 | 4,026.84 | 109.48 | 109.48 |
| 13 | 1227 | 1892 | LINDY'S AUTO PARTS-PALMDALE<br>45153 SIERRA HWY.<br>ATTN: AUTHORIZED AGENT<br>LANCASTER, CA 93534 | 631.12 | 631.12 | 17.16 | 17.16 |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1228 | 1893 | CHARLES D. CURREY<br>CHARLES R. CURREY<br>17601 17TH ST., SUITE 130<br>TUSTIN, CA 92780-1946 | 94,019.31 | 94,019.31 | 2,556.05 | 2,556.05 |
| 2 | 1232 | 1897 | ADDS WHEEL WAREHOUSE<br>C/O AUTHORIZED AGENT<br>902 COMMERCIAL ST<br>SAN JOSE, CA 95112-1412 | 6,646.00 | 6,646.00 | 180.68 | 180.68 |
| 3 | 1539 | 1898 | SHELDON L HUDSON<br>231 LOMITA AVE.<br>RIALTO, CA 92376 | 20,350.00 | 20,350.00 | 553.24 | 553.24 |
| 4 | 1241 | 1902 | DANIELLE LEE<br>1357 RAYMOND AVE.<br>GLENDALE, CA 91201 | 8,200.00 | 8,200.00 | 222.93 | 222.93 |
| 5 | 1245 | 1905 | FLEET CREDIT CARD SERVICES, L.P.<br>POB 1016<br>HORSHAM, PA 19044 | 5,463.15 | 5,463.15 | 148.52 | 148.52 |
| 6 | 1259 | 1914 | AUTO PARTS OF OCEANSIDE<br>P O BOX 2401<br>OCEANSIDE, CA 92051-2401 | 4,880.60 | 4,880.60 | 132.69 | 132.69 |
| 7 | 1261 | 1915 | L & M TIRE CO., INC<br>C/O SCOTT L. METZER, ESQ.<br>401 WEST A STREET, STE 2400<br>SAN DIEGO, CA 92101 | 19,500.00 | 19,500.00 | 530.13 | 530.13 |
| 8 | 1279 | 1929 | LARRY A WILLIAMS<br>1601 W MACARTHUR<br>#20B<br>SANTA ANA, CA 92704 | 2,000.00 | 2,000.00 | 54.37 | 54.37 |
| 9 | 1284 | 1934 | SAN BERNARDINO COUNTY SUN<br>399 N D ST<br>ATTN: AUTHORIZED AGENT<br>SAN BERNARDINO, CA 92401 | 85,739.43 | 85,739.43 | 2,330.95 | 2,330.95 |
| 10 | 1286 | 1936 | JOHN R BLAKEMAN<br>2009 VILLA SERENNA CIRCLE<br>ROCKLIN, CA 95765 | 227.63 | 227.63 | 6.19 | 6.19 |
| 11 | 1318 | 1954 | TRANS BOX SYSTEMS INC.<br>P.O. BOX 6278, AIRPORT STATION<br>OAKLAND, CA 94603 | 27,590.70 | 27,590.70 | 750.09 | 750.09 |
| 12 | 1339 | 1966 | NORMA AFKHAM<br>ONE MARKET ST,<br>SPEAR TOWER 36TH FL<br>SAN FRANCISCO, CA 94105 | 35,000.00 | 35,000.00 | 951.52 | 951.52 |
| 13 | 1346 | 1972 | DOUGLAS E ANDERSON<br>11229 LAURIE DR<br>STUDIO CITY, CA 91604 | 24,000.00 | 24,000.00 | 652.47 | 652.47 |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1355 | 1980 | MIGUEL RAMIREZ<br>1625 S PACIFIC ST<br>LAS VEGAS, NV 89104 | 1,668.00 | 1,668.00 | 45.35 |
| 2 | 1357 | 1981 | ALASTAIR BLOXSOM<br>527 S LUCERNE BL<br>LOS ANGELES, CA 90020 | | | 5.84 |
| 3 | 1363 | 1987 | ROBERT W DONNELLY<br>221 S FLOWER AVE UNIT C<br>BREA, CA 92821 | 214.91 | 214.91 | 5.84 |
| 4 | 1373 | 1993 | STEAVEN JONES AND ASSOCIATES<br>2932 WILSHIRE BLVD, STE 204<br>SANTA MONICA, CA 90403 | 140,000.00 | 140,000.00 | 3,806.09 |
| 5 | 1374 | 1994 | CCI TRIAD<br>C/O DUANE J. BRESCIA<br>600 CONGRESS AVE STE 2600<br>AUSTIN, TX 78701 | 13,770.37 | 13,770.37 | 374.37 |
| 6 | 1382 | 1998 | AUTO PARTS DISTRIBUTORS<br>P.O. BOX 1066<br>MODESTO, CA 95353 | 65,124.96 | 65,124.96 | 1,770.51 |
| 7 | 1397 | 2010 | PAUL W KELLEHER<br>55980 MIRA ST.<br>YUCCA VALLEY, CA 92284 | 9,481.24 | 9,481.24 | 257.76 |
| 8 | 1408 | 2014 | MARK RUBENSTEIN<br>11795 C SPRUCE RUN DR<br>SAN DIEGO, CA 92131 | 2,465.04 | 2,465.04 | 67.01 |
| 9 | 1410 | 2016 | TOMO MURAKATA<br>509 COLUMBIA RD<br>ARCADIA, CA 91007 | 2,100.00 | 2,100.00 | 57.09 |
| 10 | 1418 | 2020 | RAVSTEN-GERLAK<br>HEATING & AIR CONDITIONING<br>947 W 19TH ST<br>SAN PEDRO, CA 90731 | 302.99 | 302.99 | 8.24 |
| 11 | 1420 | 2021 | ARGONAUT INSURANCE COMPANY<br>SONNENSCHEIN NATH & ROSENTHAL<br>601 S FIGUEROA ST STE 1500<br>LOS ANGELES, CA 90017 | 275.00 | 275.00 | 7.48 |
| 12 | 1430 | 2027 | KATHY BRANG<br>27481 PACOS RIDGE<br>CORONA, CA 92883 | 1,145,521.00 | 1,145,521.00 | 31,142.58 |
| 13 | 1431 | 2028 | MICHAEL OSON<br>3802 ROSECRANS #261<br>SAN DIEGO, CA 92110 | 2,800.00 | 2,800.00 | 76.12 |
| 14 | 1442 | 2033 | PHYLLIS ROBINSON<br>765 GARVORD ST<br>LEBANON, OR 97355-3802 | 4,000.00 | 4,000.00 | 108.74 |
| 15 | | | | 4,945.10 | 4,945.10 | 134.44 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1446 | 2036 | F.G.R. CORPORATION<br>C/O ANTON C. GERSCHLER<br>1230 COLUMBIA STREET STE. 1050<br>SAN DIEGO, CA 92101 | 5,773,051.50 | 73,000.00 | 1,984.61 |
| 2 | 1458 | 2043 | GENUITY SOLUTIONS INC<br>% KENNETH W IRVIN ESQ<br>2000 PENNSYLVANIA AVE NW STE 5500<br>WASHINGTON, DC 20006 | 11,780.45 | 11,780.45 | 320.27 |
| 3 | 1459 | 2044 | GENUITY SOLUTIONS INC<br>% KENNETH W IRVIN ESQ<br>2000 PENNSYLVANIA AVE NW STE 5500<br>WASHINGTON, DC 20006 | 6,368.70 | 6,368.70 | 173.14 |
| 4 | 1483 | 2059 | CONTRA COSTA COUNTY TAX COLLECTOR<br>ATTN: MEREDITH BOEGER<br>P O BOX 967<br>MARTINEZ, CA 94553 | 306.26 | 306.26 | 8.33 |
| 5 | 1501 | 2066 | RONALD ARTEAGA<br>215 EUNICE<br>BLYTHE, CA 92225 | 2,407.84 | 2,407.84 | 65.46 |
| | | | **TOTALS:** | 9,383,307.05 | 3,683,255.55 | 100,134.40 |

CASE NUMBER: 2:02-11180-ER
CASE NAME: WINSTON TIRE COMPANY

* Total also includes employee taxes withheld.