

ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ASSET RECOVERY TRUST<br>P.O. BOX 4296<br>COSTA MESA, CA 92628-4296<br>PH: 714-546-8100<br>FAX: 714-435-1792 | FILED<br>APR 1 5 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re: WINSTON TIRE COMPANY | CASE NUMBER LA 02-11180 BR |
| | HEARING DATE:<br>TIME:<br>PLACE: |
| Debtor | |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 1,673.01 _____ which is the sum of all monies deposited with the court on the following date(s) unknown _____
on behalf of the creditor PATRICIA A. NOVAK _____ on claim number(s) unknown

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☒ c. I am the creditor and have appointed ASSET RECOVERY TRUST _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____

(Continued on next page)

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 2*   **F 3011-1**

| In re WINSTON TIRE COMPANY | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 02-11180 BR |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   PATRICIA A. NOVAK

   702 N. William Tell Circle

   Payson, AZ 85541

   928-474-9326

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, *identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s)*:

   Creditor Patricia Novak moved from 731 N. Modena, Anaheim, CA 92801 many years ago and is presently located

   at 702 N. William Tell Circle, Payson, AZ 85541.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

| Motion for Order Releasing Unclaimed Funds - Page 3 | F 3011-1 |
|---|---|
| In re WINSTON TIRE COMPANY | CHAPTER 7 |
| Debtor. | CASE NUMBER LA 02-11180 BR |

*(signature)*
Creditor

PATRICIA A. NOVAK
Type or Print Creditor's Name

702 N. William Tell Circle
Creditor's Address

Payson, AZ 85541

(Corporate Seal if applicable)

STATE OF ~~CALIFORNIA~~ Arizona, COUNTY OF Gila

On April 2nd 2010 before me, personally appeared *(insert name and title of the signer)* Patricia Novak

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

OFFICIAL SEAL
MICHELL MARINELLI
Notary Public - State of Arizona
(SEAL) GILA COUNTY
My Comm. Expires August 7, 2011

*(signature)*
Notary Public

My commission expires on August 7, 2011

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 3011-1

| Motion for Order Releasing Unclaimed Funds - Page 4 | | F 3011-1 |
|---|---|---|
| In re WINSTON TIRE COMPANY | CHAPTER 7 | |
| | Debtor | CASE NUMBER LA 02-11180 BR |

*Signature of Attorney/Attorney-in-Fact (if appointed)*

AL MELONE for ASSET RECOVERY TRUST
Type or Print Name

P.O. BOX 4296
Address

COSTA MESA, CA 92628-4296

STATE OF CALIFORNIA, COUNTY OF Orange

On April 6, 2010 before me, personally appeared *(insert name and title of the signer)* Al Melone only

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Notary Public

(SEAL)

My commission expires on 08/13/2010

Presented by:

ASSET RECOVERY TRUST

P.O. BOX 4296

COSTA MESA, CA 92628-4296

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 3011-1

Motion for Order Releasing Unclaimed Funds - *Page 5*    **F 3011-1**

| In re WINSTON TIRE COMPANY | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA 02-11180 BR |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on __4-7-10__, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

UNITED STATES ATTORNEY
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

UNITED STATES TRUSTEE'S OFFICE
725 S FIGUEROA, 26TH FLOOR
LOS ANGELES, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Rosendo Gonzalez
515 S. Figueroa St. #1970
Los Angeles, CA 90071

Carmela Pagay
1888 Century Park East #1500
Los Angeles, CA 90067

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

WINSTON TIRE COMPANY
690 W. Knox St. #200
Torrance, CA 90502

Garrick A. Hollander
660 Newport Center Dr. #400
Newport Beach, CA 92660

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

Date: 4-7-10

Signature: [signed]
AL MELONE
*Type or Print Name*

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

## LIMITED POWER OF ATTORNEY/
## DECLARATION

I do hereby grant to ASSET RECOVERY TRUST, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose and for no other:

> To reclaim, recover, and return unclaimed funds in the amount of **$1,673.01** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I do hereby declare that my name is **PATRICIA A. NOVAK**, that I am currently located at **702 N. William Tell Circle, Payson, AZ 85541**, that my phone number is **928-474-9326**, that I am a rightful creditor of **WINSTON TIRE COMPANY, Case 02-11180 BR** and that I am entitled to this unclaimed dividend.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED 4-2-10    SIGNED [signature]

NAME   PATRICIA A. NOVAK

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 2nd DAY OF April, 2010,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

[signature]
NOTARY PUBLIC IN AND FOR

OFFICIAL SEAL
SEA MICHELL MARINELLI
Notary Public - State of Arizona
GILA COUNTY
My Comm. Expires August 7, 2011

The State of  Arizona

My Commission expires on  August 7, 2011

