| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Howard J. Ettinger, Esq., SBN. 141792<br>Stephen M. Fenster, Esq., SBN 34965<br>Schwartz & Fenster Professional Corporation<br>21700 Oxnard Street, Suite 1160<br>Woodland Hills, CA 91367<br>Tel: (818) 346-7300 | FILED<br>JUN 1 7 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:          Deputy Clerk |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re: Winston Tire Company | CASE NUMBER LA02-11180-BR |
|---|---|
| | HEARING DATE:<br>TIME:<br>PLACE: |
| Debtor. | |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 6,405.81_____ which is the sum of all monies deposited with the court on the following date(s) unknown_____
on behalf of the creditor Caine & Weiner Company, Inc._____ on claim number(s) Creditor No: 1475_____

2. Please check and complete the applicable subparagraph(s) below:

   ☒ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____

*(Continued on next page)*

| Motion for Order Releasing Unclaimed Funds - *Page 2* | **F 3011-1** |
|---|---|
| In re Winston Tire Company | CHAPTER _____ |
| Debtor. | CASE NUMBER LA02-11180-BR |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Caine & Weiner Company, Inc.

   21210 Erwin Street

   Woodland Hills, CA 91367

   Tel: (818) 226-6000

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   Caine & Weiner Company, Inc. has not changed names and is the same company that filed the proof of claim originally.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*     F 3011-1

| In re Winston Tire Company | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER LA02-11180-BR |

*Signature of Creditor/Successor*

(Corporate Seal

if applicable)

Caine & Weiner Company, Inc.
*Type or Print Creditor's/Successor's Name*

21210 Erwin Street
Creditor's/Successor's Address

Woodland Hills, CA 91367

Tel: (818) 226-6000

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

On ___April 12, 2010___ before me, personally appeared *(insert name and title of the signer)*

GREG COHEN, PRESIDENT

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Notary Public

(SEAL)

My commission expires on ___Oct 26, 2013___

ROWAN K. YORK
Commission # 1869458
Notary Public - California
Los Angeles County
My Comm. Expires Oct 26, 2013

| Motion for Order Releasing Unclaimed Funds - *Page 4* | | F 3011-1 |
|---|---|---|
| In re Winston Tire Company | CHAPTER _____ | |
| | Debtor. | CASE NUMBER LA02-11180-BR |

*[signature]*
Signature of Attorney/Attorney-in-Fact (if appointed)

Howard J. Ettinger
*Type or Print Name*

21700 Oxnard Street, Suite 1160
Address

Woodland Hils, CA 91367

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

On  June 9, 2010  before me, personally appeared *(insert name and title of the signer)*

Howard J. Ettinger

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*[signature]*
Notary Public

(SEAL)

My commission expires on  March 11, 2011

Presented by:

Gina Garcia

GINA GARCIA
Commission # 1725297
Notary Public - California
Los Angeles County
My Comm. Expires Mar 11, 2011

| Motion for Order Releasing Unclaimed Funds - *Page 5* | **F 3011-1** |
|---|---|
| In re Winston Tire Company | CHAPTER _____ |
| Debtor. | CASE NUMBER LA02-11180-BR |

# PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on _____,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Ms. Rosendo Gonzalez

Gonzalez & Associates

~~505~~ South Figueroa Street, Suite 1970, L.A., CA 90071
515

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Winston Tire Company

690 West Knox Street, Suite 200

Torrance, CA 90502

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

_____    _____
Date                        *Signature*

                            _____
                            *Type or Print Name*

Revised November 2008    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

# PROOF OF SERVICE

1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21700 Oxnard Street, Suite 1160, Woodland Hills, California 91360.

On June 9, 2010, I served the foregoing documents described as:

**MOTION FOR ORDER RELEASING UNCLAIMED FUNDS**

On the interested parties in this action:

[X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED PROOF OF SERVICE LIST

[X] BY FIRST CLASS MAIL – I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[x] **VIA ELECTRONIC TRANSMISSION** – by sending this document(s) listed above via electronic transmission (email) from gpeters@schwartz-fentser.com to the parties set forth above.

Executed on June 9, 2010, at Beverly Hills, California.

[ ]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Gina Peters



## PROOF OF SERVICE LIST

In Re: Winston Tire Company
Case No: LA02-11180-BR

---

Via email:

Gregory S Abrams     jbothell@askfinancial.com
Hagop T Bedoyan      hbedoyan@kleinlaw.com
Jeffrey Garfinkle    , jgarfinkle@buchalter.com
Philip A Gasteier    pag@lnbrb.com
Rosendo Gonzalez     rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net
Andrew A Goodman     agoodman@goodmanfaith.com
Ronald D. Halpern    ronhalpern@aol.com
Garrick A Hollander  jmartinez@winthropcouchot.com
Robert E Huttenhoff  rhuttenhoff@shbllp.com
Jerry LaCues         jerry@lacueslaw.com
Ian Landsberg        ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
Steven K Linkon      slinkon@rcolegal.com
Mark J Markus        bklawr@bklaw.com, markjmarkus@gmail.com
Ron Maroko           ron.maroko@usdoj.gov
Alan I Nahmias       anahmias@mbnlawyers.com, jdale@mirmanbubman.com
Carmela Pagay        ctan@rdwlawcorp.com
Kelly F Ryan         kryan@ryanattorneys.com
Allan D Sarver       ADSarver@aol.com
Mark M Sharf         mark@sharflaw.com, msharf00@gmail.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Marc J Winthrop      mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

Via Mail:

Asset Recovery Trust
PO Box 4296
Costa Mesa, CA 92628-4296

Daniel G Bath
2424 S E Bristol St Ste 300
Newport Beach, CA 92660

Stephen E Blaine Esq
3 Hutton Centre Dr Ste 900
Santa Ana, CA 92707

Michael C Brink
1001 Lakeside Ave Ste 1600
Cleveland, OH 44114-1151

David J Cook
333 Pine St 3rd Fl
San Francisco, CA 94101-3381

Donna M. Dean
9107 Wilshire Bl, Suite 800
Beverly Hills, CA 90210-5533

FGR Corp # 1
72232 Corporate Way
1000 Palms, CA 92276

Sheldon J Fleming, Esq
2030 Main Street Ste 1300
Irvine, CA 92614

Michael Gonzales
2244 Walnut Grove Ave #349
Rosemead, CA 91770

Steven W Haskins
4045 Bonita Rd Ste 206
Bonita, CA 91902-1336

James A Jacobson
370-17th St Ste 4800
Denver, CO 80202

David N Kuhn
1433 Webster St
Oakland, CA 94612

J Steven Lempel
2055 San Joaquin St
Fresno, CA 93721

Mcgladrey & Pullen
251 South Lake Ave Ste 300
Pasadena, CA 91101-0000

James O'Callahan
Girardi & Keese
1126 Wilshire Blvd
Los Angeles, CA 90017

Sean A O'Keefe
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Sean A O'keefe
3 Civic Plaza, Suite 280
Newport Beach, CA 92660

Ernie Zachary Park
13215 E Penn St #510
Whittier, CA 90602

Thomas Phinney
400 Capitol Mall 11th Fl
Sacramento, CA 95814

Cynthia B Schaldenbrand
440 West First St Ste 102
Tustin, CA 92780-3047

Mark Henry Shafron
16133 Ventura Bl.
Ste. 700
Encino, CA 91436-2440

Duane W Shewaga
577 Salmar Ave 2nd Fl
Campbell, CA 95008

Raul Olamendi Smith
Sempra Energy 101 Ash St Ste 1100
San Diego, CA 92101-3017

South Valey Disposal & Recycling, Inc.

The Press Democrat
c/o Michael A Mooney
Law Offs of Michael A Mooney
520 S El Camino Real Ste 318
San Mateo, CA 94402

Joel B. Weinberg
17401 Ventura Blvd Ste B-21
Encino, CA 01316

John Haas Weinstein
407 South Union St
Opelousas, LA 70570

Anne E Wells
1801 Avenue Of The Stars Ste 1120
Los Angeles, CA 90067

Ken R Whittall-Scherfee
1006-4th St 6th Fl
Sacramento, CA 95814

Winthrop Couchot Pro
660 Newport Ctr Dr 4th Fl
Newport Beach, CA 92660

U.S. Trustee
United States Trustee (LA)
725 S. Figueroa St., 26th Fl.
Los Angeles, CA 90017

Trustee
Rosendo Gonzalez
Gonzalez & Associates
515 S. Figueroa St., Suite 1970
Los Angeles, CA 90071

**Debtor:**
Winston Tire Company, A CA Corp.
690 West Knox Street, Suite 200
Torrance, CA 90502