| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven K. Linkon SBN 101056<br>Routh Crabtree Olsen, P.S.<br>3535 Factoria Blvd. SE, Ste. 200<br>Bellevue, WA 98006<br>Telephone: 425-586-1952<br>Facsimile: 425-283-5952<br>Email: slinkon@rcolegal.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: WINSTON TIRE COMPANY | CASE NUMBER 2:02-BK-11180-ER |
|---|---|
| | HEARING DATE:<br>TIME:<br>PLACE: |
| Debtor. | |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 1,207.59 _____ which is the sum of all monies deposited with the court on the following date(s) January 21, 2010 _____ on behalf of the creditor Robert Frank and Marjorie Frank _____ on claim number(s) 226 _____

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☒ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   I am an attorney for the creditors. The payment should be made directly to the creditors. See attached exhibits consisting of 1) Notice of Unclaimed Dividends; 2) Limited Power of Attorney and Declaration of Robert and Marjorie Frank.

(Continued on next page)

Motion for Order Releasing Unclaimed Funds - *Page 3*         **F 3011-1**

| In re WINSTON TIRE COMPANY | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 2:02-BK-11180-ER |

*Signature of Creditor/Successor*

Steven K. Linkon; Attorney-in-Fact for creditors
*Type or Print Creditor's/Successor's Name*

(Corporate Seal

if applicable)

5250 Genesta Ave.
Creditor's/Successor's Address

Encino, CA 91316

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

*Notary Public*

My commission expires on _____

sendo Gonzalez [State Bar No. 137352]
515 South Figueroa Street, Suite 1970
Los Angeles, CA 90071
Telephone: (213) 452-0071
Facsimile: (213) 452-0080

Chapter 7 Trustee

FILED
JAN 21 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re                              ) Case No. 2:02-bk-11180-ER
                                   ) Chapter 7
WINSTON TIRE COMPANY               )
                                   )
                                   ) **NOTICE OF UNCLAIMED**
                                   ) **DIVIDENDS**
                                   ) **3011**
            Debtor.                )
_____)

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto check(s) totaling $100,134.40 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: January 20, 2010

/s/Rosendo Gonzalez
ROSENDO GONZALEZ
Chapter 7 Trustee

-1-

ORIGINAL

Exhibit ____
PAGE ____ OF ____

| # | No. | Name / Address | Amount | Amount | Amount |
|---|-----|----------------|--------|--------|--------|
| 1 | 1165 | R.J. SHAW/ONE STOP WLA<br>2209 BARRY AVE<br>W LOS ANGELES, CA 90064 | 1,415.22 | 1,415.22 | 38.47 |
| 2 | 1176 | ATTN: AUTHORIZED AGENT<br>BALBOA AUTO PARTS, INC.<br>10365 BALBOA BLVD.<br>GRANADA HILLS, CA 91344 | 3,741.68 | 3,741.68 | 101.72 |
| 3 | 1181 | RE HARRINGTON<br>A DIV OF SHEAKLEY UNISERV<br>1245 SLUTIONS CNTR<br>CHICAGO, IL 60677-1002 | 2,933.21 | 2,933.21 | 79.74 |
| 4 | 1186 | HARLEY T DESMOND<br>3354 AVACADO VISTA LANE<br>FALLBROOK, CA 92028 | 1,000.00 | 1,000.00 | 27.19 |
| 5 | 1192 | SOSS GARDENING SERVICES<br>& EUGENE F SOSS<br>91 WINDSOR DR<br>DALY CITY, CA. 94015 | 250.00 | 250.00 | 6.80 |
| 6 | 1199 | GORMAC SECURITY SERVICES<br>650 S GAREY AVE<br>POMONA, CA 91766 | 6,559.00 | 6,559.00 | 178.32 |
| 7 | 1203 | CITY OF ANAHEIM<br>DIV OF COLLECTIONS<br>PO BOX 3069<br>ANAHEIM, CA 92803-3069 | 1,134.93 | 1,134.93 | 30.85 |
| 8 | 1204 | SCOTT PAUL SCHELLHASE<br>4113 IRONWOOD DRIVE<br>CHINO HILLS, CA 91709 | 641.89 | 641.89 | 17.45 |
| 9 | 1208 | ROBERT FRANK & MARJORIE FRANK<br>C/O THE WOLF FIRM<br>18 CORPORATE PLAZA DRIVE<br>NEWPORT BEACH, CA 92660-7901 | 44,418.95 | 44,418.95 | 1,207.59 |
| 10 | 1221 | YORBA LINDA AUTO PARTS<br>ATTN: CORPORATE OFFICER<br>4981 VALLEY VIEW AVE<br>YORBA LINDA, CA 92686 | 1,412.82 | 1,412.82 | 38.41 |
| 11 | 1226 | MCI WORLDCOM NETWORK SERVICES INC<br>& WORLDCOM INC<br>20855 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 | 132,983.56 | 132,983.56 | 3,615.34 |
| 12 | 1237 | J & B AUTO PARTS<br>ATTN: AUTHORIZED AGENT<br>1700 NORTH TUSTIN AVENU<br>ORANGE, CA 92865 | 3,591.64 | 3,591.64 | 97.64 |

Exhibit
PAGE

## LIMITED POWER OF ATTORNEY AND DECLARATION

Robert Frank and Marjorie Frank hereby declare as follows:

1. We hereby grant to Steven K. Linkon, our true and lawful attorney-in-fact full power to act on our behalf to recover the unclaimed funds in the amount of $1,207.59 which have been paid into the court by the trustee in this case for Robert Frank and Marjorie Frank.

2. Our address is 5250 Genesta Ave., Encino, CA 91316. The last four digits of our Social Security numbers are: Robert xxx-xx-4304; Marjorie xxx-xx-7019. Copies of our respective driver's licenses are attached hereto at exhibit "2."

3. We timely filed proof of claim No. 226 for $44,418.95. The Trustee's check No. 1208 payable to the Franks for $1,207.59 was apparently uncashed.

4. We have no knowledge that any other party may be entitled to these funds and we are not aware of any dispute regarding these funds.

5. We understand that pursuant to 18 U.S.C. §152 we will be fined not more than $5,000.00, or imprisoned not more than five years, or both if we knowingly and fraudulently made any false statements in this document.

We certify, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Dated this ___day of May 2010, at ___Encino___, California.

ROBERT FRANK                    MARJORIE FRANK
NOTARY ACKNOWLEDGMENT TO FOLLOW:

MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

EXHIBIT NO. 2
PAGE 1 OF 4

1  State of California  )
2                      ) ss
   County of           )
3
    I certify that I know or have satisfactory evidence that ROBERT FRANK and
4  MARJORIE FRANK are the persons who appeared before me and they
   acknowledged that he/she/they signed this instrument and acknowledged it to be
5  his/her/their free and voluntary act for the uses and purposes mentioned in the
   instrument.
6
                                    Dated: 5/6/10
7

8  _____
   (Signature)
   NOTARY PUBLIC
9  MARYAM SOBOUTI
   Print Name of Notary
10 My appointment expires:_____

11 See Attached

ROUTH CRABTREE OLSEN, P.S.
*A Law Firm and Professional Services Corporation*
3535 Factoria Boulevard SE, Suite 200
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

EXHIBIT NO. 2
PAGE 2 OF 4

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of __Los Angeles__ }

On __5/6/10__ before me, __Maryam Sobouti, Notary Public__,
   Date                                    Here Insert Name and Title of the Officer

personally appeared __Marjorie Frank & Robert Frank__
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                    Signature of Notary Public

[Notary Seal: MARYAM SOBOUTI, COMM. # 1670654, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, MY COMM. EXPIRES MAY 27, 2010]

Place Notary Seal Above

—————————— OPTIONAL ——————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: __Limited Power of Attorney & Declaration__

Document Date: __5/6/10__        Number of Pages: __1__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER - Top of thumb here]

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER - Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

EXHIBIT NO __2__
PAGE __3__ OF __4__





EXHIBIT NO. 2
PAGE 1 OF 1